UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------

ENTRAL GROUP INTERNATIONAL, LLC,   )   CV 05 2292
)
Plaintiff,   )   Case No:
)
)   Disclosure of Interested Parties
v.   )   Pursuant to Rule 7.1 of the Federal
)   Rules of Civil Procedure
)
LEGEND CAFÉ & KARAOKE, INC.,   )
WA MEN ZHANG, and WEI HAO LI,   )
)
Defendants.   )
)
)

------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
* MAY 11 2005 *
BROOKLYN OFFICE

AMON, J.

GOLD M.J.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Entral Group International, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: None.

Dated: New York, New York
May 10, 2005

Respectfully submitted,

David E. Wienir (DW-5804)
Kevin W. Goering (KG-5859)
COUDERT BROTHERS LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4400
*Attorneys for Plaintiff*
*Entral Group International, LLC*

NEWYORK 4321927v17