## COUDERT BROTHERS LLP
ATTORNEYS AT LAW

1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-7703
TEL: 212 626-4400  FAX: 212 626-4120

NORTH AMERICA
LOS ANGELES, NEW YORK, PALO ALTO,
SAN FRANCISCO, WASHINGTON

EUROPE
ANTWERP, BERLIN, BRUSSELS, FRANKFURT,
GHENT, LONDON, MILAN, MOSCOW, PARIS,
STOCKHOLM, ST. PETERSBURG

ASIA/PACIFIC
ALMATY, BANGKOK, BEIJING, HONG KONG,
JAKARTA, SINGAPORE, SYDNEY, TOKYO

WIENIRD@COUDERT.COM

ASSOCIATED OFFICES
BUDAPEST, MEXICO CITY, PRAGUE, ROME,
SHANGHAI

September 20, 2005

VIA ECF

Judge Steven M. Gold
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Entral Group International, LLC v. Legend Café & Karaoke, Inc., et al, 05-cv-2292

Dear Judge Gold:

We are the attorneys for Entral Group International, LLC. On June 16, 2005, the Court scheduled an initial conference to take place on September 30, 2005 at 10:30 a.m. To date, Defendants have failed to answer or otherwise respond to the complaint, or make any appearance in this case whatsoever. Plaintiff is expecting to file a motion for a default judgment shortly. Moreover, Plaintiff's counsel is unavailable to appear on September 30, 2005. Accordingly, we respectfully request that the Court adjourn the September 30, 2005 conference until and if Defendants appear in this case. This is the first such request for an extension.

Respectfully submitted,

David E. Wienir (DW-5804)