Case 1:05-cv-02292-CBA-SMG   Document 5   Filed 10/11/2005   Page 1 of 3

Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al                                Doc.

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK
_____ No. CV 05 1917

ENTRAL GROUP INTERNATIONAL, LLC
   Plaintiff,

   -against-

LEGEND CAFÉ & KARAOKE, INC., ET ANO
   Defendants.
_____

State Of New York, County of New York SS:
JOLANTYNA CAGNEY
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 4TH day of JUNE 2005, At 10:10 PM

At: 6201 8TH AVENUE, BROOKLYN, NEW YORK 11220

Deponent served the Annexed: SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, ARBITRATION CERTIFICATION, DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Upon: WA MEN ZHANG

**PERSONAL SERVICE ON AN INDIVIDUAL**
A corporation, by delivering thereat a true copy to WA MEN ZHANG personally; deponent knew the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: FEMALE Color: YELLOW Hair: BLACK App. Age: 32 App.Ht: 5'7" App. Wt. 175
Other identifying features:

Sworn to before me this 6TH
day of JUNE 2005

PATRICIA M. FALCONE
Notary Public State of New York
No. 01FA-4950056
Qualified in Kings County
Term Expires April 24 2007

JOLANTYNA CAGNEY 116 9105

Dockets.Justia.co

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK
_____No. CV 05 1917

**ENTRAL GROUP INTERNATIONAL, LLC**
  *Plaintiff,*

  -against-

**LEGEND CAFE & KARAOKE, INC., ET ANO**
  *Defendants.*

---

State Of New York, County of New York SS.:
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 4TH day of JUNE 2005, At 10:10 PM

At: C/O LEGEND CAFE & KARAOKE, INC., 6201 8TH AVENUE, BROOKLYN, NEW YORK 11220

Deponent served the Annexed: **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, ARBITRATION CERTIFICATION, DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Upon: **WEI HAO LI**

### 308 (2) ALTERNATIVE METHOD (SUITABLE AGE PERSON)
By delivering thereat a true copy to **WA MEN ZANG (CO-WORKER)** a person of suitable age and discretion. Said premises are defendant's last known place of business within the state.

### MAILING
ON JUNE 7TH, 2005 - Deponent also enclosed a copy of same in a postpaid sealed wrapper properly marked **Personal and Confidential** and addressed to **WEI HAO LI, C/O LEGEND CAFÉ & KARAOKE, 6201 8TH AVENUE, BROOKLYN, NEW YORK 11220** defendant's last known place of business-and deposited said wrapper in - a post office - under the exclusive care and custody of the United States Postal Service within the State of New York

### DESCRIPTION
- Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **YELLOW** Hair: **BLACK** App. Age: **32** App.Ht: **5'7"** App. Wt. **175**
Other identifying features:

Sworn to before me this 6TH
day of JUNE 2005

PATRICIA M. FALCONE
Notary Public State of New York
No. 01FA-4950056
Qualified in Kings County
Term Expires April 24, 2007

JOLANTYNA CAGNEY 1169105

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK
No. CV 05 1917

**ENTRAL GROUP INTERNATIONAL, LLC**
    Plaintiff,

-against-

**LEGEND CAFE & KARAOKE, INC., ET ANO**
    Defendants.

---

State Of New York, County of New York SS:
**JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 4TH day of JUNE 2005, At **10:10 PM**

At: **6201 8TH AVENUE, BROOKLYN, NEW YORK 11220**

Deponent served the Annexed: SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, ARBITRATION CERTIFICATION, DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Upon: **LEGEND CAFE & KARAOKE, INC.**

### PERSONAL SERVICE ON A CORPORATION
A corporation, by delivering thereat a true copy to **WA MEN ZHANG** personally;
deponent knew the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **YELLOW** Hair: **BLACK** App. Age: **32** App.Ht: **5'7"** App. Wt. **175**
Other identifying features:

Sworn to before me this 6TH
day of JUNE 2005

PATRICIA M. FALCONE
Notary Public State of New York
No. 01FA-4950056
Qualified in Kings County
Term Expires April 24, 2007

JOLANTYNA CAGNEY 116 9105