UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ENTRAL GROUP INTERNATIONAL, LLC,

                      Plaintiff,

-against-

LEGEND CAFÉ & KAROAKE, INC., WA MEN
ZHANG, and WEI HAO LI,

                      Defendants.
----------------------------------------------------------------X

CLERK'S NOTATION
OF DEFAULT
05-CV- 2292 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 14 2005 ★
P.M. _____
TIME A.M. _____

    I, Robert C. Heinemann, Clerk of the Court for the United States District Court for the Eastern District of New York, do hereby certify that the Affidavit of Service in the above-entitled action indicates that defendant, LEGENG CAFÉ & KAROAKE, INC., was served with a copy of the Summons and Complaint on June 4, 2005, by delivering a copy of the Summons and Complaint to Wa Men Zhang, an individual Authorized to Accept Service on behalf of the corporation at 6201 8th Avenue, Brooklyn, NY 11220;

    that defendant, WA MEN ZHANG, was served with a copy of the Summons and Complaint on June 4, 2005, by personally delivering a copy of the Summons and Complaint to the defendant at 6201 8th Avenue, Brooklyn, NY 11220;

    that defendant, WEI HAO LI, was served with a copy of the Summons and Complaint on June 4, 2005, by delivering a copy of the Summons and Complaint to Wa Men Zhang, a person of suitable age and discretion and a co-worker of the defendant at 6201 8th Avenue, Brooklyn, NY 11220, and that on June 7, 2005, the Process Server mailed a copy of the Summons and Complaint to the defendant c/o Legend Café & Karaoke, 6201 8th Avenue, Brooklyn, NY 11220.

I further certify that a review of the court file and docket entries indicates that defendants, LEGEND CAFÉ & KARAOKE, INC., WA MEN ZHANG, and WEI HAO LI, have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The default of defendants, LEGEND CAFÉ & KARAOKE, INC., WA MEN ZHANG, and WEI HAO LI, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       October 12, 2005

ROBERT C. HEINEMANN
CLERK OF COURT

By: *Janet Hamilton*
    Deputy Clerk