

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENTRAL GROUP INTERNATIONAL, INC.,

                Plaintiff,

- against -

LEGEND CAFÉ & KARAOKE, INC.,
WA MEN ZHANG and WEI HAO LI,

                Defendants.
------------------------------------------------------------X

**ORDER**



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   OCT 20 2005   ★

P.M. _____
TIME A.M. _____

GOLD, S., U.S.M.J.:

    By Order dated October 14, 2005, the Honorable Carol B. Amon ruled that default judgment be entered against defendants Legend Café & Karaoke, Inc., Wa Men Zhang and Wei Hao Li and referred plaintiff's request for damages to me for a report and recommendation on what relief should be awarded.

    Plaintiff may make submissions in support of damages it seeks no later than November 7, 2005. Any submission that defendants wish to make in response is due no later than November 21, 2005. Any reply that plaintiff wishes to make should be filed no later than November 28, 2005.

    Upon receipt of this Order, plaintiff is hereby directed promptly to serve a copy of this Order by certified mail, return receipt requested, on each defendant at his last known address, and to provide the Court with a copy of the return receipt.

SO ORDERED.

Dated: Brooklyn, New York
       October 17, 2005

/s/ USMJ STEVEN M. GOLD
_____
STEVEN M. GOLD
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CHAMBERS OF
STEVEN M. GOLD
MAGISTRATE JUDGE
BROOKLYN, NEW YORK 11201

OFFICIAL BUSINESS

David Edward Wienir
Coudert Brothers LLP
1114 Ave. of the Americas
New York, NY 10036-7703