UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

ENTRAL GROUP INTERNATIONAL, LLC,

    Plaintiff,

v.

LEGEND CAFÉ & KARAOKE, INC, WA MEN ZHANG, and WEI HAO LI

    Defendants.

-----------------------------------------------------------

Case No.: 1-05-cv-02292-CBA-SMG

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, subject to the approval of the Court, that Alston & Bird LLP, 90 Park Avenue, New York, New York 10016, shall be substituted as attorney of record for Plaintiff, in place and instead of Coudert Brothers LLP.

Dated: New York, New York
       November 2, 2005

**COUDERT BROTHERS LLP**

By: _____
Charles B. Keefe
1114 Avenue of the Americas
New York, New York 10036
Tel.: (212) 626-4400

*Withdrawing attorneys for Plaintiffs*

**ALSTON & BIRD LLP**

By: _____
Robert E. Hanlon
90 Park Avenue
New York, New York 10016
Tel.: (212) 210-9400

*New attorneys for Plaintiffs*

SO ORDERED:

_____
      U.S.D.J.

NYC01/7788082v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing Stipulation for Substitution of Counsel to be served via first class mail postage prepaid on the following:

> Legend Café & Karaoke, Inc.
> Wa Men Zhang
> Wei Hao Li
> 6201 8th Avenue
> Brooklyn, New York 11220

This 3rd day of November, 2005.

_____
Lara A. Holzman