Control Catalog 10-2005

| Song Title Chinese | Song Title English | Artist 1 | Artist 2 | Record Company |
|---|---|---|---|---|
| 大將 | Dai Jiang | 梁漢文 | | GOL |
| 夠朋友 | Gou Peng You | 梁漢文 | | GOL |
| 艦隊 | Jian Dui | 梁漢文 | | GOL |
| 愛是不一樣 | Ai Shi Bu Yi Yang | 林嘉欣 | | GOL |
| It Could Be You | It Could Be You | 林嘉欣 | | GOL |
| 為所欲為 | Wei Suo Yu Wei | 林嘉欣 | 潘迪華 | GOL |
| Happy Ending | Happy Ending | 何韻詩 | | EMI |
| 斷尾 | Duan Wei | 劉浩龍 | | GOE |
| 情人戰 | Qing Ren Zhan | 陳慧琳 | | GOE |
| 披著羊皮的狼 | Pi Zhe Yang Pi Di Lang | 譚詠麟 | | UNL |
| 夾嘴形 | Jia Zui Xing | 2R | | UNL |
| Dear U | Dear U | 張敬軒 | | UNL |
| 刻不容緩 | Ke Bu Rong Huan | 容祖兒 | 李克勤 | EEG |
| 冬令時間 | Dong Lin Shi Jian | Twins | | EEG |
| 貪慕虛榮 | Tan Mu Xu Rong | 容祖兒 | | EEG |
| 晚晚乖 | Wan Wan Guai | 梁洛施 | | MSP |
| 南瓜車 | Nan Gua Che | 薛凱琪 | | WEA |
| 北極光 | Bei Ji Guang | 梁詠琪 | | WEA |
| Mama Mama | Mama Mama | 張韶涵 | | GOE |
| 口琴 | Kou Qin | 葉文輝 | | GOE |
| 老友記 | Lao You Ji | 葉文輝 | | GOE |
| 失蹤主角 | Shi Zong Zhu Jiao | 鄭融 | | GOE |
| 紅花會 | Hong Hua Hui | 鄭融 | | GOE |
| 池畔派對 | Chi Pan Pai Dui | 董敏莉 | | GOE |
| 沉溺 | Chen Ni | 黃家強 | | UNL |
| 殺戮戰場 | Sha Lu Zhan Chang | 黃家強 | | UNL |
| 愛得昂貴 | Ai De Ang Gui | 黃家強 | | UNL |
| 爸爸 | Ba Ba | 雷有輝 | | CPL |
| 終生學習 | Zhong Sheng Xue Xi | 雷有輝 | | CPL |
| 落地開花 | Luo Di Kai Hua | 雷有輝 | | CPL |
| 南拳 | Nan Quan | 余文樂 | | UNL |
| 無能為力 | Wu Neng Wei Li | 張敬軒 | | UNL |
| 黑白畫映 | Hei Bai Hua Ying | 張學友 | | WHA |
| 愛情倒轉 | Ai Qing Dao Zhuan | 葉文輝 | | GOE |
| Little Boy | Little Boy | 房祖名 | | EEG |
| 人 | Ren | 房祖名 | | EEG |
| 完美關係 (粵) | Wan Mei Guan Xi | 陳慧琳 | | GOE |
| 完美關係 (國) | Wan Mei Guan Xi | 陳慧琳 | | GOE |
| 講也不要講 | Jiang Ye Bu Yao Jiang | 許志安 | | GOE |
| 佳節 | Jia Jie | 李克勤 | | UNL |
| 堅強 (國) | Jian Qiang | 余文樂 | | UNL |
| 日月 | Ri Yue | 謝霆鋒 | | EEG |
| 三千年開花 | San Qian Nian Kai Hua | 梁漢文 | | GOL |
| 小城大事 | Dai Cheng Xiao Shi | 梁漢文 | | GOL |
| 飄流教室 | Piao Liu Jiao Shi | 古巨基 | | GOL |
| 還有 | Hai You | 楊千嬅 | 古巨基 | GOL |
| 愛是最大權利 | Ai Shi Zui Dai Quan Li | 古巨基 | Ping Pung | GOL |
| 美中不足 (獨唱版) | Mei Zhong Bu Zu | 許志安 | | GOE |

Control Catalog 10-2005

| Song Title Chinese | Song Title English | Artist 1 | Artist 2 | Record Company |
|---|---|---|---|---|
| 手心的太陽 | Shou Xin De Tai Yang | 張韶涵 | | GOE |
| Blessing | Blessing | 張敬軒 | | UNL |
| 潮暴 | Zhao Bu | Ping Pung | | GOL |
| 史上最漫畫三大亂門 | Shi Shang Zui Man Hua San Dai Luan Men | 古巨基 | | GOL |
| 愛與誠 | Ai Yu Cheng | 古巨基 | Ping Pung | GOL |
| 八里公路 | Ba Li Gong Lu | 梁漢文 | | GOL |
| 亞拉伯跳舞女郎 | Ya La Bo Tiao Wu Nu Lang | 梁漢文 | 楊千嬅 | GOL |
| DJ | DJ | 梁漢文 | | GOL |
| 情常在 | Qing Chang Zai | 梁漢文 | | GOL |
| 最悲哀的事 | Zui Bei Ai De Shi | 梁漢文 | | GOL |
| 對不起是你 | Dui Bu Qi Shi Ni | 梁漢文 | | GOL |
| 18 變 | Shi Ba Bian | Twins | | EEG |
| 聽話 | Ting Hua | 梁洛施 | | EEG |
| 明日恩典 | Ming Re En Dian | 容祖兒 | | EEG |
| 感覺蘇豪 | Gan Jue Su Hao | 吳浩康 | | EEG |
| 浪漫時代 | Lang Man Shi Dai | 吳浩康 | | EEG |
| 一切還好 | Yi Qie Hai Hao | 陳奕迅 | | MSP |
| 黃種人 | Huang Zhong Ren | 謝霆鋒 | | EEG |
| 追魂記 | Zhui Hun Ji | 劉浩龍 | | GOE |
| To Robbie | To Robbie | 劉浩龍 | | GOE |
| 前世 | Qian Shi | 陳慧琳 | | GOE |
| 紅絲帶 | Hong Si Dai | 陳慧琳 | | GOE |
| 護衛 | Hu Wei | 余文樂 | | UNL |
| 任我行 | Ren Wo Xing | 陳苑淇 | | UNL |
| 我想一個人 | Wo Xiang Yi Ge Ren | 張柏芝 | | UNL |
| 衝動的懲罰 | Zhong Dong De Zheng Fa | 刀郎 | | UNL |
| 八星報喜賀賀喜 | Ba Xing Bao Xi He He Xi | Twins | 鄭希怡 | EEG |
| Monica | Monica | 古巨基 | | GOL |
| 他想來 | Ta Xiang Lai | Cookies | | GOL |
| 青蛙公主 | Qing Wa Gong Zhu | Cookies | | GOL |
| 貪心 | Tan Xin | Cookies | | GOL |
| 落難皇后 | Luo Nan Huang Hou | 梁詠琪 | | WEA |
| 小黑與我 | Xiao Hei Yu Wo | 薛凱琪 | | WEA |
| 呼天不應 | Hu Tian Bu Ying | 容祖兒 | | EEG |
| 見習愛神 | Jian Xi Ai Shen | Twins | | EEG |
| 莫斯科沒有眼淚 | Mo Si Ke Mei You Yan Lei | Twins | | EEG |
| 星光遊樂園 | Xing Guang You Le Yuan | Twins | | EEG |
| 懶醒 | Lan Xing | 蔣雅文 | 李逸朗 | EEG |
| 黃種人 | Huang Zhong Ren | 謝霆鋒 | | EEG |
| 勁歌金曲 | Jing Ge Jin Qu | 古巨基 | | GOL |
| 希望 | Xi Wang | 陳慧琳 | | GOE |
| 新世界 | Xin Shi Jie | 2R | | UNL |
| o岩o岩 | Yan Yan | 2R | | UNL |
| o徙氣 | Xi Qi | 陳冠希 | | EEG |
| 日安憂鬱 | Ri An You Yu | 容祖兒 | | EEG |

Control Catalog 10-2005

| Song Title | | Artist 1 | Artist 2 | Record Company |
| --- | --- | --- | --- | --- |
| Chinese | English | | | |
| 男孩像你 | Nan Hai Xiang Ni | 薛凱琪 | | WEA |
| 長信不如短訊 | Chang Xin Bu Ru Duan Xun | 楊千嬅 | | GOL |
| 自導自戀 | Ji Dao Ji Lian | 方力申 | | GOL |
| 夕陽無限好 | Xi Yang Wu Xian Hao | 陳奕迅 | | CPL |
| 遇見了你 | Yu Jian Le Ni | 陳奕迅 | | CPL |
| 浪漫探險 | Lang Man Tan Xian | 郭芯其 | | CPL |
| 吻下留人 | Wen Xia Liu Ren | 許志安 | | GOE |
| 歌者戀歌 | Ge Zhe Lian Ge | 譚詠麟 | | UNL |
| 放 | Feng | 陳慧琳 | | GOE |
| 自由 (國) | Zi You | 陳慧琳 | | GOE |
| 大時代 | Dal Shi Dai | 李克勤 | | UNL |
| Tum Tum 轉 | Dang Dang Zhuan | 張柏芝 | | UNL |
| 廚師推介 | Chu Shi Tui Jie | 戴夢夢 | | UNL |
| 搖滾叛徒 | Yao Gun Pan Tu | 周國賢 | | WEA |
| 有鬼 | You Gui | 梁洛施 | | EEG |
| 分手不要太悲哀 | Fen Shou Bu Yao Tai Bei Ai | 關智斌 | | EEG |
| ABC 君 | ABC Jun | 方力申 | | GOL |
| 愛是最大權利 | Ai Shi Zui Dai Quan Li | 鄭中基 | | GOL |
| 天使愛 | Tian Shi Ai | 梁漢文 | | GOL |
| 愛是神話 (國) | Ai De Shen Hua | 古巨基 | 王麗達 | GOL |
| 花與愛麗詩 | Hua Yu Ai Li Shi | 楊千嬅 | | GOL |
| 烈女 | Lie Nu | 楊千嬅 | | GOL |
| 極樂 | Ji Le | 周國賢 | | WEA |
| 飛 | Fei | 郭富城 | | WEA |
| TP Won | TP Won | 陳冠希 | | EEG |
| 新聞女皇 | Xin Wen Nu Lang | 張柏芝 | | UNL |
| 一秒感動 | Yi Miao Gan Dong | 王菀之 | | UNL |
| 名牌 | Ming Pai | 余文樂 | | UNL |
| 我真的受傷了 | Wo Shen De Shou Shang Le | 王菀之 | | UNL |
| 潮流輕 | Chao Liu Qing | 郭芯其 | | CPL |
| 阿牛 | A Niu | 陳奕迅 | | CPL |
| 葡萄成熟時 | Pu Tao Cheng Shu Shi | 陳奕迅 | | CPL |
| 超齡 | Chao Ling | 楊千嬅 | | GOL |
| 長恨哥哥 | Chang Hen Ge Ge | 楊千嬅 | | GOL |
| 好人 | Hao Ren | 側田 | | GOL |
| 阿拉伯市場 | Ya La Bo Shi Chang | 鄭希怡 | | MSP |
| Da Da Da | Da Da Da | 梁洛施 | | EEG |
| 越唱越強 | Yue Chang Yue Qiang | 容祖兒 | | EEG |
| 救生圈 | Jiu Sheng Quan | Twins | | EEG |
| 自欺欺人 | Zi Qi Qi Ren | 方力申 | 傅穎 | GOL |
| 無賴 | Wu Lai | 鄭中基 | | GOL |
| 黑膠唱片 | Gei Jiao Chang Pian | 劉日曦 | | GOE |
| 小龍女 | Xiao Long Nu | 鄭融 | | GOE |
| 一比一 | Yi Bi Yi | 范瑋琪 | | GOE |
| 就是你 | Jiu Shi Ni | 范瑋琪 | | GOE |
| 如果的事 | Ru Guo De Shi | 范瑋琪 | 張韶涵 | GOE |
| 我蠢我認 | Wo Chun Wo Ren | 李逸朗 | 蔣雅文 | MSP |
| 浮誇 | Fu Kua | 陳奕迅 | | CPL |
| 不良嗜好 | Bu Liang Shi Hao | 陳奕迅 | | CPL |
| Shut Up Baby | Shut Up Baby | 劉浩龍 | | GOE |

Control Catalog 10-2005

| Song Title | | Artist 1 | Artist 2 | Record Company |
|---|---|---|---|---|
| Chinese | English | | | |
| 二等天使 | Er Deng Tian Shi | 劉浩龍 | | GOE |
| 他約我去迪士尼 | Ta Yue Wo Qu Di Shi Ni | 陳慧琳 | Jackie | GOE |
| 新手 | Xin Shou | 吳浩康 | | EEG |
| 先知 | Xian Zhi | 關智斌 | | EEG |
| 想 | Xiang | 鄭希怡 | | MSP |
| 我們不是朋友 | Wo Men Bu Shi Peng You | 方力申 | | GOL |
| 藍鞋子 | Lan Xie Zi | 鄧麗欣 | | GOL |
| 天才與白痴 | Tian Cai Yu Bai Chi | 古巨基 | | GOL |
| 男子組 | Nan Zi Zu | 林海峰 | | GOL |
| 三字頭 | San Zi Tou | 林海峰 | | GOL |
| 流行曲 | Liu Xing Qu | 林海峰 | | GOL |
| 爛訓 | Lan Xun | 鄭中基 | | GOL |
| 台北四天三夜 | Tai Bei Si Tian San Ye | 吳雨霏 | | GOL |
| 最佳位置 | Zui Jia Wei Zhi | 趙學而 | | WEA |
| 森巴皇后 | Sen Ba Huang Hou | Twins | | EEG |
| 魚旦歌 | Yu Dan Ge | Twins | | EEG |
| 塞車 | Sai Che | 謝霆鋒 | | EEG |
| 大開眼戒 | Dai Kai Yan Jie | 劉美君 | | WEA |
| 女仔歌 | Nu Zi Ge | Twins/小苦妹 | | EEG |
| 我夠神化 | Wo Gou Shen Hua | Twins/小苦妹/苦榮 | | EEG |
| 我真的哭過 | Wo Zhen De Ku Guo | 鄭中基 | | GOL |
| 狼 | Lang | 謝霆鋒 | | EEG |
| 男仔歌 | Nan Zi Ge | 關智斌/梁洛施/苦榮 | | EEG |
| 石像 | Shi Xiang | 方力申 | | GOL |
| 魚旦歌 | Yu Dan Ge | Twins/苦榮 | | EEG |
| 黑白照 | Hei Bai Zhao | 鄧麗欣 | | GOL |