Control Catalog 2004

| Song Title | Artist 1 | Artist 2 |
|---|---|---|
| 每天愛你少一些 | 鄭秀文 | |
| 美麗的誤會 | 鄭秀文 | |
| 懶得去管 | 孫燕姿 | |
| 啼笑姻緣 | 陳小春 | |
| 黃豆 | 陳小春 | |
| 獻世 | 陳小春 | |
| 愛是有故事的旅行 | 陳慧琳 | 李泉 |
| 臨走前吻我 | 陳慧琳 | |
| 苦中作樂 | 許志安 | |
| 終生學習 | 鄭融 | |
| 三分區 | SKY | |
| 寒舍 | 楊千樺 | |
| 舊地 | 楊千樺 | |
| 失戀博物館 | 余文樂 | |
| 2人新裝 | 2R | |
| 舊生會 | 李克勤 | |
| 冬暖夏涼 | 李克勤 | |
| 伶仃 | 陳慧琳 | |
| 未捱過 | SKY | |
| 今年沒聖誕 | 許志安 | |
| 我不愛你 | 陳慧珊 | |
| 相愛無夢 | 張智霖 | |
| 前路 | 許志安 | |
| 無處可逃 | 許志安 | |
| 嫁妝 | 陳慧琳 | |
| 搞不懂愛 | 鄭秀文 | |
| 四月生日 | 梁詠琪 | |
| 再上車 | 梁詠琪 | |
| 完美放送 | 梁詠琪 | |
| 微涼之後 | 郭富城 | |
| 兩個人的幸運 | 張崇德 | 張崇基 |
| 傷逝 | 張崇德 | 張崇基 |
| 聲 | 譚詠麟 | 李克勤 |
| 自作自受 | 李克勤 | |
| 及時行樂 | 蔡一傑 | |
| 上癮 | 蔡一傑 | |
| 技術性擊倒 | 鄭希怡 | |
| 痛由自取 | 鄭希怡 | |

Control Catalog 2004

| Song Title | Artist 1 | Artist 2 |
|---|---|---|
| 我甚麼都不是 | 謝霆鋒 | |
| 獨照 | 容祖兒 | |
| 心甘命抵 | 容祖兒 | |
| 你講你愛我 | TWINS | |
| 零4好玩 | TWINS | |
| 慌心假期 | TWINS | |
| 香港紐約 | TWINS | |
| 聖誕結 | 陳奕迅 | |
| 寂寞讓你更快樂 | 陳奕迅 | |
| SHALL WE TALK | 陳奕迅 | |
| GIRLS | BOY'Z | |
| 玻璃少女 | BOY'Z | |
| 調情 | 鄭秀文 | |
| 明天請早 | 許志安 | |
| 安份守己 | 陳慧琳 | |
| 師兄 | 劉浩龍 | |
| 孤單公園 | 張敬軒 | |
| 鷹在飛(國) | Energy | |
| 沙 | 何韻詩 | |
| 分開旅行 | 黃立行 | 劉若英 |
| 石頭飯 | 嘉琳 | |
| 自由行 | 楊千嬅 | |
| 女明星 | 林嘉欣 | |
| 元神出竅 | 何韻詩 | |
| 信望愛 | 梁漢文 | |
| 東涌日和 | Shine | |
| 肥婆隻雞甩晒毛 | 鄭中基 | 吳君如 |
| 天各一方 | 鄭中基 | |
| 劇情需要 | 古巨基 | 吳家穎 |
| 愛情萬歲 | 古巨基 | 鄧麗欣 |
| 愛有枯榮時節 | 楊千嬅 | |
| 萬年好合 | 何韻詩 | 梁漢文 |
| 成人禮 | AT17 | |
| 三分鐘後 | AT17 | |
| 原來你也在這裡 | 劉若英 | |
| 火紅火熱 | Asian Dub Mix | |
| 悟空 | 古巨基 | |
| 不要說你不知道 | 古巨基 | |

Control Catalog 2004

| Song Title | Artist 1 | Artist 2 |
|---|---|---|
| 八二十八八十 | 鄭中基 | |
| 愛神 | 古巨基 | |
| 繼續游 | 方力申 | |
| 娃鬼回魂 | 何韻詩 | |
| 眼淺 | Cookies | |
| 珠光寶氣 | 陳寶珠 | |
| 雙失情人節 | TWINS | |
| 飲歌 | TWINS | |
| 四囍臨門喜迎春 | TWINS | BOY'Z |
| 香港地 | 陳冠希 | |
| 即影即有 | 陳冠希 | |
| GIRLS (合唱版) | BOY'Z | MAGGIE |
| 歌姬 | 容祖兒 | |
| 忽然單身 (國) | 容祖兒 | |
| 你還是疼我的 (國) | 容祖兒 | |
| 相依命 | 陳小春 | |
| 左擁右抱 | 陳小春 | |
| 今生今世 (國) | 陳小春 | |
| 麥當娜一吻 | 薛凱琪 | |
| 砌你 | 郭富城 | |
| 小神仙 | 鄭融 | |
| 分書 | 陳潔儀 | |
| 懂得 (國) | 陳潔儀 | |
| 珍重 (國) | 陳潔儀 | |
| 好得很 (國) | 許志安 | |
| 關掉愛 (國) | 許志安 | |
| 私家歌 | 葉文輝 | |
| 戀愛時光機 (國) | 葉文輝 | |
| 我們的合唱歌 | 2R | |
| 大家歸瘦 | Cookies | |
| 預言(國) | 黃立行 | |
| 地下鐵(國) | 蕭亞軒 | |
| 失去你(國) | 蕭亞軒 | |
| 我的錯(國) | B.A.D. | |
| 我愛夜(國) | 許茹芸 | |
| 愛與避愛 | 鄧建明 | 黃丹儀 |
| 可惜我是水瓶座 | 鄧建明 | 黃丹儀 |
| 新聞女郎 | 梁漢文 | |

Control Catalog 2004

| Song Title | Artist 1 | Artist 2 |
|---|---|---|
| 使徒行傳 | 梁漢文 | |
| 鸞鳳和鳴 | 楊千樺 | |
| 阿琴 | 鄧建泓 | |
| 少年成熟記事簿 | BOYZ | |
| 孩子王 | 吳浩康 | |
| 洗剪吹 | 吳浩康 | |
| 一拍兩散 | 容祖兒 | |
| 借過 | 容祖兒 | |
| 不孤單(國) | 王傑 | |
| 靈魂有罪(國) | 王傑 | |
| 愛無言(國) | 王傑 | |
| 你們(國) | 王傑 | |
| 不想回家(國) | 容祖兒 | |
| 等不及愛上你(國) | 容祖兒 | |
| 奇洛李維斯回信 | 薛凱琪 | |
| 傷 | 鄭秀文 | |
| 世界之最(你願意) | 鄭秀文 | |
| 世界之最(我願意) | 鄭秀文 | |
| 馴悍記 | 鄭秀文 | |
| 目黑合唱版 | 薛凱琪 | 周國賢 |
| 逃避 | 周國賢 | |
| 目黑 | 周國賢 | |
| 世上只有 | 容祖兒 | |
| 情陷百老匯 | BOY'Z | |
| 去邊道 | BOY'Z | |
| 六呎風雲 | 李克勤 | |
| 最佳男配角 | 黃凱芹 | |
| 頭文字R | 黃婉佩 | 黃婉君 |
| 玻璃之情 | 張國榮 | |
| 講你知 | 張學友 | |
| 給朋友 | 張學友 | |
| 飲食男女 | 董敏莉 | |
| 思覺失調 | 劉浩龍 | |
| 愛是永恆 | 杜麗莎 | |
| 傻子才悲傷(國) | 朴樹 | |
| 我愛你再見(國) | 朴樹 | |
| 侯鳥樹 | 容祖兒 | |
| 最後勝利 | 容祖兒 | |

Control Catalog 2004

| Song Title | Artist 1 | Artist 2 |
|---|---|---|
| 夢路 | 容祖兒 | |
| 士多啤梨蘋果橙 | TWINS | |
| 丟架 | TWINS | |
| 快 (國) | 謝霆鋒 | |
| 如果沒有感覺(國) | 謝霆鋒 | |
| 我沒有(國) | 謝霆鋒 | |
| 影迷 | 謝霆鋒 | |
| 棋王 | 吳浩康 | |
| 男生圍 | BOY'Z | |
| 愛到底 | 梁洛施 | |
| 先苦後甜 | 梁洛施 | |
| 眼紅館 | BOY'Z | |
| 吻別的位置 | 李克勤 | 黃婉君 |
| 愛情專櫃 | 黃婉佩 | |
| 白日夢之戀 | 戴夢夢 | |
| 叫好叫座 | 鄭融 | |
| 遊客 | 董敏莉 | |
| 分流 | 陳小春 | |
| 心照 | 鄭伊健 | |
| 夏日劇集 | 梁詠琪 | |
| 像你 | 梁詠琪 | |
| Life Is Like A Dream | 張學友 | |
| 與神對話 | 許志安 | |
| 舊人 | 劉浩龍 | |
| Phone 殺令 | 陳慧琳 | |
| 殺掉舊名單 (國) | 陳慧琳 | |
| 終於知道 | 陳苑琪 | |
| 間歇性 | 戴夢夢 | |
| 當事人 | 戴夢夢 | |
| Happy Girl (國) | 與非門 | |
| 不散 (國) | 謝霆鋒 | |
| 女人味 | TWINS | |
| 拍住上 | TWINS | |
| 愛無敵 | TWINS | |
| 花多眼亂 | 鄭希怡 | |
| 愛神之箭 | 梁洛施 | 關智斌 |
| 蘇蝦要食奶 | I Love U Boyz | |
| Miss Miss 埋鏡試試 | I Love U Boyz | |

Control Catalog 2004

| Song Title | Artist 1 | Artist 2 |
|---|---|---|
| Good Morning Class | I Love U Boyz | |
| 差人！咪郁 | I Love U Boyz | |
| 唔好吹雞隻尾部 | I Love U Boyz | |
| 出街要帶爸爸 | I Love U Boyz | |
| 十蚊三個 | I Love U Boyz | |
| 歡迎使用人民幣 | I Love U Boyz | |
| 個頭痕唔痕呀？ | I Love U Boyz | |
| 我我我我我有胸部 | I Love U Boyz | |
| 戀得更好 | 梁洛施 | |
| 最動聽 (國) | 房祖名 | |
| 邊走邊唱 (國) | 房祖名 | |
| 愛全能 (國) | TWINS | |
| 07 奧運 | TWINS | |
| 心眼 | 鄭希怡 | |
| 分身術 | 容祖兒 | |
| 學行 | 許志安 | |
| 不要說抱歉 (國) | 陳慧琳 | |
| 美麗的新娘 (國) | 陳慧琳 | |
| 別來無恙 | 陳慧琳 | |
| 前所未見 | 陳慧琳 | |
| 閣樓 | 陳慧琳 | |
| LOVE PARADISE (英) | 陳慧琳 | |
| 跳水 | 劉浩龍 | |
| 傻仔 | 楊千嬅 | |
| 幸運水晶 | 陳苑淇 | |
| 夏意識 | 郭富城 | |
| 多得他 | 鄭秀文 | |
| 歸屬感 (國) | 梁詠琪 | |
| 沉迷 (國) | 梁詠琪 | |
| 給我一個機會(國) | 陳小春 | |
| 萬歲 | 陳小春 | |
| 內傷 | 鄭伊健 | |
| 蛋樓 | 容祖兒 | |
| 16 號愛人 | 容祖兒 | |
| 八里公路 | 梁漢文 | |
| 愛與誠 | 古巨基 | |
| 的士司機 | 楊千嬅 | |
| 小城大事 | 楊千嬅 | |

Control Catalog 2004

| Song Title | Artist 1 | Artist 2 |
|---|---|---|
| 坦克車 | SHINE | |
| 舊生會旅行 | SHINE | |
| 講不出的告別 (國-粵) | 刀郎 | 譚詠麟 |
| 講不出的告別 (粵) | 譚詠麟 | |
| 2002 的第一場雪 (國) | 刀郎 | |
| 生還者 | 余文樂 | |
| 戀愛預告 | Double R | |
| 再見 4.1 | E-Kids | |
| 好睇 | 黃伊汶 | |
| 煙霞 | 容祖兒 | |
| 身驕肉貴 | 容祖兒 | |
| S.O.S. | 容祖兒 | |
| 花多眼亂 | 鄭希怡 | |
| 愛是唯一 (國) | 張惠妹 | |
| 火 (國) | 張惠妹 | |
| 也許明天 (國) | 張惠妹 | |
| 零距離 (國) | 郭富城 | |
| 野草 | 郭富城 | |
| 杜凱詠 | SHINE | |
| 是我嗎 | 林嘉欣 | |
| 派對動物 | COOKIES | |
| TOUCH | 古巨基 | |
| 心病 | 容祖兒 | |
| 精選 | TWINS | |
| 空中飛人 | 李克勤 | |
| 豁出 | 黃伊汶 | |
| 殘忍 | 黃伊汶 | |
| 記住 | 黃伊汶 | |
| 生日快樂 | 郭偉亮 | |
| 愛過我的好人 | 鄭希怡 | |
| PLAYGIRL | 鄭希怡 | |
| 擇日失戀 | 吳浩康 | |
| 手足 | BOY'Z | |
| 美麗與快樂 | BOY'Z | |
| 煙霧瀰漫 | 郭偉亮 | |
| 不敵 | 周國賢 | |
| 886 | 薛凱琪 | |
| 忘了哭 (國) | 張學友 | |

Control Catalog 2004

| Song Title | Artist 1 | Artist 2 |
|---|---|---|
| 如果不愛你 (國) | 張學友 | |
| 紙醉金迷 | 陳慧琳 | |
| 美中不足 | 許志安 | 葉德嫻 |
| 苦水 | 許志安 | |
| 緋聞男友 | 劉浩龍 | |
| 跳班生 | BOY'Z | |
| 超時空接觸 | BOY'Z | TWINS, ISABELLA |
| 將錯就錯 | BOY'Z | |
| 死性不改 (國) | BOY'Z | |
| CHIHUAHUA | 容祖兒 | |
| 烈女 | TWINS | |
| 娛樂大家 | 梁詠琪 | |
| 告一段落 | 周國賢 | |