Case 1:05-cv-02292-CBA-SMG   Document 11-5   Filed 11/07/2005   Page 1 of 12

Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al                                                                      Doc. 11 Att.

ATTACHMENT 1
LIST OF BACK CATALOGS
EEG & MusicPlus Artistes

| NO | LABEL | ARTISTES | SONGS | CD Release Date | Catalogue |
|---|---|---|---|---|---|
| 1 | EEG | [Bernard Chow MTV] | 敢愛敢選 | Apr-02 | Back Catalogue |
| 2 | EEG | [Twins MTV] | 女校男生 | Aug-01 | Back Catalogue |
| 3 | EEG | [Twins MTV] | 明愛暗戀補習社 | Aug-01 | Back Catalogue |
| 4 | EEG | [Twins MTV] | 飆季 | Aug-01 | Back Catalogue |
| 5 | EEG | [Twins MTV] | 有所不知 | Nov-01 | Back Catalogue |
| 6 | EEG | [Twins MTV] | 愛情當入樽 | Nov-01 | Back Catalogue |
| 7 | EEG | [Twins MTV] | 戀愛大過天 | Nov-01 | Back Catalogue |
| 8 | EEG | [Twins MTV] | 大浪漫主義 (商台Version) | Jan-02 | Back Catalogue |
| 9 | EEG | [Twins MTV] | 孖寶668 | Jan-02 | Back Catalogue |
| 10 | EEG | [Twins MTV] | 一人世界杯 | May-02 | Back Catalogue |
| 11 | EEG | [Twins MTV] | 眼紅紅 | May-02 | Back Catalogue |
| 12 | EEG | [Twins MTV] | ICHIBAN興舊 | Aug-02 | Back Catalogue |
| 13 | EEG | [Twins MTV] | 大紅大紫 | Aug-02 | Back Catalogue |
| 14 | EEG | [Twins MTV] | 梨渦淺笑 | Aug-02 | Back Catalogue |
| 15 | EEG | [Twins MTV] | 風箏與風 | Nov-02 | Back Catalogue |
| 16 | EEG | [Twins MTV] | 星星月亮太陽 | Nov-02 | Back Catalogue |
| 17 | EEG | [Twins MTV] | 白試不厭 | Nov-02 | Back Catalogue |
| 18 | EEG | [Twins ICHIBAN興舊演唱會] | ICHIBAN興舊 | Nov-02 | Back Catalogue |
| 19 | EEG | [Twins ICHIBAN興舊演唱會] | 一人世界杯 | Nov-02 | Back Catalogue |
| 20 | EEG | [Twins ICHIBAN興舊演唱會] | 飛線 | Nov-02 | Back Catalogue |
| 21 | EEG | [Twins ICHIBAN興舊演唱會] | 你是我的UFO | Nov-02 | Back Catalogue |
| 22 | EEG | [Twins ICHIBAN興舊演唱會] | 一面之緣 (Twins/谷祖兒) | Nov-02 | Back Catalogue |
| 23 | EEG | [Twins ICHIBAN興舊演唱會] | 健康歌 | Nov-02 | Back Catalogue |
| 24 | EEG | [Twins ICHIBAN興舊演唱會] | 跌跌哈哈大郎 | Nov-02 | Back Catalogue |
| 25 | EEG | [Twins ICHIBAN興舊演唱會] | 200%兒語 | Nov-02 | Back Catalogue |
| 26 | EEG | [Twins ICHIBAN興舊演唱會] | 有所不知 | Nov-02 | Back Catalogue |
| 27 | EEG | [Twins ICHIBAN興舊演唱會] | 梨渦淺笑 | Nov-02 | Back Catalogue |
| 28 | EEG | [Twins ICHIBAN興舊演唱會] | 給愛麗斯(陳奕迅/Twins) | Nov-02 | Back Catalogue |
| 29 | EEG | [Twins ICHIBAN興舊演唱會] | 愛情當入樽 | Nov-02 | Back Catalogue |
| 30 | EEG | [Twins ICHIBAN興舊演唱會] | 明愛暗戀補習社 | Nov-02 | Back Catalogue |
| 31 | EEG | [Twins ICHIBAN興舊演唱會] | 戀愛大過天 | Nov-02 | Back Catalogue |
| 32 | EEG | [Twins ICHIBAN興舊演唱會] | 朋友仔 | Nov-02 | Back Catalogue |
| 33 | EEG | [Twins ICHIBAN興舊演唱會] | 大浪漫主義 | Nov-02 | Back Catalogue |
| 34 | EEG | [Twins ICHIBAN興舊演唱會] | 眼紅紅 | Nov-02 | Back Catalogue |

| # | Label | Artist | Title | Date | Category |
|---|---|---|---|---|---|
| 35 | EEG | [Twins ICHIBAN 興奮演唱會] | Medley-學生手冊/哥哥 | Nov-02 | Back Catalogue |
| 36 | EEG | [Twins ICHIBAN 興奮演唱會] | Medley: 豬腩肉/舊歡如夢/熱咖啡 | Nov-02 | Back Catalogue |
| 37 | EEG | [Twins ICHIBAN 興奮演唱會] | 皆大歡喜(薛家燕/Twins) | Nov-02 | Back Catalogue |
| 38 | EEG | [Twins ICHIBAN 興奮演唱會] | 和平日 | Nov-02 | Back Catalogue |
| 39 | EEG | [Twins ICHIBAN 興奮演唱會] | 我們的紀念冊 | Nov-02 | Back Catalogue |
| 40 | EEG | [Twins ICHIBAN 興奮演唱會] | 女校男生 | Nov-02 | Back Catalogue |
| 41 | EEG | [Twins ICHIBAN 興奮演唱會] | ICHIBAN 興奮 | Nov-02 | Back Catalogue |
| 42 | MP | [Yumiko MTV] | 有心人 | Sep-02 | Back Catalogue |
| 43 | MP | [Yumiko MTV] | 準情人的關懷 | Sep-02 | Back Catalogue |
| 44 | MP | [Yumiko MTV] | 燈蛾熱 | Nov-02 | Back Catalogue |
| 45 | MP | [Maggie MTV] | I Wanna Be | Jan-00 | Back Catalogue |
| 46 | MP | [Mandy MTV] | 寵物男孩 | Jan-00 | Back Catalogue |
| 47 | MP | [王傑MTV] | 心癮 | Jan-00 | Back Catalogue |
| 48 | MP | [王傑MTV] | 可能 | Jan-00 | Back Catalogue |
| 49 | MP | [王傑MTV] | 我會知道幾時要退 | Jan-00 | Back Catalogue |
| 50 | MP | [王傑MTV] | 誰明浪子心 | Jul-00 | Back Catalogue |
| 51 | MP | [王傑MTV] | 飄流物語 | Aug-00 | Back Catalogue |
| 52 | MP | [王傑MTV] | 不必再傑 | Aug-00 | Back Catalogue |
| 53 | MP | [王傑MTV] | 從今開始 | Apr-01 | Back Catalogue |
| 54 | MP | [王傑MTV] | 傷心1999 | Apr-01 | Back Catalogue |
| 55 | MP | [王傑MTV] | 不浪漫罪名 | Jul-02 | Back Catalogue |
| 56 | MP | [王傑MTV] | 萬歲 | Jul-02 | Back Catalogue |
| 57 | MP | [王傑MTV] | 忘記背叛(報復) | Jul-02 | Back Catalogue |
| 58 | MP | [王傑MTV] | 愛不起 | Nov-99 | Back Catalogue |
| 59 | MP | [王傑MTV] | 夢土上 | Nov-99 | Back Catalogue |
| 60 | EEG | [何嘉莉MTV] | I BELIEVE | Aug-01 | Back Catalogue |
| 61 | EEG | [何嘉莉MTV] | 非份之想 | Jul-02 | Back Catalogue |
| 62 | EEG | [何嘉莉MTV] | 過求人 | Jul-02 | Back Catalogue |
| 63 | EEG | [何嘉莉MTV] | 出發 | Jul-02 | Back Catalogue |
| 64 | EEG | [何嘉莉MTV] | 第一人選 | Sep-00 | Back Catalogue |
| 65 | EEG | [何嘉莉MTV] | 美麗 | Oct-99 | Back Catalogue |
| 66 | EEG | [容祖兒MTV] | 誰來愛我 | Oct-99 | Back Catalogue |
| 67 | EEG | [容祖兒MTV] | 何苦 | Oct-99 | Back Catalogue |
| 68 | EEG | [容祖兒MTV] | 未知 | Apr-00 | Back Catalogue |
| 69 | EEG | [容祖兒MTV] | 逃避你 | Apr-00 | Back Catalogue |
| 70 | EEG | [容祖兒MTV] | 這分鐘更愛你 | Sep-00 | Back Catalogue |
| 71 | EEG | [容祖兒MTV] | 不容錯失 | Sep-00 | Back Catalogue |
| 72 | EEG | [容祖兒MTV] | 最新消息 | | Back Catalogue |
| 73 | EEG | [容祖兒MTV] | GOODBYE | | Back Catalogue |
| 74 | EEG | [容祖兒MTV] | 相當刺激 | | Back Catalogue |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 75 | EEG | [容祖兒]MTV | | 美麗在望 | Oct-00 | Back Catalogue |
| 76 | EEG | [容祖兒]MTV | | 你說得對 | Jan-01 | Back Catalogue |
| 77 | EEG | [容祖兒]MTV | | 我們都寂寞 | Jan-01 | Back Catalogue |
| 78 | EEG | [容祖兒]MTV | | 痛愛 | Jan-01 | Back Catalogue |
| 79 | EEG | [容祖兒]MTV | | 全身暑假 | Jun-01 | Back Catalogue |
| 80 | EEG | [容祖兒]MTV | | 告解 | Jun-01 | Back Catalogue |
| 81 | EEG | [容祖兒]MTV | | What's up | Jun-01 | Back Catalogue |
| 82 | EEG | [容祖兒]MTV | | 住 | Oct-01 | Back Catalogue |
| 83 | EEG | [容祖兒]MTV | | 隆重登場 | Oct-01 | Back Catalogue |
| 84 | EEG | [容祖兒]MTV | | Heart Beat (國) | Dec-01 | Back Catalogue |
| 85 | EEG | [容祖兒]MTV | | 我不想他(國) | Dec-01 | Back Catalogue |
| 86 | EEG | [容祖兒]MTV | | 習慣你 | Dec-01 | Back Catalogue |
| 87 | EEG | [容祖兒]MTV | | 說真的(國) | Dec-01 | Back Catalogue |
| 88 | EEG | [容祖兒]MTV | | 謝謝你愛我 (國) | Dec-01 | Back Catalogue |
| 89 | EEG | [容祖兒]MTV | | Mad about you | May-02 | Back Catalogue |
| 90 | EEG | [容祖兒]MTV | | 一面之緣 | May-02 | Back Catalogue |
| 91 | EEG | [容祖兒]MTV | | 抱抱 | May-02 | Back Catalogue |
| 92 | EEG | [容祖兒]MTV | | 特別嘉賓 | Oct-02 | Back Catalogue |
| 93 | EEG | [容祖兒]MTV | | 明天愛誰(國) | Oct-02 | Back Catalogue |
| 94 | EEG | [容祖兒]MTV | | 電我 | Oct-02 | Back Catalogue |
| 95 | EEG | [容祖兒]MTV | | Dun Dun Dun (國) | Oct-02 | Back Catalogue |
| 96 | EEG | [容祖兒]MTV | | 流沙 (國) | Oct-02 | Back Catalogue |
| 97 | EEG | [容祖兒]MTV | | 心情不好(國) | Dec-02 | Back Catalogue |
| 98 | EEG | [容祖兒/吳浩康MTV] | | 他都不愛我 | Mar-03 | Control Catalogue |
| 99 | EEG | [容祖兒-隆重登場演唱會MTV] | | 逃避你 (清唱版) | Jan-02 | Back Catalogue |
| 100 | EEG | [容祖兒-隆重登場演唱會MTV] | | 隆重登場 | Jan-02 | Back Catalogue |
| 101 | EEG | [容祖兒-隆重登場演唱會MTV] | | 全身暑假 | Jan-02 | Back Catalogue |
| 102 | EEG | [容祖兒-隆重登場演唱會MTV] | | 這分鐘更愛你 | Jan-02 | Back Catalogue |
| 103 | EEG | [容祖兒-隆重登場演唱會MTV] | | 阿門 | Jan-02 | Back Catalogue |
| 104 | EEG | [容祖兒-隆重登場演唱會MTV] | | 你說得對 | Jan-02 | Back Catalogue |
| 105 | EEG | [容祖兒-隆重登場演唱會MTV] | | GOODBYE | Jan-02 | Back Catalogue |
| 106 | EEG | [容祖兒-隆重登場演唱會MTV] | | 何苦 | Jan-02 | Back Catalogue |
| 107 | EEG | [容祖兒-隆重登場演唱會MTV] | | Fantancy Prelude | Jan-02 | Back Catalogue |
| 108 | EEG | [容祖兒-隆重登場演唱會MTV] | | 走著睡 | Jan-02 | Back Catalogue |
| 109 | EEG | [容祖兒-隆重登場演唱會MTV] | | 葵花蝴蝶 | Jan-02 | Back Catalogue |
| 110 | EEG | [容祖兒-隆重登場演唱會MTV] | | 香水 (謝霆鋒) | Jan-02 | Back Catalogue |
| 111 | EEG | [容祖兒-隆重登場演唱會MTV] | | 告解 | Jan-02 | Back Catalogue |
| 112 | EEG | [容祖兒-隆重登場演唱會MTV] | | 錦繡前程 (羅汶) | Jan-02 | Back Catalogue |
| 113 | EEG | [容祖兒-隆重登場演唱會MTV] | | Shall We Talk | Jan-02 | Back Catalogue |
| 114 | EEG | [容祖兒-隆重登場演唱會MTV] | | 給自己的情書 | Jan-02 | Back Catalogue |

| # | Label | Artist | Title | Date | Type |
|---|---|---|---|---|---|
| 114 | EEG | [容祖兒-隆重登場演唱會MTV] | 男人最痛 | Jan-02 | Back Catalogue |
| 115 | EEG | [容祖兒-隆重登場演唱會MTV] | 逃避你 | Jan-02 | Back Catalogue |
| 116 | EEG | [容祖兒-隆重登場演唱會MTV] | 相當刺激 | Jan-02 | Back Catalogue |
| 117 | EEG | [容祖兒-隆重登場演唱會MTV] | 最新消息 | Jan-02 | Back Catalogue |
| 118 | EEG | [容祖兒-隆重登場演唱會MTV] | 不容錯失 | Jan-02 | Back Catalogue |
| 119 | EEG | [容祖兒-隆重登場演唱會MTV] | 女校男生 (Twins) | Jan-02 | Back Catalogue |
| 120 | EEG | [容祖兒-隆重登場演唱會MTV] | 最好時光 | Jan-02 | Back Catalogue |
| 121 | EEG | [容祖兒-隆重登場演唱會MTV] | 再見我的初戀 | Jan-02 | Back Catalogue |
| 122 | EEG | [容祖兒-隆重登場演唱會MTV] | 痛愛 | Jan-02 | Back Catalogue |
| 123 | EEG | [容祖兒-隆重登場演唱會MTV] | 未知 | Jan-02 | Back Catalogue |
| 124 | EEG | [容祖兒-隆重登場演唱會MTV] | 一首獨唱的歌 | Jan-02 | Back Catalogue |
| 125 | EEG | [容祖兒-隆重登場演唱會MTV] | 誰來愛我 | Jan-02 | Back Catalogue |
| 126 | EEG | [容祖兒-隆重登場演唱會MTV] | 美麗在望 | Jan-02 | Back Catalogue |
| 127 | EEG | [容祖兒-拉闊音樂會MTV] | Heartbeat (國語) | Sep-02 | Back Catalogue |
| 128 | EEG | [容祖兒-拉闊音樂會MTV] | 一句到尾 | Sep-02 | Back Catalogue |
| 129 | EEG | [容祖兒-拉闊音樂會MTV] | 仍然記得o既一次 | Sep-02 | Back Catalogue |
| 130 | EEG | [容祖兒-拉闊音樂會MTV] | 心裡日記 | Sep-02 | Back Catalogue |
| 131 | EEG | [容祖兒-拉闊音樂會MTV] | 再見我的初戀 | Sep-02 | Back Catalogue |
| 132 | EEG | [容祖兒-拉闊音樂會MTV] | 好心分手 | Sep-02 | Back Catalogue |
| 133 | EEG | [容祖兒-拉闊音樂會MTV] | 早有預謀 | Sep-02 | Back Catalogue |
| 134 | EEG | [容祖兒-拉闊音樂會MTV] | 我的麻煩男友 | Sep-02 | Back Catalogue |
| 135 | EEG | [容祖兒-拉闊音樂會MTV] | 沙堡壘 | Sep-02 | Back Catalogue |
| 136 | EEG | [容祖兒-拉闊音樂會MTV] | 抱抱 | Sep-02 | Back Catalogue |
| 137 | EEG | [容祖兒-拉闊音樂會MTV] | 阿門 | Sep-02 | Back Catalogue |
| 138 | EEG | [容祖兒-拉闊音樂會MTV] | 留給這世上我最愛的人 | Sep-02 | Back Catalogue |
| 139 | EEG | [容祖兒-拉闊音樂會MTV] | 假如 | Sep-02 | Back Catalogue |
| 140 | EEG | [容祖兒-拉闊音樂會MTV] | 眼紅紅 (容祖兒/Twins) | Sep-02 | Back Catalogue |
| 141 | EEG | [容祖兒-拉闊音樂會MTV] | 痛愛 | Sep-02 | Back Catalogue |
| 142 | EEG | [容祖兒-拉闊音樂會MTV] | 隆重登場，全身幸限，一面之緣 | Sep-02 | Back Catalogue |
| 143 | EEG | [容祖兒-拉闊音樂會MTV] | 愛 | Sep-02 | Back Catalogue |
| 144 | EEG | [容祖兒-拉闊音樂會MTV] | 落入凡間的天使 | Sep-02 | Back Catalogue |
| 145 | EEG | [容祖兒-拉闊音樂會MTV] | 舊日回憶的山丘 | Sep-02 | Back Catalogue |
| 146 | EEG | [馬自靜MTV] | 反應慢 | Nov-00 | Back Catalogue |
| 147 | EEG | [張家輝MTV] | 假的希望 | Aug-00 | Back Catalogue |
| 148 | EEG | [張家輝MTV] | 如何對你傾訴 | May-01 | Back Catalogue |
| 149 | EEG | [張家輝MTV] | 直至有你之後 | May-01 | Back Catalogue |
| 150 | EEG | [張家輝MTV] | 寧願最傷心的給我自己 | May-01 | Back Catalogue |
| 151 | MP | [陳冠希MTV] | 要來便來 | Nov-00 | Back Catalogue |
| 152 | MP | [陳冠希MTV] | 極愛自己 | Nov-00 | Back Catalogue |
| 153 | MP | [陳冠希MTV] | 心中最愛 | May-01 | Back Catalogue |

| | | | | | |
|---|---|---|---|---|---|
| 154 | MP | [陳冠希MTV] | 新刺激 | May-01 | Back Catalogue |
| 155 | MP | [陳冠希MTV] | 解渴(國) | May-01 | Back Catalogue |
| 156 | MP | [陳冠希MTV] | 雙手搖袋 | May-01 | Back Catalogue |
| 157 | MP | [陳冠希MTV] | 擁抱自由 | Aug-01 | Back Catalogue |
| 158 | MP | [陳冠希MTV] | 故意(國) | Nov-01 | Back Catalogue |
| 159 | MP | [陳冠希MTV] | 超速遊戲(國) | Nov-01 | Back Catalogue |
| 160 | MP | [陳冠希MTV] | 有幾瘦 | Jul-02 | Back Catalogue |
| 161 | MP | [陳冠希MTV] | 冒險樂園 | Jul-02 | Back Catalogue |
| 162 | MP | [陳奕迅&林子祥903演唱會MTV] | SHALL WE TALK | May-02 | Back Catalogue |
| 163 | MP | [陳奕迅&林子祥903演唱會MTV] | Somethin' Stupid | May-02 | Back Catalogue |
| 164 | MP | [陳奕迅&林子祥903演唱會MTV] | Uptown Girl | May-02 | Back Catalogue |
| 165 | MP | [陳奕迅&林子祥903演唱會MTV] | YMCA好知己 | May-02 | Back Catalogue |
| 166 | MP | [陳奕迅&林子祥903演唱會MTV] | 十分十二寸 | May-02 | Back Catalogue |
| 167 | MP | [陳奕迅&林子祥903演唱會MTV] | 千億個夜晚 | May-02 | Back Catalogue |
| 168 | MP | [陳奕迅&林子祥903演唱會MTV] | 大開眼戒 | May-02 | Back Catalogue |
| 169 | MP | [陳奕迅&林子祥903演唱會MTV] | 友愛長存 | May-02 | Back Catalogue |
| 170 | MP | [陳奕迅&林子祥903演唱會MTV] | 天使的禮物 | May-02 | Back Catalogue |
| 171 | MP | [陳奕迅&林子祥903演唱會MTV] | 在水中央 | May-02 | Back Catalogue |
| 172 | MP | [陳奕迅&林子祥903演唱會MTV] | 我不好愛 | May-02 | Back Catalogue |
| 173 | MP | [陳奕迅&林子祥903演唱會MTV] | 孤獨探戈 | May-02 | Back Catalogue |
| 174 | MP | [陳奕迅&林子祥903演唱會MTV] | 花街70號 | May-02 | Back Catalogue |
| 175 | MP | [陳奕迅&林子祥903演唱會MTV] | 活色新香 | May-02 | Back Catalogue |
| 176 | MP | [陳奕迅&林子祥903演唱會MTV] | 活著多好 | May-02 | Back Catalogue |
| 177 | MP | [陳奕迅&林子祥903演唱會MTV] | 海市蜃樓 | May-02 | Back Catalogue |
| 178 | MP | [陳奕迅&林子祥903演唱會MTV] | 追憶 | May-02 | Back Catalogue |
| 179 | MP | [陳奕迅&林子祥903演唱會MTV] | 這一個夜 | May-02 | Back Catalogue |
| 180 | MP | [陳奕迅&林子祥903演唱會MTV] | 最愛是誰 | May-02 | Back Catalogue |
| 181 | MP | [陳奕迅&林子祥903演唱會MTV] | 單車 | May-02 | Back Catalogue |
| 182 | MP | [陳奕迅&林子祥903演唱會MTV] | 敢愛敢做 | May-02 | Back Catalogue |
| 183 | MP | [陳奕迅&林子祥903演唱會MTV] | 愛是懷疑 | May-02 | Back Catalogue |
| 184 | MP | [陳奕迅&林子祥903演唱會MTV] | 衝口而出 | May-02 | Back Catalogue |
| 185 | EEG | [陳奕迅/杜雯惠MTV] | 白鴿的傳奇 | May-01 | Back Catalogue |
| 186 | EEG | [陳奕迅/容祖兒MTV] | 放過你 | Mar-01 | Back Catalogue |
| 187 | MP | [陳奕迅-Easy Ride演唱會MTV] | 2001太空漫遊 | Jun-02 | Back Catalogue |
| 188 | MP | [陳奕迅-Easy Ride演唱會MTV] | K歌之王 | Jun-02 | Back Catalogue |
| 189 | MP | [陳奕迅-Easy Ride演唱會MTV] | Shall We Dance | Jun-02 | Back Catalogue |
| 190 | MP | [陳奕迅-Easy Ride演唱會MTV] | Shall We Dance (Chaser) | Jun-02 | Back Catalogue |
| 191 | MP | [陳奕迅-Easy Ride演唱會MTV] | SHALL WE TALK | Jun-02 | Back Catalogue |
| 192 | MP | [陳奕迅-Easy Ride演唱會MTV] | 大開眼戒 | Jun-02 | Back Catalogue |
| 193 | MP | [陳奕迅-Easy Ride演唱會MTV] | 不如這樣 | Jun-02 | Back Catalogue |

| | | | | | |
|---|---|---|---|---|---|
| 194 | MP | [陳奕迅］-Easy Ride演唱會MTV | 天使的禮物 | | Jun-02 | Back Catalogue |
| 195 | MP | [陳奕迅］-Easy Ride演唱會MTV | 失戀太少 | Jun-02 | Back Catalogue |
| 196 | MP | [陳奕迅］-Easy Ride演唱會MTV | 打得火熱 | Jun-02 | Back Catalogue |
| 197 | MP | [陳奕迅］-Easy Ride演唱會MTV | 低等動物 | Jun-02 | Back Catalogue |
| 198 | MP | [陳奕迅］-Easy Ride演唱會MTV | 出士匹盛 | Jun-02 | Back Catalogue |
| 199 | MP | [陳奕迅］-Easy Ride演唱會MTV | 孤獨探戈 | Jun-02 | Back Catalogue |
| 200 | MP | [陳奕迅］-Easy Ride演唱會MTV | 怪物 | Jun-02 | Back Catalogue |
| 201 | MP | [陳奕迅］-Easy Ride演唱會MTV | 沂著多好 | Jun-02 | Back Catalogue |
| 202 | MP | [陳奕迅］-Easy Ride演唱會MTV | 活躍症 | Jun-02 | Back Catalogue |
| 203 | MP | [陳奕迅］-Easy Ride演唱會MTV | 單車 | Jun-02 | Back Catalogue |
| 204 | MP | [陳奕迅］-Easy Ride演唱會MTV | 黑暗中漫舞 | Jun-02 | Back Catalogue |
| 205 | MP | [陳奕迅］-Easy Ride演唱會MTV | 愛是懷疑 | Jun-02 | Back Catalogue |
| 206 | MP | [陳奕迅］-Easy Ride演唱會MTV | 綿綿 | Jun-02 | Back Catalogue |
| 207 | MP | [陳奕迅］-Easy Ride演唱會MTV | 熱帶雨林 | Jun-02 | Back Catalogue |
| 208 | MP | [陳奕迅］-Easy Ride演唱會MTV | 衝口而出 | Jun-02 | Back Catalogue |
| 209 | MP | [陳奕迅]MTV | K歌之王 | Sep-00 | Back Catalogue |
| 210 | MP | [陳奕迅]MTV | 打得火熱 | Sep-00 | Back Catalogue |
| 211 | MP | [陳奕迅]MTV | 2001太空漫遊 | Mar-01 | Back Catalogue |
| 212 | MP | [陳奕迅]MTV | 單車 | Mar-01 | Back Catalogue |
| 213 | MP | [陳奕迅]MTV | 天使的禮物 | Mar-01 | Back Catalogue |
| 214 | MP | [陳奕迅]MTV | 遺失的約度 | Sep-01 | Back Catalogue |
| 215 | MP | [陳奕迅]MTV | K歌之王(國) | Sep-01 | Back Catalogue |
| 216 | MP | [陳奕迅]MTV | 不如這樣 | Sep-01 | Back Catalogue |
| 217 | MP | [陳奕迅]MTV | 低等動物(國) | Sep-01 | Back Catalogue |
| 218 | MP | [陳奕迅]MTV | 愛是懷疑 (國) | Sep-01 | Back Catalogue |
| 219 | MP | [陳奕迅]MTV | 謝謝儂 (國) | Nov-01 | Back Catalogue |
| 220 | MP | [陳奕迅]MTV | 他一個人 | Nov-01 | Back Catalogue |
| 221 | MP | [陳奕迅]MTV | 活著多好 | Nov-01 | Back Catalogue |
| 222 | MP | [陳奕迅]MTV | 衝口而出 | Apr-02 | Back Catalogue |
| 223 | MP | [陳奕迅]MTV | 給愛麗斯 | Jun-02 | Back Catalogue |
| 224 | MP | [陳奕迅]MTV | 五星級泪燦 | Jun-02 | Back Catalogue |
| 225 | MP | [陳奕迅]MTV | 孤兒仔 | Jul-02 | Back Catalogue |
| 226 | MP | [陳奕迅]MTV | 人來人往 | Jul-02 | Back Catalogue |
| 227 | MP | [陳奕迅]MTV | 明年今日 | Jul-02 | Back Catalogue |
| 228 | MP | [陳奕迅]MTV | 隨意門 | Jul-02 | Back Catalogue |
| 229 | EEG | 新城主力頒好聲鋒弦燒音樂會 MTV | 1874 | Sep-02 | Back Catalogue |
| 230 | EEG | 新城主力唱好聲鋒弦燒音樂會 MTV | Your Song | Sep-02 | Back Catalogue |
| 231 | EEG | 新城主力唱好聲鋒弦燒音樂會 MTV | 二人世界盃 - Twins | Sep-02 | Back Catalogue |
| 232 | EEG | 新城主力唱好聲鋒弦燒音樂會 MTV | 玉蝴蝶 | Sep-02 | Back Catalogue |
| 233 | EEG | 新城主力唱好聲鋒弦燒音樂會 MTV | 至少還有你 | Sep-02 | Back Catalogue |

| # | Label | Artist/Album | Title | Date | Type |
|---|---|---|---|---|---|
| 232 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 你看我看你 | Sep-02 | Back Catalogue |
| 233 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 怯 - Joey | Sep-02 | Back Catalogue |
| 234 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 阿門 - Joey | Sep-02 | Back Catalogue |
| 235 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 香水 (國) | Sep-02 | Back Catalogue |
| 236 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 冥想 | Sep-02 | Back Catalogue |
| 237 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 神奇兩女俠 - Twins | Sep-02 | Back Catalogue |
| 238 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 夠了沒有 (國) | Sep-02 | Back Catalogue |
| 239 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 啓示錄 | Sep-02 | Back Catalogue |
| 240 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 愛的逃兵 | Sep-02 | Back Catalogue |
| 241 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 對付我 | Sep-02 | Back Catalogue |
| 242 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 潛龍勿用 | Sep-02 | Back Catalogue |
| 243 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 繼續唱 | Sep-02 | Back Catalogue |
| 244 | EEG | [新城主力唱好鍾鎮濤錢鋒弦歌音樂會 MTV] | 戀愛大過天 - Twins | Sep-02 | Back Catalogue |
| 245 | EEG | [葉佩雯MTV] | 相信愛 | Mar-99 | Back Catalogue |
| 246 | EEG | [葉佩雯MTV] | 李偉人 | Feb-00 | Back Catalogue |
| 247 | EEG | [葉佩雯MTV] | 我不相信 | Mar-00 | Back Catalogue |
| 248 | EEG | [趙學而MTV] | 二人默劇 | Jan-02 | Back Catalogue |
| 249 | EEG | [趙學而MTV] | 自敗敗人 | Oct-99 | Back Catalogue |
| 250 | EEG | [趙學而MTV] | 眼福 | Oct-99 | Back Catalogue |
| 251 | EEG | [鄭伊健MTV] | 談一場不後悔的戀愛 | Oct-99 | Back Catalogue |
| 252 | EEG | [鄭伊健MTV] | Bad Boy | Dec-00 | Back Catalogue |
| 253 | EEG | [鄭伊健MTV] | 一個人戀愛 | Jun-01 | Back Catalogue |
| 254 | EEG | [鄭伊健MTV] | 太陽出來了 | Jun-01 | Back Catalogue |
| 255 | EEG | [鄭伊健MTV] | 迷戀 | Jun-01 | Back Catalogue |
| 256 | EEG | [謝霆鋒-903演唱會MTV] | 大利孤星 | Nov-99 | Back Catalogue |
| 257 | EEG | [謝霆鋒-903演唱會MTV] | 只要為你活一天 | Nov-99 | Back Catalogue |
| 258 | EEG | [謝霆鋒-903演唱會MTV] | 末世紀的呼聲 | Nov-99 | Back Catalogue |
| 259 | EEG | [謝霆鋒-903演唱會MTV] | 光陰歲月 | Nov-99 | Back Catalogue |
| 260 | EEG | [謝霆鋒-903演唱會MTV] | 如果只得一星期 | Nov-99 | Back Catalogue |
| 261 | EEG | [謝霆鋒-903演唱會MTV] | 早知 | Nov-99 | Back Catalogue |
| 262 | EEG | [謝霆鋒-903演唱會MTV] | 估計錯誤 | Nov-99 | Back Catalogue |
| 263 | EEG | [謝霆鋒-903演唱會MTV] | 我想飛 | Nov-99 | Back Catalogue |
| 264 | EEG | [謝霆鋒-903演唱會MTV] | 改造人 | Nov-99 | Back Catalogue |
| 265 | EEG | [謝霆鋒-903演唱會MTV] | 放不低 | Nov-99 | Back Catalogue |
| 266 | EEG | [謝霆鋒-903演唱會MTV] | 非走不可 | Nov-99 | Back Catalogue |
| 267 | EEG | [謝霆鋒-903演唱會MTV] | 無聲仿有聲 | Nov-99 | Back Catalogue |
| 268 | EEG | [謝霆鋒-903演唱會MTV] | 開放日 | Nov-99 | Back Catalogue |
| 269 | EEG | [謝霆鋒-903演唱會MTV] | 壞習慣 | Nov-99 | Back Catalogue |
| 270 | EEG | [謝霆鋒MTV] | 改造人 | Apr-99 | Back Catalogue |
| 271 | EEG | [謝霆鋒MTV] | 因為愛所以愛 | Sep-99 | Back Catalogue |

| | | | | | |
|---|---|---|---|---|---|
| 272 | EEG | [謝霆鋒]MTV | | 你不曾了解 | Sep-99 | Back Catalogue |
| 273 | EEG | [謝霆鋒]MTV | | 謝謝你的愛1999 | Sep-99 | Back Catalogue |
| 274 | EEG | [謝霆鋒]MTV | | 變後餘生 | Dec-99 | Back Catalogue |
| 275 | EEG | [謝霆鋒]MTV | | 曝光 | Dec-99 | Back Catalogue |
| 276 | EEG | [謝霆鋒]MTV | | 一了百了 | May-00 | Back Catalogue |
| 277 | EEG | [謝霆鋒]MTV | | 一擊即中 | May-00 | Back Catalogue |
| 278 | EEG | [謝霆鋒]MTV | | 281公里 | Sep-00 | Back Catalogue |
| 279 | EEG | [謝霆鋒]MTV | | 只要為你活一天 | Sep-00 | Back Catalogue |
| 280 | EEG | [謝霆鋒]MTV | | 點歌 | Sep-00 | Back Catalogue |
| 281 | EEG | [謝霆鋒]MTV | | 活著VIVA | Nov-00 | Back Catalogue |
| 282 | EEG | [謝霆鋒]MTV | | 遊樂場 | Nov-00 | Back Catalogue |
| 283 | EEG | [謝霆鋒]MTV | | 天下不亂 | May-01 | Back Catalogue |
| 284 | EEG | [謝霆鋒]MTV | | 玉蝴蝶 | May-01 | Back Catalogue |
| 285 | EEG | [謝霆鋒]MTV | | 停電一日 | May-01 | Back Catalogue |
| 286 | EEG | [謝霆鋒]MTV | | 潛龍勿用 | Nov-01 | Back Catalogue |
| 287 | EEG | [謝霆鋒]MTV | | 不耐煩(國) | Nov-01 | Back Catalogue |
| 288 | EEG | [謝霆鋒]MTV | | 香水(國) | Nov-01 | Back Catalogue |
| 289 | EEG | [謝霆鋒]MTV | | 夠了沒有(國) | Nov-01 | Back Catalogue |
| 290 | EEG | [謝霆鋒]MTV | | 你看我看你 | Jan-02 | Back Catalogue |
| 291 | EEG | [謝霆鋒]MTV | | 完美啟示錄 | Jan-02 | Back Catalogue |
| 292 | EEG | [謝霆鋒]MTV | | 巴斯光年 | Aug-02 | Back Catalogue |
| 293 | EEG | [謝霆鋒]MTV | | 從前以後 | Aug-02 | Back Catalogue |
| 294 | EEG | [謝霆鋒]MTV | | 細路 | Aug-02 | Back Catalogue |
| 295 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 個別意見 | Jan-01 | Back Catalogue |
| 296 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 一了百了/無聲仿有聲/一擊即中MEDLEY | Jan-01 | Back Catalogue |
| 297 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 不可一世 | Jan-01 | Back Catalogue |
| 298 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 不是定理 | Jan-01 | Back Catalogue |
| 299 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 不要說謊 | Jan-01 | Back Catalogue |
| 300 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 只要為你活一天 | Jan-01 | Back Catalogue |
| 301 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 未簽收 | Jan-01 | Back Catalogue |
| 302 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 未世紀的呼聲 | Jan-01 | Back Catalogue |
| 303 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 因為愛所以愛 | Jan-01 | Back Catalogue |
| 304 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 估計錯誤 | Jan-01 | Back Catalogue |
| 305 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 別來無恙 | Jan-01 | Back Catalogue |
| 306 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 改造人 | Jan-01 | Back Catalogue |
| 307 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 非走不可 | Jan-01 | Back Catalogue |
| 308 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 活著VIVA | Jan-01 | Back Catalogue |
| 309 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 假天真 | Jan-01 | Back Catalogue |
| 310 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 開放日 | Jan-01 | Back Catalogue |
| 311 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | | 變後餘生 | Jan-01 | Back Catalogue |

| | | | | | |
|---|---|---|---|---|---|
| 312 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | 罪人 | Jan-01 | Back Catalogue |
| 313 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | 遊樂場 | Jan-01 | Back Catalogue |
| 314 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | 對你愛不完 | Jan-01 | Back Catalogue |
| 315 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | 獨自偷歡 | Jan-01 | Back Catalogue |
| 316 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | 謝謝你的愛1999 | Jan-01 | Back Catalogue |
| 317 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | 壞習慣 | Jan-01 | Back Catalogue |
| 318 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | 曙光 | Jan-01 | Back Catalogue |
| 319 | EEG | [謝霆鋒-VIVA LIVE演唱會MTV] | 魔鬼的主意 | Jan-01 | Back Catalogue |
| 320 | EEG | [連兆廣MTV] | 全因你 | Mar-02 | Back Catalogue |
| 321 | MP | [羅文MTV] | 我要你的愛 | Nov-00 | Back Catalogue |
| 322 | MP | [羅文MTV] | 夜上海 | Nov-00 | Back Catalogue |
| 323 | MP | [羅文MTV] | 等著你回來 | Nov-00 | Back Catalogue |
| 324 | MP | [羅文-演唱會MTV] | 心債 | Sep-99 | Back Catalogue |
| 325 | MP | [羅文-演唱會MTV] | 今晚夜 | Sep-99 | Back Catalogue |
| 326 | MP | [羅文-演唱會MTV] | 心裡有個謎 | Sep-99 | Back Catalogue |
| 327 | MP | [羅文-演唱會MTV] | 卡門 | Sep-99 | Back Catalogue |
| 328 | MP | [羅文-演唱會MTV] | 交出我的心 | Sep-99 | Back Catalogue |
| 329 | MP | [羅文-演唱會MTV] | 吻別 | Sep-99 | Back Catalogue |
| 330 | MP | [羅文-演唱會MTV] | 我的歌 | Sep-99 | Back Catalogue |
| 331 | MP | [羅文-演唱會MTV] | 我願意 | Sep-99 | Back Catalogue |
| 332 | MP | [羅文-演唱會MTV] | 抉擇 | Sep-99 | Back Catalogue |
| 333 | MP | [羅文-演唱會MTV] | 李香蘭 | Sep-99 | Back Catalogue |
| 334 | MP | [羅文-演唱會MTV] | 夜來香 | Sep-99 | Back Catalogue |
| 335 | MP | [羅文-演唱會MTV] | 幸運是我 | Sep-99 | Back Catalogue |
| 336 | MP | [羅文-演唱會MTV] | 明日天涯 | Sep-99 | Back Catalogue |
| 337 | MP | [羅文-演唱會MTV] | 明星 | Sep-99 | Back Catalogue |
| 338 | MP | [羅文-演唱會MTV] | 足夜星塵 | Sep-99 | Back Catalogue |
| 339 | MP | [羅文-演唱會MTV] | 紅綃 | Sep-99 | Back Catalogue |
| 340 | MP | [羅文-演唱會MTV] | 幾許風雨 | Sep-99 | Back Catalogue |
| 341 | MP | [羅文-演唱會MTV] | 掌聲響起 | Sep-99 | Back Catalogue |
| 342 | MP | [羅文-演唱會MTV] | 順流逆流 | Sep-99 | Back Catalogue |
| 343 | MP | [羅文-演唱會MTV] | 楚歌 | Sep-99 | Back Catalogue |
| 344 | MP | [羅文-演唱會MTV] | 獅子山下 | Sep-99 | Back Catalogue |
| 345 | MP | [羅文-演唱會MTV] | 當年情 | Sep-99 | Back Catalogue |
| 346 | MP | [羅文-演唱會MTV] | 萬水千山縱橫 | Sep-99 | Back Catalogue |
| 347 | MP | [羅文-演唱會MTV] | 塵緣 | Sep-99 | Back Catalogue |
| 348 | MP | [羅文-演唱會MTV] | 夢 | Sep-99 | Back Catalogue |
| 349 | MP | [羅文-演唱會MTV] | 摘星 | Sep-99 | Back Catalogue |
| 350 | MP | [羅文-演唱會MTV] | 黎明不要來 | Sep-99 | Back Catalogue |
| 351 | MP | [羅文-演唱會MTV] | 舊夢 | Sep-99 | Back Catalogue |

| 352 | MP | [羅文-演唱會MTV] | 舊夢不須記 | Sep-99 | Back Catalogue |
| 353 | MP | [羅文-演唱會MTV] | 瀟灑走一回 | Sep-99 | Back Catalogue |

Emperor Entertainment (HK) Limited

By: _____
Name: Mr. Ng Yu
Title: Chief Executive Officer

TC Worldwide Ltd.
For and on behalf of
T.C. WORLDWIDE LIMITED

By: _____
Name: Ms. Maria *Authorised Signature(s)*
Title: Chairwoman and C.O.O.

**EMPEROR ENTERTAINMENT (HK) LTD.**
**MTV & KARAOKE - MASTER**
**EEG & MusicPlus Artistes**

| NO | LABEL | ARTISTES | SONGS | RELEASE DATE |
|----|-------|----------|-------|--------------|
| 1  | EEG | Boy'z | La La 世界 | 8-Apr-2003 |
| 2  | EEG | Boy'z | 不請自來 | 8-Apr-2003 |
| 3  | EEG | Boy'z | 跟蹤你 | 12-Aug-2003 |
| 4  | EEG | Boy'z | 總有一站愛上你 | 12-Aug-2003 |
| 5  | EEG | Boy'z | 死性不改 | 12-Aug-2003 |
| 6  | EEG | Boy'z | 一起喝采 | 12-Aug-2003 |
| 7  | EEG | Boy'z+Twins | 死性不改 (合唱) | 12-Aug-2003 |
| 8  | MP  | Dave Wang | 在你背後 | 28-Feb-2003 |
| 9  | MP  | Dave Wang | 我比他好 | 28-Feb-2003 |
| 10 | MP  | Deep Ng | 先入為主 | 15-Sep-2003 |
| 11 | MP  | Deep Ng | 討厭 | 15-Sep-2003 |
| 12 | MP  | Eason Chan | 兄妹 | 5-Apr-2003 |
| 13 | MP  | Eason Chan | 十面埋伏 | 22-Jul-2003 |
| 14 | MP  | Eason Chan | 忘記歌詞 | 27-Jul-2003 |
| 15 | MP  | Eason Chan | 猜情尋 | 27-Jul-2003 |
| 16 | EEG | Eason Chan | 幸災樂禍 | 27-Jul-2003 |
| 17 | EEG | Edison Chen | Number Nine | 13-Feb-2003 |
| 18 | EEG | Joey Yung | 我的驕傲 | 25-Mar-2003 |
| 19 | EEG | Joey Yung | 揮著翅膀的女孩 | 25-Mar-2003 |
| 20 | EEG | Joey Yung | 習慣失戀 | 25-Mar-2003 |
| 21 | EEG | Joey Yung | 心淡 | 25-Mar-2003 |
| 22 | EEG | Joey Yung | 一首傳世之歌 | 10-Jun-2003 |
| 23 | EEG | Joey Yung | 揈得太濕 | 10-Jun-2003 |
| 24 | EEG | Joey Yung | Show Up | 30-Sep-2003 |
| 25 | EEG | Joey Yung | Show Up (國語) | 30-Sep-2003 |
| 26 | EEG | Joey Yung | 出賣 | 30-Sep-2003 |
| 27 | EEG | Nicholas Tse | 第二世 | 13-Jun-2003 |
| 28 | EEG | Nicholas Tse | 邊走邊愛 | 13-Jun-2003 |

| | | | | |
|---|---|---|---|---|
| 29 | EEG | Nicholas Tse | 繼續發育 | 13-Jun-2003 |
| 30 | EEG | Nicholas Tse | 苦海孤雛 | 13-Jun-2003 |
| 31 | EEG | Twins | 下一站天后 | 29-Apr-2003 |
| 32 | EEG | Twins | 千金 | 29-Apr-2003 |
| 33 | EEG | Twins | 多謝失戀 | 29-Apr-2003 |
| 34 | EEG | Twins | 我的爸爸媽媽 | 29-Apr-2003 |
| 35 | EEG | Twins | 呀世界 | 29-Apr-2003 |
| 36 | EEG | Twins | 變變變 | 17-Jun-2003 |
| 37 | EEG | Twins | 夏日狂嘩 | 5-Sep-2003 |
| 38 | EEG | Twins | 亂世生人 | 5-Sep-2003 |
| 39 | EEG | Twins | 朋友的愛 | 5-Sep-2003 |
| 40 | EEG | Twins+Boy'z | 夏日狂嘩 (合唱) | 5-Sep-2003 |
| 41 | MP | Yumiko Cheng | 話走就走 | 6-Jun-2003 |
| 42 | MP | Yumiko Cheng | 愛何簡單 | 6-Jun-2003 |