Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al　　　　Doc. 11 Att.

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 爱-情人难作 | Ai - Qing Da Wu Tai | 郭富城 | Aaron Kwok |
| 5050466132758 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 爱-情人难作 (国语版) | Ai - Qing Da Wu Tai (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 爱的发热浪 | Ai De Fa Re Wang | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 爱的呼唤 (国语版) | Ai Di Hu Huan (Mandarin Version) | 郭富城 | Aaron Kwok |
| 639842241427 | 18/6/1998 | Warner Music HK Ltd. | The Best of Aaron Kwok Karaoke Special 1998 DVD | 爱定你 | Ai Ding Ni | 郭富城 | Aaron Kwok |
| 809274280B | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xinliandi Karaoke Greatest Hits VCD | 暴烈旋风 | Bao Lie Xuan Feng | 郭富城 | Aaron Kwok |
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 别说 | Bie Shuo | 郭富城 | Aaron Kwok |
| 685738369454 | 13/6/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | 不夜城 (国语版) | Bu Xun Chang (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 5050466132758 | 30/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 不夜城 | Bu Xun Chang | 郭富城 | Aaron Kwok |
| 5050466007155 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 查无此人 | Cha Wu Ci Ren | 郭富城 | Aaron Kwok |
| 639842142038 | 24/11/1997 | Warner Music HK Ltd. | No Such Person (Karaoke) | 唱这歌 | Chang Zhe Ge | 郭富城 | Aaron Kwok |
| 639842274234 | 23/2/1998 | Warner Music HK Ltd. | Generation Next (Karaoke) | 创战 | Chuang Ju | 郭富城 | Aaron Kwok |
| 685738174423 | 30/12/1999 | Warner Music HK Ltd. | Aaron Kwok Hip Hip Hurray Greatest Hits 1999 | 纯真传说 | Chun Zhen Chuan Shuo | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 大意 | Da Yi | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 当年旧事 | Dang Nian Jiu Shi | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 灯蛾 | Deng E | 郭富城 | Aaron Kwok |
| 5050466007155 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 等我回来 | Deng Wo Hui Lai | 郭富城 | Aaron Kwok |
| 685738369454 | 13/5/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | | | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists |
|---|---|---|---|---|---|---|---|
| 8052742B08 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xintiandi Karaoke Greatest Hits VCD | 地球人全(戀愛速度版 2002) | Di Yu Tian Tang (Lian Ai Tai Du 20 | 郭富城 | Aaron Kwok |
| 685738303279 | 18/4/2000 | Warner Music HK Ltd. | Journey Cheer | 咖啡冰 | Dong Qi Lai | 郭富城 | Aaron Kwok |
| 70630/1929933 | 20/5/1997 | Warner Music HK Ltd. | Love Sharing (Karaoke) | 分享愛 | Fen Xiang Ai | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 風木息 | Feng Bu Xi | 郭富城 | Aaron Kwok |
| 639842476737 | 14/8/1998 | Warner Music HK Ltd. | In The Wind (Karaoke) | 風裡密碼 | Feng Li Mi Ma | 郭富城 | Aaron Kwok |
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 福氣 | Fu Qi | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 高漲 | Gao Zhang | 郭富城 | Aaron Kwok |
| 639842338554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 | Goodbye Valentine | Goodbye Valentine | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 國王的新歌 | Guo Wang Di Xin Ge | 郭富城 | Aaron Kwok |
| 5050466132758 | 30/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 好想說聲謝謝你 | Han Xiang Shuo Sheng Xie Xie Ni | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 化妝舞會(國) | Hua Zhuang Wu Hui (Mandarin Vo | 郭富城 | Aaron Kwok |
| 8092743708S3 | 9/1/2002 | Warner Music HK Ltd | Aaron Super Dance Hits | 活得好(國) | Huo De Hao (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 639842338554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 | I Love You So 太愛你(國) | I Love You So Tai Ai Ni (Guo Yu B | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 極度愛戀的晚上 | Ji Du Ai Yan Di Wan Shang | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 今夜我有點壞 | Jin Ye Wo You Dian Huai | 郭富城 | Aaron Kwok |
| 639842492430 | 4/9/1998 | Warner Music HK Ltd. | Change Alert (Karaoke VHS) | 驚變(國) | Jing Bian (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 就是這種愛全華獻 | Jing Qi Zhe Zhi Ai Shi Quan Feng | 郭富城 | Aaron Kwok |
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 絕對美麗 | Jue Dui Mei Li | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 狂野之城 | Kuang Ye Zhi Cheng | 郭富城 | Aaron Kwok |
| 639842242338 | 17/7/1998 | Warner Music HK Ltd. | Love Altitude 1998 (Karaoke VHS) | 戀愛達度 1998 | Lian Ai Tai Du 1998 | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 戀愛中 | Lian Ai Zhong | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 木偶擁地球 | Mu Ou Xi Di Qiu | 郭富城 | Aaron Kwok |
| 5050465132758 | 30/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 你無法我很我的心 | Ni Qian Zou Wo De Xin | 郭富城 | Aaron Kwok |
| 685738676620 | 12/1/2001 | Warner Music HK Ltd. | Fearless Vs Future | 你是未來 | Ni Shi Wei Lai | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 你是我的一切之春之暮 | Ni Shi Wo Di Yi Qie Zhi Chun Mian | 郭富城 | Aaron Kwok |
| 809274046727 | 26/7/2001 | Warner Music HK Ltd. | Xintiandi (CD+AVCD) | Para Para Sukura (國) | Para Para Sakura-Guo Yu Ban | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 強 | Qiang | 郭富城 | Aaron Kwok |
| 5050466199430 | 20/10/2002 | Warner Music HK Ltd. | Earth Paradise (Karaoke VHS) | 人間天堂(國語版) | Ren Jian Tian Tang (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 如果你能真的 | Ru Guo Ni Ren Zhen Guo | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 如果下半生 | Ru Guo Xia Ban Sheng | 郭富城 | Aaron Kwok |
| 809274280855 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xintiandi Karaoke Greatest Hits VCD | 若有所失 | Ruo You Suo Shi | 郭富城 | Aaron Kwok |
| 639842338554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 | 神經 | Shen Jing | 郭富城 | Aaron Kwok |
| 639842241427 | 18/6/1998 | Warner Music HK Ltd. | The Best of Aaron Kwok Karaoke Special 1998 DVD | 神經(Dance Version) | Shen Jing (Dance Version) | 郭富城 | Aaron Kwok |
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 使你降趕 | Shi Ni Luo Du | 郭富城 | Aaron Kwok |
| 5050466132559 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 是我 | Shi Wo | 郭富城 | Aaron Kwok |
| 685738369454 | 13/6/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | 失憶[兩節]陳奕迅 | Shi Yi [Liang Jie] Bei Wan Lu | 郭富城 | Aaron Kwok |

Page 2

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 失约[两姐妹王陆奇缘] | Shi Yi [Liang Jie] Bei Wang Lu (Ma | 郭富城 | Aaron Kwok |
| 706301872635 | 14/4/1997 | Warner Music HK Ltd. | Who Will Remember Me (Karaoke VHS) | 谁会记得我 | Shui Hui Ji De Wo | 郭富城 | Aaron Kwok |
| 685738369454 | 13/6/2000 | Warner Music HK Ltd | Aaron Kwok Greatest Hits VCD 2000 | 谁能代替你 | Shui Neng Dai Ti Ni | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd | The Best Listening Karaoke Greatest Hits 1997 2VCD | 铁幕有情 | Tie Mu You Huo | 郭富城 | Aaron Kwok |
| 639842338554 | 17/4/1998 | Warner Music HK Ltd | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 听风的歌 | Ting Feng Di Ge | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 一个人的时候 | Yi Ge Ren Di Shi Hou | 郭富城 | Aaron Kwok |
| 639842338554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 忘不了 | Wang Bu Liao | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 烟花之所见尽火花 | Wang Xiang Zhi Zai Jian Ying Huo | 郭富城 | Aaron Kwok |
| 809274046727 | 26/7/2001 | Warner Music HK Ltd. | Xintendi (CD+AVCD) | 唯一色彩 | Wei Yi Se Cai | 郭富城 | Aaron Kwok |
| 5050466132758 | 30/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 我的开始在这里 | Wo De Kai Shi Zai Zhe Li | 郭富城 | Aaron Kwok |
| 685738676820 | 12/1/2001 | Warner Music HK Ltd. | Fearless Vs Future | 无忌 | Wu Ji | 郭富城 | Aaron Kwok |
| 809274280855 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xinliandi Karaoke Greatest Hits VCD | 羡慕我 | Xian Mu Wo | 郭富城 | Aaron Kwok |
| 639842338554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 想赢 | Xiang Ying | 郭富城 | Aaron Kwok |
| 685738369454 | 13/6/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | 新的喝采 | Xin De He Cai | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 信割 | Xin Ge | 郭富城 | Aaron Kwok |
| 685738446223 | 6/9/2000 | Warner Music HK Ltd | Fascinating (With Bonus CD) | 星空无限 | Xing Kong Wu Xian | 郭富城 | Aaron Kwok |
| 639842626132 | 26/11/1998 | Warner Music HK Ltd. | A Magic To City (Karaoke VHS) | 一变倾城倾色魅力 | Yi Bian Qing Cheng/Lan Se Mei Li | 郭富城 | Aaron Kwok |
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 因爱之名 | Yin Ai Zhi Ming | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398420515536 | 6/6/1997 | Warner Music HK Ltd. | Valid Date (Karaoke VHS) | 有效日期 | You Xiao Ri Qi | 郭富城 | Aaron Kwok |
| 8092774280855 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xintiandi Karaoke Greatest Hits VCD | 越爱越恨 | Yue Ai Yue Hen | 郭富城 | Aaron Kwok |
| 7063019670034 | 6/6/1997 | Warner Music HK Ltd. | You Are The Most Special One In My Eye (Karaoke VHS) | 在我眼里你最特别 | Zai Wo Yan Li Ni Zui Te Bie | 郭富城 | Aaron Kwok |
| Karaoke Broadcast | 12-Dec-02 | Warner Music HK Ltd. | The Power Of Love | 张文 | Zhang Wen | 郭富城 | Aaron Kwok |
| 6398427438853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 展唱上的快乐起点 | Zhan Chang Shang De Kuai Le Shi | 郭富城 | Aaron Kwok |
| 6398421911135 | 19/1/1998 | Warner Music HK Ltd. | Finding The One I Love (Karaoke VHS) | 找我心爱的人 | Zhao Zi Ji Ai Di Ren | 郭富城 | Aaron Kwok |
| 6398426267033 | 28/11/1998 | Warner Music HK Ltd. | At That Moment (Karaoke VHS) | 这夜心情(Live Version) | Zhe Ye Xin Qing (Live Version) | 郭富城 | Aaron Kwok |
| 6398427438853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 这夜心情 | Zhe Ye Xin Qing | 郭富城 | Aaron Kwok |
| 5057383369454 | 13/6/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | 真的怕了 | Zhen De Pa Liao | 郭富城 | Aaron Kwok |
| 5050466132758 | 1/10/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 争气(国) | Zheng Qi (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 6398420012250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 只要拥有爱 | Zhi Yao Wo Di Ai | 郭富城 | Aaron Kwok |
| 6398423385554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 只因拥有你 | Zhi Yin Yong You Ni | 郭富城 | Aaron Kwok |
| 8092774280855 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xintiandi Karaoke Greatest Hits VCD | 卓溪 | Zhuo Mi | 郭富城 | Aaron Kwok |
| 6398420012250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 诚意帝国 | Zui Ji Di Guo | 郭富城 | Aaron Kwok |
| 6398423385554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 最深爱的人是你 | Zui Shen Ai De Ren Shi Ni | 郭富城 | Aaron Kwok |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 全城之寶 | Quan Cheng Zhi Bao | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 福氣 | Fu Qi | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 越愛越好 | Yue Ai Yue Hao | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 當我知道你們相愛 | Dang Wo Zhi Dao Ni Men Xiang Ai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 愛下去 | Ai Xia Qu | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 比翼 | Bi Ai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 無忌 | Wu Ji | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 誰能代替妳 | Shui Neng Di Ti Ni | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 不尋常 | Bu Xun Chang | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 木偶襲地球 | Mu Ou Xi Di Qiu | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 愛的呼喚 | Ai De Hu Huan | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 動起來 | Dong Qi Lai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 實物落世 | Shi Ni Luo Du | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 唯一色彩 | Wei Yi Se Cai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 你是未來 | Ni Shi Wei Lai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 著迷 | Zhao Mi | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | Para Para Sakura | Para Para Sakura | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 情人跳舞 | Qing Ren Tiao Wu | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title | | Name of Artists | |
|---|---|---|---|---|---|---|---|
| | | | | Chinese | English | Chinese | English |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 絕對美麗 | Jue Dui Mei Li | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 是我 | Shi Wo | 郭富城 | Aaron Kwok |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 最激荷爾蒙 | Zui Ji Di Guo | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 喻樂我的一切 | Ni Shi Wo Di Yi Qie | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 如果下半生 | Ru Guo Xia Ban Sheng | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 驚世一吻之愛是不夜城(電影"風雲"插曲) | Jing Qi Zhe Zhi Ai Shi Guan Feng | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 失憶[兩姐]對望路 | Shi Yi [Liang Jie] Dei Wang Lu | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 戀愛中 | Lian Ai Zhong | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 當我知道你們相愛 | Dang Wo Zhi Dao Ni Men Xiang Ai | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 鐵幕誘惑 | Tie Mu You Huo | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 痛哭 | Tong Ku | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 個個贊你乖 | Ge Ge Zan Ni Guai | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 今夜我有點壞 | Jin Ye Wo You Dian Huai | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 化妝舞會 | Hua Zhuang Wu Hui | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 只要我的愛 | Zhi Yao Wo Di Ai | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 天地不容 | Tian Di Bu Rong | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 狂野之城 | Kuang Ye Zhi Cheng | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 忘鄉 (OT: 忘郷) | Wang Xiang | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 信箱 | Xin Ge | 郭富城 | Aaron Kwok |
| 7063018746S3 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 強 | Qiang | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 純真傳說 | Chun Zhen Chuan Shuo | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 時光 | Shi Guang | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 國王的新歌 | Guo Wang Di Xin Ge | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | Opening(純真傳說/愛情敢死隊/最激得你歡心/鐵幕誘惑) | Opening (Chun Zhen Chuan Shuo) | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 一邊情城 | Yi Bian Qing Cheng | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 瘋了迷媽 | Feng Li Mi Ma | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | I LOVE YOU SO太愛你 | I Love You So Tai Ai Ni | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 有效日期 | You Xiao Ri Qi | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 鐵幕誘惑 | Tie Mu You Huo | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 聽風的歌 | Ting Feng Di Ge | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 極度愛戀的晚上 | Ji Du Ai Yan Di Wan Shang | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 俘虜靈魂 | Fu Zhi Ling Hun | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 純真傳說 | Chun Zhen Chuan Shuo | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | Love Me Tender | Love Me Tender | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 戀愛中 | Lian Ai Zhong | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 忘不了 | Wang Bu Liao | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 國王的新歌 | Guo Wang Di Xin Ge | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 神經 | Shen Jing | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 戀愛態度 1998 | Lian Ai Tai Du 1998 | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 失憶(梁姐姐別玩我) | Shi Yi (Liang Jie) Bei Wan Lu | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 驚變 | Jing Bian | 郭富城 | Aaron Kwok |