Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al                                                                                                Doc. 11 Att.

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 信念 | Xin Ge | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 狂野之城 | Kuang Ye Zhi Cheng | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 分享愛 | Fen Xiang Ai | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 愛的呼喚 | Ai De Hu Huan | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 這夜心情 | Zhe Ye Xin Qing | 郭富城 | Aaron Kwok |
| 6398426633359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 唱這歌 | Chang Zhe Ge | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | Openning Song | Opening Song | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 誰能代替你 | Zhuo Mi ("Pepsi 2000" Zhu Ti Qu ) | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 水濃代替你 | Shui Nong Dai Ti Ni | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 若有所失 | Ruo You Suo Shi | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | Love You So 太愛你 | I Love You So Tai Ai Ni | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 別說 | Bie Shuo | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 渴望無限 Ask For More | Ke Wang Wu Xian Ask For More | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 戀愛態度 | Di Yu Tian Tang (Lian Ai Tai Du 20 | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 戀愛態度 1998 | Lian Ai Tai Du 1998 | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 扶著靈魂 | Fu Zhi Ling Hun | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 愛下去 | Ai Xia Qu | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 當我知道你們相愛 | Dang Wo Zhi Dao Ni Men Xiang Ai | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 戰場上的快樂聖誕 | Zhan Chang Shang De Kuai Le Sh | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 國王的新歌 | Guo Wang Di Xin Ge | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 神經 | Shen Jing | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 明星 | Ming Xing | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 一起走過的日子 | Yi Qi Zuo Guo De Ri Zi | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2VCD | 那有一天不想你 | Na You Yu Tian Bu Xiang Ni | 郭富城 | Aaron Kwok |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\让人更执着一些 | | Mei Tian Ai Ni Duo Yi Xie | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\爱的呼唤 | | Ai Di Hu Huan | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\创野 | | Chuang Ju | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\失忆周博忘记 | | Shi Yi [Liang Jie] Bei Wang Lu | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\只有你 | | Zhi You Ni | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\游园惊梦 | | You Yuan Jing Meng | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\爱情基本法 | | Ai Qing Ji Ben Fa | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\木屋区地球 | | Mu Qu Xi Di Qiu | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\Summer Aloha | | Summer Aloha | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\动起来 | | Dong Qi Lai | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\你是未来 | | Ni Shi Wei Lai | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\We Wish You A Merry Christmas | | We Wish You A Merry Christmas | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\无忌 | | Wu Ji | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\有效日期 | | You Xiao Ri Qi | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\哥哥真你帅 | | Ge Ge Zhan Ni Guai | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\唱着歌 | | Chang Zhe Ge | 郭富城 | Aaron Kwok |
| 685738865352 | 9/5/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 2000/01 Karaoke 2\Ending Song | | Ending Song | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 685738892822 | 27/6/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 00/01 Karaoke DVD | 新的喝采 | Xin De He Cai | 郭富城 | Aaron Kwok |
| 685738892822 | 27/6/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 00/01 Karaoke DVD | 狂野之城 | Kuang Ye Zhi Cheng | 郭富城 | Aaron Kwok |
| 685738892822 | 27/6/2001 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live On Stage In Concert 00/01 Karaoke DVD | 聽風的歌 | Ting Feng Di Ge | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 海闊天空 | Hai Kuo Tian Kong | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 情人 | Qing Ren | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 遙望 | Yao Wang | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 早班火車 | Zao Ban Hun Che | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 和平與愛 | He Ping Yu Ai | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 不可一世 | Bu Ke Yi Shi | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 溫暖的家鄉 | Wen Nuan De Jia Xiang | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 長城 | Chang Cheng | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 可否衝破 | Ke Fou Chong Po | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 妄想 | Wang Xiang | Beyond | Beyond |
| 6398427302259 | 30/3/1999 | Warner Music HK Ltd. | Beyond 15th Anniversary Greatest Hits VCD | 點解點解 | Dian Jie, Dian Jie | Beyond | Beyond |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 海闊天空 | Hai Kuo Tian Kong | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 情人 | Qing Ren | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 早班火車 | Zao Ban Huo Che | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 長城 | Chang Cheng | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 遙望 | Yao Wang | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 爸爸媽媽 | Ba Ba Ma Ma | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 不可一世 | Bu Ke Yi Shi | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 點解點解 | Dian Jie, Dian Jie | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 妄想 | Wang Xiang | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 阿們 | Amen | Beyond | Beyond |
| 70630162636B | 8/8/1996 | Warner Music HK Ltd. | The Music Spirit Of Rock N Roll VCD | 不再猶豫 | Bu Zai You Yu | Beyond | Beyond |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092742325625 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Beyond | 海阔天空 | Hoi Kuo Tian Kong | Beyond | Beyond |
| 8092742325625 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Beyond | 情人 | Qing Ren | Beyond | Beyond |
| 8092742325625 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Beyond | 早班火车 | Zao Ban Huo Che | Beyond | Beyond |
| 8092742325625 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Beyond | 点解点解 | Dian Jie, Dian Jie | Beyond | Beyond |
| 8092742325625 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Beyond | 长城 | Chang Cheng | Beyond | Beyond |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 喜歡你擁有 | | Wen Nuan De Jia Xiang | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 長城 | | Chang Cheng | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 逝去 | | Yao Wang | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 不可一世 | | Du Ke Yi Shi | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 誤解冰解 | | Dian Jie, Dian Jie | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 爸爸媽媽 | | Ba Ba Ma Ma | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 海闊天空 | | Hai Kuo Tian Kong | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 情人 | | Qing Ren | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 可否衝破 | | Ke Fou Chong Po | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 妄想 | | Wang Xiang | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 早班火車 | | Zao Ban Huo Che | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 和平與愛 | | He Ping Yu Ai | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 農民 | | Nong Min | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 我是憤怒 | | Wo Shi Fen Nu | Beyond | Beyond |
| 8092746916S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary Greatest Hits - Beyond 無盡空虛 | | Wu Jin Kong Xu | Beyond | Beyond |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title | | Name of Artists | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Chinese | English | Chinese | English |
| araoke Broadcast On | 15/8/2002 | Warner Music HK Ltd | Chou Pi Jiang | Never Be Alone | Never Be Alone | CPJ | CPJ |
| aroke Broadcast On | 15/8/2002 | Warner Music HK Ltd. | Chou Pi Jiang | 别跟 | Bie Tou | CPJ | CPJ |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 偏偏鍾愛你 | Pian Pian Xi Huan Ni | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 等 | Deng | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 摘星 | Zhai Xing | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 一生何求 | Yi Sheng He Qiu | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 當我想起你 | Dang Wo Xiang Qi Ni | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 粉紅色的一生 | Fen Hong Se De Yi Sheng | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 偶像 | Ou Xiang | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 只因愛你 | Zhi Yin Ai Ni | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 今宵多珍重 | Jin Xiao Duo Zhen Zhong | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 深愛著你 | Shen Ai Zhu Ni | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 幾分鐘的約會 | Ji Fen Zhong De Yue Hui | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 盼望的緣份 | Pan Wang De Yuan Fen | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 喝采 | Ji Feng | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 漣漪 | Lian Yi | 陳百強 | Danny Chan |
| 7063016156669 | 2/8/1996 | Warner Music HK Ltd. | Danny Chan Everlasting Notes VCD | 不 | Bu | 陳百強 | Danny Chan |