Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al

Doc. 11 Att.

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 25rd Anniversary Greatest Hits - Danny Chau | 不快求 | Yi Sheng He Qiu | 陳門迅 | Danny Chan |
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 25rd Anniversary Greatest Hits - Danny Chau | 等 | Deng | 陳門迅 | Danny Chan |
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 25rd Anniversary Greatest Hits - Danny Chau | 誰愛誰你 | Shen Ai Zhu Ni | 陳門迅 | Danny Chan |
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 25rd Anniversary Greatest Hits - Danny Chau | 一生不可留意 | Yi Sheng Bu ke Zi Jue | 陳門迅 | Danny Chan |
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 25rd Anniversary Greatest Hits - Danny Chau | 今天多麼痛 | Jin Xiao Duo Zhou Zhong | 陳門爾 | Danny Chan |

Dockets.Justia.com

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - Danny Chan (VCD) | 少女别来无恙 | Yi Sheng Bi le Zi lue | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 今宵多珍重 | Jm Xiao Duo Zhen Zhung | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - Danny Chan (VCD) | 偏偏喜欢你 | Pian Pian Xi Huaa Ni | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - Danny Chan (VCD) | 一生何求 | Yi Sheng He Qiu | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 等 | Deng | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 不 | Bu | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - Danny Chan (VCD) | 摘星 | Zhai Xing | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 浪荡 | Ou Xiang | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 疾风 | Ji Feng | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 涟漪 | Lian Yi | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 等我回来 | Deng Wo Xiang Qu Ni | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 盼望的缘份 | Pan Wang De Yuan Fen | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 脉脉的眼神 | Fen Hong Se De Yi Sheng | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - Danny Chan (VCD) | 紫钗记的深情 | Ji Pen Zheng De Yue Hui | 陳百强 | Danny Chan |
| 8092744690456 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - Danny Chan (VCD) | 念亲恩 | Niao Qin En | 陳百强 | Danny Chan |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 將心意留住 | Jiang Xin Yi Liu Zu | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 花雪山盟 | Hua Shi Shan Meng | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 梅一個晚上 | Mei Yi Ge Wan Shang | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 千枝針刺落心 | Qian Zhi Zhen Ci Zhi Xin | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 生命之曲 | Sheng Ming Zhi Qu | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 人間第一個你 | Ren Hai Zhong Yi Ge Ni | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 敢愛敢做 | Gai Ai Gan Zuo | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 誰能明白我 | Shui Neng Ming Bai Wo | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 日落日出 | Ri Luo Ri Chu | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 再見楊柳 | Zai Jian Yang Liu | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 似夢迷離 | Si Meng Mi Li | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 千億個夢想 | Qian Yi Ge Ye Wan | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 空等一個晚上 | Zai Deng Yi Ge Wan Shang | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 獨立宣言 | Du Zi Chang Yan | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 分分鐘需要你 | Nen Fa Dang Zi Qiang | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 這一個夜 | Zhe Yi Ge Ye | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 改變自改變 | Gai Bian Chang Gai Bian | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd | Supreme Karaoke 5 - Lam PT.1 | 紅日我愛你 | Hong Ri Wo Ai Ni | 林子祥 | George Lam |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 鬈最爱淤流 | Zai Ai Shi Shai | 林.子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 深步门前 | Ma Bo Xiang Qian | 林.子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 行衛 | Shi Xiang | 林.子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 莫再悲 | Mo Zai Bei | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 如果能再愛多一次 | Reng Ruan Ti De Ge Yi Ci | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 水仙情 | Shui Xian Qing | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 零時十分 | Ling Shi Shi Ten | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 每夜唱不停 | Mei Ye Chang Bu Ting | 林子祥 | George Lam |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

SCHEDULE "A"

BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 千枝針刺在心 | Qian Zhi Zhou Ci Ze Xin | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 生命之曲 | Sheng Ming Zhi Qu | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 人海中一個你 | Ren Hai Zhong Yi Ge Ni | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 抽我感激 | Cau Ai Gan Zun | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 誰能明白我 | Suu Neui Mung Hai Wo | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 日落日出 | Bi Luo Bi Chu | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 再見楊柳 | Zai Hua Yang Liu | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 似夢迷離 | Si Meng Mi Li | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 每個晚上 | Mei Yi Ge Wan Shang | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 在等一個晚上 | Zai Deng Yi Ge Wau Shang | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 改變常改變 | Gu Bian Chang Gai Bian | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 紅日我愛你 | Hoog Ri Wo Ai Ni | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 情愛是誰 | Zou Ai Shi Shui | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 美麗向前 | Mei Ru Xiang Quan | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 千億 | Shi Xiang | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 莫再悲 | Mo Zai Bei | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 仍然記得那一次 | Reng Ran Ji De Qi Yi Ge | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 水仙情 | Shui Xian Qing | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 零時十分 | Ling Shi Shi Fen | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 每夜唱不停 | Mei Ye Chang Bu Ting | 林子祥 | George Lam |

SCHEDULE "A"

BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 當男人愛上女人 | WHEN A MAN LOVES A WOMAN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 今天的一切 | JIN TIAN DE YI QIE | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 酒曲中的鋼琴 | JIU JU ZHONG DE GANG QIN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 故園風雪後 | GU YUAN FENG XUE HOU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 每一個晚上 | MEI YI GE WAN SHANG | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 一隻蚊 | YI ZHI WEN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | Y鳴婆 | YA WU PO | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 誰能明白我 | SHUI NENG MING BAI WO | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 如果有話要說 | RU GUO YOU HUA YAO SHUO | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 每夜常不停 | MEI YE CHANG BU TING | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 再見楊柳 | ZAI JIAN YANG LIU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 懷念這深深一吻 | HUAI NIAN ZHE SHEN SHEN YI WEN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 三心一意 | SAN XIN YI YI | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 小屋的風雨 | XIAO WU DE FENG YU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 情深再別離 | QING SHEN ZAI BIE TI (OT: ZHI SHAO HA | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 敢愛敢做 | GAN AI GAN ZUO(OT:NOTHING'S GONN/ | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 交出一切 | JIAO CHU YI QIE | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 真的漢子 | ZHEN DE HAN ZI | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 仍然記得個一次 | RENG RAN JI DE GE YI CI | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 誰為你 | SHUI WEI NI | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 期望 | QI WANG | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 日落日出 | RI LUO RI CHU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 千枝針刺在心 | QIAN ZHI ZHEN CI ZAI XIN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 將心意盡訴 | JIANG XIN YI JIN SU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 最愛是誰 | ZUI AI SHI SHUI | 林子祥 | George Lam |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 明知也缘份底 | Nan Er Dang Zi Qiang | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 似梦迷离 | Si Meng Mi Li | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 追爱山醒 | Zui Ai Shi Shui | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 有一個相上 | Men Yi Ge Wan Shang | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 謝能明我說 | Shui Neng Ming Bai Wo | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 莫再悲 | Mo Zai Bei | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 民族路落年份困 | Chang Lu Man Man Ban Ni Chuang | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 千億個夜晚 | Qian Yi Ge Ye Wan | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 海港山盟 | Hai Sha Shan Meng | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 千枝萬枝花公 | Qian Zhi Zhen Qi Zai Xin | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 生命之曲 | Sheng Ming Zhi Qu | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 人期一個你 | Ren Hai Zhong Yi Ge Ni | 林子祥 | George Lam |
| 706301626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 口落口出 | Ri Luo Ri Chu | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 敢爱敢做 | Gan Ai Gan Zuo | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 小丙的风雨 | Xiao Wu De Feng Yu | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 迈步向前 | Mai Bu Xiang Qian | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 零时十分 | Ling Shi Shi Fen | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 分分钟需要你——次 | Feng Feng Ji De Ge Yi Ci | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 旧恨新的钢琴 | JIU JIU ZHONG DE GANG QIN | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 我走我路 | Wo Zuo Wo Lu | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 红日我爱你 | HONG RI WO AI NI | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 再见杨柳 | Zai Jian Yang Liu | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 故乡常常改变 | Gu Bian Chang Gai Bian | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 水仙情 | Shui Xian Qing | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 永爱长存 | You Ai Chang Cun | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd | Can't Stop Singing | 带手巾藏 | Dai Shou Pin Zhang | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 長路漫漫伴你闖 | Chang Lu Man Man Ban Ni Chuang | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 人海中一個你 | Ren Hai Zhong Yi Ge Ni | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 真的漢子 | Zhen De Han Zi | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 最愛是誰 | Zui Ai Shi Shei | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 男兒當自強 | Nan Er Dang Zi Qiang | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 千億個掌聲 | Qian Zhi Zhen Ci Zai Xin | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 生命之曲 | Sheng Ming Zhi Qu | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 敢愛敢做 | Gan Ai Gan Zuo | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 誰能明白我 | Shui Neng Ming Bai Wo | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 分分鐘需要你 | Fu Lun Ri Chu | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 再度揚帆 | Zai Han Yang Lui | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 似夢迷離 | Si Meng Mi Li | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 千億個掌聲 | Qian Yi Ge Ye Wan | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 在等，願意 | Zai Deng Yi Ge Wan Sheng | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 放開心中愛 | Gei Ruan Chuang Cha Bian | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 海市唇樓 | Hai Shi Shen Meng | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 只有夢想 | Zhi You Meng Xiang | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 這一個夜 | Zhe Yi Ge Ye | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 擁有你的每一天 | Reng Ran Ji De Ge Yi Ci | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 莫再悲 | Mo Zai Bei | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 就這樣愛你千萬遍 | Jiu Zu Zhong De Gang Qin | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 每夜唱不停 | Mei Ye Chang Bu Ting | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 講心聲細訴 | Jiang Xin Yi Jin Su | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 石頭 | Shi Xiang | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 水中情 | Shui Xiu Qing | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 交出一切 | Jiao Chu Yi Qie | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 歡盒溢聚滿 物 | Huai Nian Zhe Shen Shen Yi Wan | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 友愛長存 | You Ai Chang Cun | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 這次你真的傷透心離開 | Zhe Ci Ni Shi Zhen De Shang Lian Wo De | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 對白情報 | Du Zi Chang Yin | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd | Warner 25th Anniversary GH - George Lam (Part II) | 每一次心上 | Mei Yi Ge Wan Shang | 林子祥 | George Lam |
| 809274690654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 誰明問我 | Ma Bu Xiang Quan | 林子祥 | George Lam |