Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al                                                                                      Doc. 11 Att. 1

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 這一個夜 | Zhe Yi Ge Ye | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 紅日伴我爱你 | Hong Ri Wo Ai Ni | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 成吉思汗 | Cheng Ji Si Han | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 誰能明白我 | Shui Neng Ming Bai Wo | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 追憶 | Zhui Yi | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 澤田研二 | Ze Tian Yan Er | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 莫阿悲 | Mo Zai Ben | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 每一個晚上 | Mei Yi Ge Wan Shang | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 決定 | Jue Ding | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 似夢迷離 | Si Meng Mi Li | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 億載記得個一次 | Rong Ran Ji De Ge Yi Ci | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 愛情故事 | Ai Qing Gu Shi | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 數字人生 | Shu Zi Ren Sheng | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 千枝針刺在心 | Qian Zhi Zhen Ci Zai Xin | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 沃源走天涯 | Wo Yan Zou Tian Ya | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 敢愛敢做 | Gan Ai Gan Zuo | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 一個人 | Yi Ge Ren | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 祢水中央 | Zai Shui Zhong Yang | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 美麗小姐娘/世證你忘哪裡是/阿 | Mei Li Xian Gu Niang/Shi Yin Zai M | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 活色生香 | Huo Se Sheng Xiang | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 從今失去你/最愛是誰 | Cong Jin Shi Qu Ta/Zui Ai Shi Shui | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 千億個夜晚 | Qian Yi Ge Ye Wan | 林子祥 | George Lam |
| 8092748455S6 | 16/12/2002 | Warner Music HK Ltd | Lam & HK PO Live Concert 2002 VCD | 萬里天風伴我飛 | Wan Li Tian Feng Ban Wo Fei | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd | Lam & HK PO Live Concert 2002 VCD | 男兒當自強 | Nan Er Dang Zi Qiang | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd | Lam & HK PO Live Concert 2002 VCD | 分分鐘需要你 + Chaser | Fen Fen Zhong Xu Yao Ni | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 選擇 | Xuan Ze | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 友愛長存 | You Ai Chang Cun | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 抉擇 | Jue Ze | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 邁步向前 | Mai Bu Xiang Qian | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 真的漢子/大丈夫 | Zhen De Han Zi/Da Zhang Fu | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 阿LAM日記 | A Lam Ri Ji | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 我愛你 | Wo Ai Ni | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 花街七十號 | Hua Jie 70 Han | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 投降吧 | Tou Xiang Ba | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd. | Lam & HK PO Live Concert 2002 VCD | 海市蜃樓 | Hai Shi Shen Lou | 林子祥 | George Lam |
| 8092748458S6 | 16/12/2002 | Warner Music HK Ltd | Lam & HK PO Live Concert 2002 VCD | 只有夢良 + Chaser | Zhi You Meng Xiong | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | 宅(Acoustic Live) | Zhai (Acoustic Live) | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | 對錯(Acoustic Live) | Dui Cuo 對錯 (Acoustic Live) | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | 愛is…(Acoustic Live) | Ai Shi…愛is… (Acoustic Live) | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | 無根草(Acoustic Live) | Wu Gen Cao 無根草 (Acoustic Live) | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | 大懶堂(Acoustic Live) | Da Lan Tang 大懶堂 (Acoustic Live) | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | 大懶堂 | Da Lan Tang | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | 1127 | 1127 | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | 無根草 | Wu Gen Cao | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | Crazychildren | Crazychildren | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | YYYY | YYYY | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | Crazychildren | Crazychildren | LMF | LMF |
| 5050466156556 | 23/10/2002 | Warner Music HK Ltd. | LMF Unplugged Live VCD | VVVV | VVVV | LMF | LMF |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | LMF Intro | LMF Intro | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | 屋企 (PART ONE) | Wu Cun Zai Part 1 | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | 返屋企 | Fan Gu Zai | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | 人渣 | Ren Zha | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | YYYY | YYYY | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | DJ Tommy (Solo) | DJ Tommy (Solo) | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | 認唔出豬腰 | Ren Wu Zhu Yao | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | 王嘉廉 (獨唱) | Wang Ji Ia (Shi Ta) | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | 天格一方 | Tian Ge Yi Fang | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | La Na La | La Na La | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | 大懶堂 | Da Lan Tang | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | R.I.P. | R.I.P. | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | 1127 | 1127 | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | Para Salud | Para Salud | LMF | LMF |
| 685738830756 | 27/4/2001 | Warner Music HK Ltd. | LMF Concert VCD (Live Version) | 冰冷 | He Jia Ling | LMF | LMF |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6857387001127 | 16/1/2001 | Warner Music HK Ltd. | LMFAMIGLIA | 1127 | 1127 | LMF | LMF |
| 6857387001127 | 16/1/2001 | Warner Music HK Ltd. | LMFAMIGLIA | YYYY | YYYY | LMF | LMF |
| 6857387001127 | 16/1/2001 | Warner Music HK Ltd. | LMFAMIGLIA | 误粒菜 | Wu Gen Cao | LMF | LMF |
| 6857387001127 | 16/1/2001 | Warner Music HK Ltd. | LMFAMIGLIA | Para Salud | Para Salud | LMF | LMF |
| 8092748500423 | 30/6/2002 | Warner Music HK Ltd. | Crazy Children (2nd Version) | Crazychildren | Crazychildren | LMF | LMF |
| 8092748500423 | 30/6/2002 | Warner Music HK Ltd. | Crazy Children (2nd Version) | VVVV | VVVV | LMF | LMF |
| 8092748500423 | 30/6/2002 | Warner Music HK Ltd. | Crazy Children (2nd Version) | LMF Documentary "Dare Ya" Trailer | LMF Documentary "Dare Ya" Trailer | LMF | LMF |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063018114239 | 19/2/1997 | Warner Music HK Ltd. | Love Files | 認飛翔 | Ai Fei Xiang | 呂方 | Lui Fong |
| 7450998291131 | 10/6/1994 | Warner Music HK Ltd. | I Can't Help Dreaming | 不能不讓你來 | Bu Neng Bu Rang Ni Lai Ku Men | 呂方 | Lui Fong |
| 6398422739930 | 22/6/1998 | Warner Music HK Ltd. | Rumours (Karaoke VHS) | 傳聞 | Chuan Wen | 呂方 | Lui Fong |
| 7450995059835 | 23/12/1993 | Warner Music HK Ltd. | Love You One More Day (Karaoke VHS) | 多愛你一天 | Duo Ai Ni Yi Tian | 呂方 | Lui Fong |
| 7063018050036 | 13/2/1997 | Warner Music HK Ltd. | A Love That Must Be(Karaoke VHS) | 該給的愛 | Gai Gei Di Ai | 呂方 | Lui Fong |
| 6398422492331 | 9/4/1998 | Warner Music HK Ltd. | Love, No Fear(Karaoke VHS) | 既然愛了就不怕 | Ji Ran Ai Liao Jiu Bu Pa | 呂方 | Lui Fong |
| 7450995087736 | 1/4/1994 | Warner Music HK Ltd. | Old Love Song(Karaoke VHS) | 老情歌 | Lao Qing Ge | 呂方 | Lui Fong |
| 7063011788336 | 13/7/1995 | Warner Music HK Ltd. | Don't Cry, My Friend(Karaoke VHS) | 朋友別哭 | Pong You Bie Ku | 呂方 | Lui Fong |
| 6398422082532 | 17/11/1997 | Warner Music HK Ltd. | Sandy Rain(Karaoke VHS) | 沙沙的雨 | Sha Sha De Yu | 呂方 | Lui Fong |
| 7450998802837 | 9/8/1994 | Warner Music HK Ltd. | Only One I Want To Meet(Karaoke VHS) | 只想遇到一個人 | Zhi Xiang Yu Dao Yi Ge Ren | 呂方 | Lui Fong |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title | | Name of Artists | |
|---|---|---|---|---|---|---|---|
| | | | | Chinese | English | Chinese | English |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 彎彎的月亮 | Wan Wan Di Yue Liang | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 愛得真愛得深 | Ai De Zhen Ai De Shen | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 流浪花 | Liu Lang Hua | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 承受 | Cheng Shou | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 你的淺笑 | Ni De Qian Xiao | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 老情歌 | Lao Qing Ge | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 請你跟我走 | Qing Ni Gen Wo Zou | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 天老情未老 | Tian Lao Qing Wei Lao | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 假如你讓走 | Jia Ru Ni Yao Zou | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 多愛你一天 | Duo Ai Ni Yi Tian | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 只想望一個人 | Zhi Xiang Yu Dao Yi Ge Ren | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 喺老婆會發達 | Xi Lao Po Hui Fa Da | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 傳聞 | Chuan Wen | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 愛飛翔 | Ai Fei Xiang | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 愛到眼 | Ai Dao Yan | 呂方 | Lui Fong |
| 8092746910S7 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Lui Fong | 回頭一看 | Hui Tou Yi Kan | 呂方 | Lui Fong |

page 22

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 8092745371 33 | 8/3/2002 | Warner Music HK Ltd. | 808 (Karaoke VHS) | 808 | 808 | 鄭秀文 | Sammi Cheng |
| 7063015545 68 | 15/10/1996 | Warner Music HK Ltd | The Music Space Karaoke VCD | 愛的預歌 | Ai Di Wan Ge | 鄭秀文 | Sammi Cheng |
| 6398426668 51 | 9/3/1999 | Warner Music HK Ltd | Sammi Cheng Greatest Hits VCD 1999 | 愛你是我一生中最重要 | Ai Ni Shi Wo Yi Sheng Zhong Li Xiang | 鄭秀文 | Sammi Cheng |
| 6857381634 3652 | 25/5/2000 | Warner Music HK Ltd. | Sammi Cheng Greatest Hits Karaoke VCD 2000 (HK) | 愛情故事 Love Stories | Ai Qing Gu Shi Love Stories | 鄭秀文 | Sammi Cheng |
| 6398420312 57 | 19/9/1997 | Warner Music HK Ltd | Our Theme Song Karaoke Greatest Hits 2VCD | 哎呀嘆氣 | Ai Sheng Tan Qi | 鄭秀文 | Sammi Cheng |
| 6857387760 23 | 12/3/2001 | Warner Music HK Ltd. | Love Is... (3rd Version) | 愛是 | Ai Shi... | 鄭秀文 | Sammi Cheng |
| 6398420312 57 | 19/9/1997 | Warner Music HK Ltd. | Our Theme Song Karaoke Greatest Hits 2VCD | 愛有什麼用 | Ai You Shi Mo Yong | 鄭秀文 | Sammi Cheng |
| 6857381653 22 | 1/12/1999 | Warner Music HK Ltd. | Thank You New Song + Greatest Hits | Arigatou | Arigatou | 鄭秀文 | Sammi Cheng |
| 8092746064 33 | 28/3/2002 | Warner Music HK Ltd. | In The Air (Karaoke VHS) | 半空中 | Ban Kong Zhong | 鄭秀文 | Sammi Cheng |
| 7063016677 36 | 20/9/1996 | Warner Music HK Ltd. | Betray (Karaoke VHS) | 背叛 | Bei Pan | 鄭秀文 | Sammi Cheng |
| 6398422413 28 | 22/6/1998 | Warner Music HK Ltd. | Language of Life Karaoke Greatest Hits 1998 DVD | 表演時間 | Biao Yan Shi Jian | 鄭秀文 | Sammi Cheng |
| 8092743813 23 | 8/2/2002 | Warner Music HK Ltd. | Marry A Rich Man OST(AVCD) | 玻璃鞋 | Bo Li Xie | 鄭秀文 | Sammi Cheng |
| 6857385116 24 | 25/8/2000 | Warner Music HK Ltd | Sammi Cheng Ladies First With Bonus VCD (Singapor | 不尚心 | Bu Shang Xin | 鄭秀文 | Sammi Cheng |
| 7063016645 68 | 15/10/1996 | Warner Music HK Ltd | The Music Space Karaoke VCD | 不拖不欠 | Bu Tuo Bu Qian | 鄭秀文 | Sammi Cheng |
| 6857381653 22 | 17/12/1999 | Warner Music HK Ltd | Thank You New Song + Greatest Hits | 插曲 | Cha Qu | 鄭秀文 | Sammi Cheng |
| 7063019039 33 | 20/5/1997 | Warner Music HK Ltd. | Promise (Karaoke VHS) | 承諾 | Cheng Nuo | 鄭秀文 | Sammi Cheng |
| 7063016936 30 | 29/4/1997 | Warner Music HK Ltd | Waiting For You (Karaoke VHS) | 痴痴為你等 | Chi Chi Wei Ni Deng | 鄭秀文 | Sammi Cheng |
| 6398426668 51 | 9/3/1999 | Warner Music HK Ltd. | Sammi Cheng Greatest Hits VCD 1999 | 寵物 | Chong Wu | 鄭秀文 | Sammi Cheng |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398427835530 | 10/5/1999 | Warner Music HK Ltd. | Out Bound (Karaoke VHS) | 出界 | Chu Jie | 鄭秀文 | Sammi Cheng |
| 5050466850935 | 12/8/2003 | Warner Music HK Ltd. | Gol Crazy (Karaoke VHS) | 大暴走 | Da Bao Zou | 鄭秀文 | Sammi Cheng |
| 5050466267122 | 27/11/2002 | Warner Music HK Ltd. | Wonder Woman (With Bonus VCD) | 神奇女俠 | Shen Qi Nu Xia | 鄭秀文 | Sammi Cheng |
| 7063016645568 | 15/10/1996 | Warner Music HK Ltd. | The Music Space Karaoke VCD | 滴著眼淚 | Di Zhu Yan Lei | 鄭秀文 | Sammi Cheng |
| 6857387735534 | 8/3/2001 | Warner Music HK Ltd. | Exclusive Broadcast (Karaoke VHS) | 獨家時段 | Du Jia Shi Chang | 鄭秀文 | Sammi Cheng |
| 6857388875538 | 8/5/2001 | Warner Music HK Ltd. | Unique (Karaoke VHS) | 獨一無二 | Du Yi Wu Er | 鄭秀文 | Sammi Cheng |
| 5050466028433 | 24/7/2002 | Warner Music HK Ltd. | Sammi Cheng Electric Party Non-Stop MV Version | 獨一無二 + 鄰家諾唱 + 日夜色誘 | Du Yi Wu Er + Du Jia Shi Chang + Mei | 鄭秀文 | Sammi Cheng |
| 6857380019724 | 22/9/1999 | Warner Music HK Ltd. | Love You Very Much | 發發發發 | Fa Re Fa Liang | 鄭秀文 | Sammi Cheng |
| 7063016645568 | 15/10/1996 | Warner Music HK Ltd. | The Music Space Karaoke VCD | 放不低 | Fang Bu Di | 鄭秀文 | Sammi Cheng |
| 6398420312257 | 19/9/1997 | Warner Music HK Ltd. | Our Theme Song Karaoke Greatest Hits 2VCD | 曾是你的寶貝 | Ceng Shi Ni Di Bao Bei | 鄭秀文 | Sammi Cheng |
| 6398420312257 | 19/9/1997 | Warner Music HK Ltd. | Our Theme Song Karaoke Greatest Hits 2VCD | 非男非女 | Fei Nan Fei Nu | 鄭秀文 | Sammi Cheng |
| 6857380398027 | 5/7/2000 | Warner Music HK Ltd. | Needing You - OST | 感情綜上 | Gan Qing Xian Shang | 鄭秀文 | Sammi Cheng |
| 8092742530557 | 26/10/2001 | Warner Music HK Ltd. | Complete VCD | 何必 | He Bi | 鄭秀文 | Sammi Cheng |
| 6857383343652 | 25/5/2000 | Warner Music HK Ltd. | Sammi Cheng Greatest Hits Karaoke VCD 2000 (HK Version) | 黑盒子 | Hei He Zi | 鄭秀文 | Sammi Cheng |
| 5050466096821 | 5/9/2002 | Warner Music HK Ltd. | Becoming Sammi (2nd Version) | 回味我身邊 | Hui Lai Wo Shen Bian | 鄭秀文 | Sammi Cheng |
| 6398425545938 | 23/10/1998 | Warner Music HK Ltd. | I Cross My Heart (Karaoke VHS) | I Cross My Heart | I Cross My Heart | 鄭秀文 | Sammi Cheng |
| 6398422668651 | 9/3/1999 | Warner Music HK Ltd. | Sammi Cheng Greatest Hits VCD 1999 | 加爾各答的人便 - 德蘭修女 | Jia Er Ge Da De Tian Shi - De Lan Xiu | 鄭秀文 | Sammi Cheng |
| 8092743766625 | 13/12/2001 | Warner Music HK Ltd. | Tender | 交換溫柔 | Jiao Huan Wen Rou | 鄭秀文 | Sammi Cheng |

Page 19

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 685738713226 | 22/1/2001 | Warner Music HK Ltd. | Love Is... (AVCD Version) | 金國花 | Jin Guo Hua | 鄭秀文 | Sammi Cheng |
| 685738511624 | 25/8/2000 | Warner Music HK Ltd. | Sammi Cheng Ladies First With Bonus VCD (Singapore) | 可能如能 | Ke Neng Ru Neng | 鄭秀文 | Sammi Cheng |
| 639842042932 | 13/8/1997 | Warner Music HK Ltd. | Lipstick (Karaoke VHS) | 口紅 | Kou Hong | 鄭秀文 | Sammi Cheng |
| 685738343652 | 25/5/2000 | Warner Music HK Ltd. | Sammi Cheng Greatest Hits Karaoke VCD 2000 (HK) | 哭泣遊戲 | Ku Qi You Xi | 鄭秀文 | Sammi Cheng |
| 685738446124 | 23/8/2000 | Warner Music HK Ltd. | Ladies First | 快樂不快樂 | Kuai Le Bu Kuai Le | 鄭秀文 | Sammi Cheng |
| 639842476638 | 4/9/1998 | Warner Music HK Ltd. | Ideal Lover (Karaoke VHS) | 理想對象 | Li Xiang Dui Xiang | 鄭秀文 | Sammi Cheng |
| 685738622726 | 10/11/2000 | Warner Music HK Ltd. | Sammi Pre-concert CD | 眉飛色舞MTV完整版 | Mei Fei Se Wu MTV Wan Zheng Ban | 鄭秀文 | Sammi Cheng |
| 809274253057 | 26/10/2001 | Warner Music HK Ltd. | Complete VCD | 沒感覺 | Mei Gan Jue | 鄭秀文 | Sammi Cheng |
| 685738887637 | 8/5/2001 | Warner Music HK Ltd. | Firing Glamour (Karaoke VHS) | 魅力燃燒 | Mei Li Ran Shao | 鄭秀文 | Sammi Cheng |
| 639842031257 | 19/9/1997 | Warner Music HK Ltd. | Our Theme Song Karaoke Greatest Hits 2VCD | 默契 | Mo Qi | 鄭秀文 | Sammi Cheng |
| 706301664568 | 15/10/1996 | Warner Music HK Ltd. | The Music Space Karaoke VCD | 男仕今天你很好 | Nan Shi Jin Tian Ni Hen Hao | 鄭秀文 | Sammi Cheng |
| 505046622155 | 25/10/2002 | Warner Music HK Ltd. | Sammi Love Is.. Peacock Karaoke VCD | 你要我愛不是 | Ni Ai Wo Ai Bu Qi | 鄭秀文 | Sammi Cheng |
| 706301978733 | 8/7/1997 | Warner Music HK Ltd. | Can't Forget (Karaoke VHS) | 念念不忘 | Nian Nian Bu Wang | 鄭秀文 | Sammi Cheng |
| 706301819524 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD | 濃情 | Nong Qing | 鄭秀文 | Sammi Cheng |
| 639842031257 | 19/9/1997 | Warner Music HK Ltd. | Our Theme Song Karaoke Greatest Hits 2VCD | 偶遇 | Ou Yu | 鄭秀文 | Sammi Cheng |
| 639842274135 | 7/4/1998 | Warner Music HK Ltd. | Close Relationship (Karaoke VHS) | 親密關係 | Qin Mi Guan Xi | 鄭秀文 | Sammi Cheng |
| 639842031257 | 19/9/1997 | Warner Music HK Ltd. | Our Theme Song Karaoke Greatest Hits 2VCD | 情變 | Qing Bian | 鄭秀文 | Sammi Cheng |
| 685738713226 | 22/1/2001 | Warner Music HK Ltd. | Love Is... (AVCD Version) | 情無獨鍾 | Qing Wu Du Zhong | 鄭秀文 | Sammi Cheng |