Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al    Doc. 11 Att. 1

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artist Chinese | Name of Artist English |
|---|---|---|---|---|---|---|---|
| 7063013545568 | 25/10/1996 | Warner Music HK Ltd. | Warner Music Vision Karaoke Vol 1 | 秋冬愛的故事 | Qiu Dong Ai Di Gu Shi | 鄭秀文 | Sammi Cheng |
| 639842789332 | 10/05/1999 | Warner Music HK Ltd. | Absent (Karaoke VHS) | 缺席 | Que Xi | 鄭秀文 | Sammi Cheng |
| 8092/4105028 | 29/8/2001 | Warner Music HK Ltd. | Shocking Pink (2nd Version) | 人間定格 | Ren Jian Ding Ge | 鄭秀文 | Sammi Cheng |
| 685738589623 | 17/10/2000 | Warner Music HK Ltd. | Ladies First (HK 2nd Version) | 如果我們不再見 | Ru Guo Wo Men Bu Zai Jian | 鄭秀文 | Sammi Cheng |
| 809274284358 | 12/11/2001 | Warner Music HK Ltd. | Sammi Top One Karaoke VCD | 如果我是你 | Ru Guo Wo Shi Ni | 鄭秀文 | Sammi Cheng |
| 685738648221 | 28/12/2000 | Warner Music HK Ltd. | Love Is...... | 如何掉眼淚 | Ru He Diao Yan Lei | 鄭秀文 | Sammi Cheng |
| 685738589623 | 17/10/2000 | Warner Music HK Ltd. | Ladies First (HK 2nd Version) | 煞科 | Sha Ke | 鄭秀文 | Sammi Cheng |
| 7063013545568 | 25/10/1996 | Warner Music HK Ltd. | Warner Music Vision Karaoke Vol 1 | 捨不得你 | She Bu De Ni | 鄭秀文 | Sammi Cheng |
| 639842031257 | 19/9/1997 | Warner Music HK Ltd. | Our Theme Song Karaoke Greatest Hits 2VCD | 不捨得你(97全新深情版) | She Bu De Ni/She Bu De Ni (97 Quan X | 鄭秀文 | Sammi Cheng |
| 8092745392236 | 15/3/2002 | Warner Music HK Ltd. | Letting Go (Karaoke VHS) | She Dei | She Dei | 鄭秀文 | Sammi Cheng |
| 809274545954 | 20/6/2002 | Warner Music HK Ltd. | All Divas Karaoke VCD | 神化 | Shen Hua | 鄭秀文 | Sammi Cheng |
| 5050466383377 | 2/5/2003 | Warner Music HK Ltd. | Wonder Woman (AVCD Version) | 神奇女俠 CG MV | Shen Qi Nu Xia CG MV | 鄭秀文 | Sammi Cheng |
| 5050466096821 | 5/9/2002 | Warner Music HK Ltd. | Becoming Sammi (2nd Version) | 上一次流淚 | Sheng Yi Ci Liu Lei | 鄭秀文 | Sammi Cheng |
| 5050466383377 | 2/5/2003 | Warner Music HK Ltd. | Wonder Woman (AVCD Version) | 實不相瞞 MV | Shi Bu Xian Man MV | 鄭秀文 | Sammi Cheng |
| 685738165322 | 17/12/1999 | Warner Music HK Ltd. | Thank You New Song + Greatest Hits | 失戀行劇組 | Shi Lian You Gen Ju | 鄭秀文 | Sammi Cheng |
| 809274806532 | 28/3/2002 | Warner Music HK Ltd. | Say It Clearly (Karaoke VHS) | 說清楚 | Shuo Qing Chu | 鄭秀文 | Sammi Cheng |
| 685738165322 | 17/12/1999 | Warner Music HK Ltd. | Thank You New Song + Greatest Hits | 宿命主義 | Su Ming Zhu Yi | 鄭秀文 | Sammi Cheng |
| 639842031257 | 19/9/1997 | Warner Music HK Ltd. | Our Theme Song Karaoke Greatest Hits 2VCD | 談情說愛 | Tan Qing Shou Ai | 鄭秀文 | Sammi Cheng |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063016645568 | 15/10/1996 | Warner Music HK Ltd | The Music Space Karaoke VCD | Tequila 杯 | Tequila Yi Bei | 鄭秀文 | Sammi Cheng |
| 8092745370334 | 15/3/2002 | Warner Music HK Ltd | Perfect (Karaoke VHS) | 天衣無縫 | Tian Yi Wu Feng | 鄭秀文 | Sammi Cheng |
| 8092744157721 | 5/1/2002 | Warner Music HK Ltd | Tender (2nd Version) | 跳傘 | Tiao San | 鄭秀文 | Sammi Cheng |
| 8092745369938 | 28/3/2002 | Warner Music HK Ltd | Try Again (Karaoke VHS) | Try Again | Try Again | 鄭秀文 | Sammi Cheng |
| 6857388887439 | 8/5/2001 | Warner Music HK Ltd | Complete (Karaoke VHS) | 完整 | Wan Zheng | 鄭秀文 | Sammi Cheng |
| 6398422413328 | 22/6/1998 | Warner Music HK Ltd | Language of Life Karaoke Greatest Hits 1998 DVD | 為何又是這樣錯 | Wei He You Shi Zhe Yang Cuo | 鄭秀文 | Sammi Cheng |
| 8092742530057 | 26/10/2001 | Warner Music HK Ltd | Complete VCD | 未來 | Wei Lai | 鄭秀文 | Sammi Cheng |
| 7063016645568 | 15/10/1996 | Warner Music HK Ltd | The Music Space Karaoke VCD | 問我 | Wen Wo | 鄭秀文 | Sammi Cheng |
| 6398420312157 | 19/9/1997 | Warner Music HK Ltd | Our Theme Song Karaoke Greatest Hits 2VCD | 我們的主題曲 | Wo Men Di Zhu Ti Qu | 鄭秀文 | Sammi Cheng |
| 6398427894331 | 27/5/1999 | Warner Music HK Ltd | I Deserved (Karaoke VHS) | 我樂意應得 | Wo Ying Gai De Dao | 鄭秀文 | Sammi Cheng |
| 6398420312157 | 19/9/1997 | Warner Music HK Ltd | Our Theme Song Karaoke Greatest Hits 2VCD | X 派對 | X Pai Dui | 鄭秀文 | Sammi Cheng |
| 5050466969750 | 26/9/2003 | Warner Music HK Ltd | Completely Dramatic Karaoke 2 VCD | 喜歡曾你 | Xi Huan Zeng Ni | 鄭秀文 | Sammi Cheng |
| 7063016645618 | 15/10/1996 | Warner Music HK Ltd | The Music Space Karaoke VCD | 小小女人 | Xiao Xin Nu Ren | 鄭秀文 | Sammi Cheng |
| 6398420312157 | 19/9/1997 | Warner Music HK Ltd | Our Theme Song Karaoke Greatest Hits 2VCD | 小公主人 (Cinderella) | Xiao Xin Nu Ren (Cinderella) | 鄭秀文 | Sammi Cheng |
| 5050460096821 | 5/9/2002 | Warner Music HK Ltd | Becoming Sammi (2nd Version) | 心甘情願 | Xin Gan Ming Ding | 鄭秀文 | Sammi Cheng |
| 6398422688651 | 9/3/1999 | Warner Music HK Ltd | Sammi Cheng Greatest Hits VCD 1999 | 心血來潮 | Xin Xue Lai Chao | 鄭秀文 | Sammi Cheng |
| 6398427274036 | 5/5/1998 | Warner Music HK Ltd | Everyone Is A Superstar (Karaoke VHS) | 眩聲裕舞 (Everyone Is A Super Star) | (Everyone Is A Super Star) | 鄭秀文 | Sammi Cheng |
| 8092745393335 | 28/3/2002 | Warner Music HK Ltd | Peacock Beauty (Karaoke VHS) | 炫耀美麗 | Xuan Yao Mei Li | 鄭秀文 | Sammi Cheng |

Page 4

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063016645568 | 15/10/1996 | Warner Music HK Ltd. | The Music Space Karaoke VCD | 顏色...氣味 | Yan Se ... Qi Wei | 鄭秀文 | Sammi Cheng |
| 7063016645568 | 15/10/1996 | Warner Music HK Ltd. | The Music Space Karaoke VCD | 逸如何 | Yi Jian Ru He | 鄭秀文 | Sammi Cheng |
| 7063017014430 | 21/10/1996 | Warner Music HK Ltd. | Depend On (Karaoke vhs) | 依靠 | Yi Kao/You Yu | 鄭秀文 | Sammi Cheng |
| B097740458826 | 20/7/2001 | Warner Music HK Ltd. | Shocking Pink | 贏咗俾我說 | Yi Sheng Yu Wo | 鄭秀文 | Sammi Cheng |
| B092741050528 | 29/8/2001 | Warner Music HK Ltd. | Shocking Pink (2nd Version) | 熒光粉紅 | Ying Guang Fen Hong | 鄭秀文 | Sammi Cheng |
| 6398427897933 | 3/6/1999 | Warner Music HK Ltd. | Yong Yuan Rou Bu Gou (Karaoke VHS) | 永遠都不夠 | Yong Yuan Dou Bu Gou | 鄭秀文 | Sammi Cheng |
| 6398426668651 | 9/3/1999 | Warner Music HK Ltd. | Sammi Cheng Greatest Hits VCD 1999 | 眞命天子 | Zhen Ming Tian Zi | 鄭秀文 | Sammi Cheng |
| 7063016644438 | 9/9/1996 | Warner Music HK Ltd. | Worth It (Karaoke VHS) | 值得 | Zhi De | 鄭秀文 | Sammi Cheng |
| 6857383483329 | 10/5/2000 | Warner Music HK Ltd. | To Love | 全明星 | Zhi Li Ming Yan | 鄭秀文 | Sammi Cheng |
| B092740458826 | 20/7/2001 | Warner Music HK Ltd. | Shocking Pink | 終身美麗 | Zhong Shen Mei Li | 鄭秀文 | Sammi Cheng |
| 6398426668651 | 9/3/1999 | Warner Music HK Ltd. | Sammi Cheng Greatest Hits VCD 1999 | 獻你快樂 | Zhu Ni Kuai Le | 鄭秀文 | Sammi Cheng |
| 6398420312557 | 19/9/1997 | Warner Music HK Ltd. | Our Theme Song Karaoke Greatest Hits 2VCD | 醉多一次 | Zui Nou Yi Ci | 鄭秀文 | Sammi Cheng |

page 43

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD | Opening | Opening | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 非常夏娃 Leadin + 非常煩惱 | Fa Re Fa Liang Leadin + Fa Re Fa Lian | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 永遠都不夠 | Yong Yuan Dou Bu Gou | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 出界 | Chu Jie | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD Love Song Medley (快樂、侧侧膊冇幾何、眉飛色舞、我應該得到) | Love Song Medley (Que Xi, Chi Chi Wei Ni D | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 天黑黑 | Tian Hei Hei | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 零緊點 | Ling Que Dian | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 眉飛色舞 | Mei Fei So Wu | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 如果我是你 | Ru Guo Wo Shi Ni | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 捨不得你 | She Ru De Ni | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 上弦月 | Shang Xian Yue | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 值得 | Zhi De | 鄭秀文 | Sammi Cheng |
| 685738713356 | 1/2/2001 | Warner Music HK Ltd. | Sammi 2000' Taipei Concert Karaoke VCD 慶功宴 & 燕嘗回花蕊 | Qing Gong Yan & Yan Chang Hui Hua | 鄭秀文 | Sammi Cheng |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | Opening Song | Opening Song | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 我們的主題曲 | Wo Men Di Zhu Ti Qu | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 螢光粉紅 | Ying Guang Fen Hong | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | She's a Lady | She's A Lady | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 就是為了 | Jiu Shi Wei Liao | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 感情線上 | Gan Qing Xian Shang | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 不拖不欠 | Bu Tuo Bu Qian | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 默契 | Mo Qi | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 如果我們不再見 | Ru Guo Wo Men Bu Zai Jian | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 醫生與我 | Yi Sheng Yu Wo | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 情無獨鐘(音樂版) | Qing Wu Du Zhong (Yin Yue Ban) | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 獨家試唱 | Du Jia Shi Chang | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 紫光花 | Jin Guo Hua | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 無線 | Wu Xian | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 大籐伴 | Da Lan Tang | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 愛程 | Ai Shi | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 鳴謝曲 | Duo Xie Ge | 鄭秀文 | Sammi Cheng |
| 8092744413253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | Ladies First | Ladies First | 鄭秀文 | Sammi Cheng |

Page 45

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 如何掉眼淚 | Ru He Diao Yan Lei | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 插曲 | Cha Qu | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 花火 | Hua Huo | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 愛的呼喚 | Ai Di Hu Huan | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | Para Para Sakura | Para Para Sakura | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 發熱發亮 | Fa Re Fa Liang | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 殺科 | Sha Ke | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | Arigatou | Arigatou | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 終身美麗 | Zhong Shen Mei Li | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 親密關係 | Qing Mi Guan Xi | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | Ending Song | Ending Song | 鄭秀文 | Sammi Cheng |
| 8092744133253 | 6/2/2002 | Warner Music HK Ltd. | Sammi Cheng Shocking Colours Concert 2001 VCD | 演唱會幕後製作花絮 | Yan Chang Hui Mui Hou Hua Xu | 鄭秀文 | Sammi Cheng |

page 46

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | Para Salud | Para Salud | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 大懶堂 | Da Lan Tang | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 愛是… | Ai Shi... | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 發熱發亮 | Fa Re Fa Liang | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 插曲 | Cha Qu | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 快樂不快樂 | Kuai Le Bu Kuai Le | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 浪花一朵朵 | Lang Hua Yi Duo Duo | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 問我 | Wen Wo | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 如何掉眼淚 | Ru He Diao Yan Lei | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 天黑黑 | Tian Hei Hei | 鄭秀文/孫燕姿 | Sammi Cheng/Sun Yan Zi |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | Leave Me Alone | Leave Me Alone | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 感情線上 | Gan Qing Xian Shang | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 醒起愛我 | Yi Sheng Yu Wo | 鄭秀文 | Sammi Cheng |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 歡樂今宵 | Huan Le Jin Xiao | 鄭秀文/古巨基 | Sammi Cheng/Leo Ku |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 捨不得你 | She Bu De Ni | 鄭秀文/古巨基 | Sammi Cheng/Leo Ku |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 花火 | Hua Huo | 鄭秀文/梁詠琪 | Sammi Cheng/Gigi Leung |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | Today | Today | 鄭秀文/梁詠琪 | Sammi Cheng/Gigi Leung |
| 80927460655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 放不低 | Fang Bu Di | 鄭秀文 | Sammi Cheng |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8097746066655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 默契 | Mo Qi | 鄭秀文 | Sammi Cheng |
| 8097746066655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 不拖不欠 | Bu Tuo Ru Qian | 鄭秀文 | Sammi Cheng |
| 8097746066655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 我們的主題曲 | Wo Men De Zhu Ti Qu | 鄭秀文 | Sammi Cheng |
| 8097746066655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 終身美麗 | Zhong Shen Mei Li | 鄭秀文 | Sammi Cheng |
| 8097746066655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 花花宇宙 | Hua Hua Yu Zhou | 鄭秀文 | Sammi Cheng |
| 8097746066655 | 8/5/2002 | Warner Music HK Ltd. | Sammi 903 Live 2001 VCD | 沙克 | Sha Ke | 鄭秀文 | Sammi Cheng |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 黎明不要來 | Li Ming Bu Yao Lai | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 晚風 | Wan Feng | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 尋覓 | Xun Mi | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 心裡的陽光 | Xin Li De Yang Guang | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 敢一杯 | Gan Yi Bei | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 零時十分 | Ling Shi Shi Fen | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 偽夜 | Wei Ye | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 珍重 | Zhen Zhong | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 秋去秋來 | Qiu Qu Qiu Lai | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 諾言 | Nuo Yan | 葉倩文 | Sally Yeh |
| 639842960359 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 祝福 | Zhu Fu | 葉倩文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 恭喜 恭喜 | Gong Xi Gong Xi | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 衝鋒 | Chong Feng | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 他 | Ta | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 希望我記得 | Ming Yun Wo Cao Zong | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | Unchained Melody | Unchanged Melody | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 我要活下去 | Wo Yao Huo Xia Qu | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 流金歲月 | Liu Jin Sui Yue | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 甜言蜜語願似花長伴 | Tian Yan Mi Yu/ Yuan Si Ye Wei | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 夢醒時份 | Meng Xing Shi Fen | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 無言的結局 | Wu Yan De Jie Ju | 葉蒨文 | Sally Yeh |
| 6398429603599 | 21/9/1991 | Warner Music HK Ltd. | Sally Yeh In Concert 1991 | 焚心以火 | Fen Xin Yi Huo | 葉蒨文 | Sally Yeh |

Page 149