Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al    Doc. 11 Att. 1

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 50504662103S7 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 難得/今晚 | Nan De Shi Jin Wan | 葉情文 | Sally Yeh |
| 50504662103S7 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 完全是你 | Wan Quan Shi Ni | 葉情文 | Sally Yeh |
| 50504662103S7 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | X派對 | X Pei Dui | 鄭秀文/葉情文 | Sammi Cheng/Sally Yeh |
| 50504662103S7 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 海誓獨唱 | Hai Pang Du Chang | 鄭秀文/葉情文 | Sammi Cheng/Sally Yeh |
| 50504662103S7 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | Cha Cha Cha | Cha Cha Cha | 鄭秀文/葉情文 | Sammi Cheng/Sally Yeh |
| 50504662103S7 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 從頭開始 | Cong Tou Kai Shi | 鄭秀文/葉情文 | Sammi Cheng/Sally Yeh |
| 50504662103S7 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 信自己 | Xin Zi Ji | 鄭秀文/葉情文 | Sammi Cheng/Sally Yeh |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 桃李鋼琴森林 | Tao Li Gang Jin Sen Lin | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 傾斜/分裂偶拾/分裂戀愛/Qing Xie Du Shi Mega Mix ("Qing | | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 哈囉乾脆 | Ha Luo Gan Jue | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 講多錯多 | Jiang Duo Cuo Duo | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 灰色 | Hui Se | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 傾人的眼淚 | Qing Ren Di Yan Lei | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 三更夜半 | San Geng Ye Ban | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 愛上一個不回家的人 | Ai Shang Yi Ge Bu Hui Jia Di Re | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 破曉 | Po Xiao | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 前塵 | Qian Chen | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 明天更好 | Ming Tian Hui Geng Hao | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 此情只待追憶 | Ci Qing Zhi Dai Cheng Zhui Yi | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 滴汗 | Di Han | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 燒 | Shao | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 放縱 | Fang Zong | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 你是我的男人 | Ni Shi Wo Di Nan Ren | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 瘋了 | Feng Liao | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 激情 | Ji Qing | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 依然 | Yi Ran | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 多謝 | Duo Xie | 林憶蓮 | Sandy Lam |
| 639842347457 | 5/7/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 囍嫁情真 | Xi Jia Qing Zhen | 林憶蓮 | Sandy Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301645064 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 愛上一個不回家的人 | Ai Shang Yi Ge Bu Hui Jia Di Ren | 林憶蓮 | Sandy Lam |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 還有 | Hai You | 林憶蓮/王傑 | Sandy Lam/Wang Chieh |
| 639842216531 | 23/2/1998 | Warner Music HK Ltd | Separate Roads (Karaoke) | 兩個人的路 | Liang Ge Ren De Lu | 林憶蓮 | Sandy Lam |
| 70630164586A | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 明天會更好 | Ming Tian Hui Geng Hao | 林憶蓮 | Sandy Lam |
| 809274688750 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - VA (Part I) | 前塵 | Qian Chen | 林憶蓮 | Sandy Lam |
| 70630164506A | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 情人的眼淚 | Qing Ren Di Yan Lei | 林憶蓮 | Sandy Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6857385677725 | 22/11/2000 | Warner Music HK Ltd. | Sonic EP | 张秉章 | Han Bing Zhuang | VRF | VRF |
| 8092741083 | 10/12/2001 | Warner Music HK Ltd. | New World | 王想 | Wang Xiang | VRF | VRF |
| 6857385677225 | 22/11/2000 | Warner Music HK Ltd. | Sonic EP | 下雨天 | Xia Yu Tian | VRF | VRF |
| 6857388917757 | 29/6/2001 | Warner Music HK Ltd. | Warner Supreme 2001 Compilation VCD | Why Didn't You? | Why Didn't You? | VRF | VRF |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6857368889822 | 18/5/2001 | Warner Music HK Ltd. | Experience | Deng Dao Fa Hua Dian | 等到花兒謝 | 黃子華 | Wong Tze Wah |
| 6857388889822 | 18/5/2001 | Warner Music HK Ltd. | Experience | Xiu Qiao Bu Lu | 修橋補路 | 黃子華 | Wong Tze Wah |
| 6857383798828 | 25/5/2000 | Warner Music HK Ltd. | I Wanna Be A Little Strong (with Bonus VCD) | Lan Tian | 藍天 | 黃子華 | Wong Tze Wah |
| 6857383798828 | 25/5/2000 | Warner Music HK Ltd. | I Wanna Be A Little Strong (with Bonus VCD) | Xiao Xiao Qiang | 小小強 | 黃子華 | Wong Tze Wah |
| 6857383798828 | 25/5/2000 | Warner Music HK Ltd. | I Wanna Be A Little Strong (with Bonus VCD) | Zuo Ma Zai | 做馬仔 | 黃子華 | Wong Tze Wah |
| 6857380051427 | 21/10/1999 | Warner Music HK Ltd. | Mr.Kwan (With Bonus VCD) | Nin Da Shai | 您大晒 | 黃子華 | Wong Tze Wah |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title | | Name of Artists | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Chinese | English | Chinese | English |
| 6394208263 1 | 9/10/1997 | Warner Music HK Ltd | I Remember You (Karaoke VHS) | I Remember You | I Remember You | Zen | Zen |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063018123G5 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. 4 | 我要找愛情 | Wo Yao Zhao Ai Qing | 紀珮珮 | Zoe Ki |
| 6398422207553 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 希登 | Xi Deng | 紀珮珮 | Zoe Ki |
| 6398245675J | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 相思 | Xiang Ting | 紀珮珮 | Zoe Ki |
| 6398422207553 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 擁抱 | Yong Bao | 紀珮珮 | Zoe Ki |
| 6398422207553 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 原來我可以 | Yuan Lai Wo Ke Yi | 紀珮珮 | Zoe Ki |
| 7063018123G5 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. 4 | 源 | Yuan Yin | 紀珮珮 | Zoe Ki |
| 7063018236J1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 這份禮物 IS FOR YOU | Zhe Fen Li Wu Is For You | 紀珮珮 | Zoe Ki |

Page 67

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 游園驚夢 | You Yuan Jing Meng | 郭富城 | Aaron Kwok |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 發熱發光 | Fa Re Fa Liang | 鄭秀文 | Sammi Cheng |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 愛情济本法 | Ai Qing Ji Ben Fa | 郭富城 | Aaron Kwok |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 出界 | Chu Jie | 鄭秀文 | Sammi Cheng |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 黑盒子 | Hei He Zi | 鄭秀文 | Sammi Cheng |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 只有你 | Zhi You Ni | 郭富城 | Aaron Kwok |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 大惑 | Da Yi | 郭富城 | Aaron Kwok |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 永遠都不夠 | Yong Yuan Dou Bu Gou | 鄭秀文 | Sammi Cheng |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 玩火 | Ai Wan Huo | 胡渭康 | Jack Wu |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 關老三 | Guan Lao San | 黃子華 | Wong Tze Wah |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 戀愛幾節 | Lian Ai Ji Jie | 胡渭康 | Jack Wu |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 念大師 | Nin Da Shai | 黃子華 | Wong Tze Wah |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 無里取鬧 | Wu Zhong Zhuang Tai | 胡渭康 | Jack Wu |
| 685738093755 | 25/11/1999 | Warner Music HK Ltd. | Best of the Best 99 | 做媽仔 | Zuo Ma Zai | 黃子華 | Wong Tze Wah |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398426310S1 | 11/12/1998 | Warner Music HK Ltd. | Best of Karaoke Compilation | 沉默之情 | Zhe Ye Xin Qing (Live Version) | 郭富城 | Aaron Kwok |
| 6398426310S1 | 11/12/1998 | Warner Music HK Ltd. | Best of Karaoke Compilation | 一邊情城/藍色玫 | Yi Bian Qing Cheng/Lan Se Mei | 郭富城 | Aaron Kwok |
| 6398426310S1 | 11/12/1998 | Warner Music HK Ltd. | Best of Karaoke Compilation | 唱這這歌 | Chang Zhe Ge | 郭富城 | Aaron Kwok |
| 6398426310S1 | 11/12/1998 | Warner Music HK Ltd. | Best of Karaoke Compilation | 祝大家好過 | Zhu Da Jia Hao Guo | 鄭秀文 | Sammi Cheng |
| 6398426310S1 | 11/12/1998 | Warner Music HK Ltd. | Best of Karaoke Compilation | 心血來潮 | Xin Xue Lai Chao | 鄭秀文 | Sammi Cheng |
| 6398426310S1 | 11/12/1998 | Warner Music HK Ltd. | Best of Karaoke Compilation | 愛我心法 (OT: MY HEART | WXi Wo Xin Xian | 葉蒨文 | Sally Yeh |
| 6398426310S1 | 11/12/1998 | Warner Music HK Ltd. | Best of Karaoke Compilation | 揚眉女子 | Yang Mei Nu Zi | 葉蒨文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 瓜源 | Zhong Feng | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 誤會 | Hai You | 林憶蓮/王傑 | Sandy Lam and Wang Chieh |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 像剛分離似是愛 | Ai Dao Fen Li Reng Shi Ai | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 再見亦是朋友 | Zai Jian Yi Shi Peng You | 何嘉麗/曾航生 | Elaine Ho and Sam Tsang |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 選擇 | Xuan Ze | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 信自己 | Xin Zi Ji | 杜德偉/葉蒨文 | Alex To and Sally Yeh |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 愛上你是我一生的錯 | Ai Sheng Ni Shi Wo Yi Sheng Da | 何嘉麗/鄭經翰 | Elaine Ho and Joey Tang |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 亂世桃花 | Luan Shi Tao Hua | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 天長地久 | Tian Chang Di Jiu | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 依依不捨 | Yi Yi Bu She | 黎姿/張衛健 | Gigi Lai and Dicky Cheung |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 一甲痴情一甲淚 | Yi Chuan Chi Qing Yi Chuan Lei | 黎姿/張衛健 | Gigi Lai and Dicky Cheung |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 留住我吧！ | Liu Zhu Wo Ba | 太極 | Tai Chi |
| 706301645963 | 5/9/1996 | Warner Music HK Ltd. | Duet Compilation VCD | 永遠愛你 | Yong Yuan Ai Ni | 太極 | Tai Chi |

Page 70