Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al — Doc. 11 Att. 1

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 爱上一个不回家的人之黑风街 | Ai Shang Yi Ge Bu Hui Jia De Ren | 林忆莲 | Sandy Lam |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 曾经心痛 | Ceng Jing Xin Tong | 叶倩文 | Sally Yeh |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 晚弯的月亮 | Wan Wan Di Yue Liang | 吕方 | Lui Fong |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 情人的眼泪 | Qing Ren Di Yan Lei | 林忆莲 | Sandy Lam |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 女人的眼泪 | Nu Ren De Yan Lei | 叶倩文 | Sally Yeh |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 老情歌(国语) | Lao Qing Ge | 吕方 | Lui Fong |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 这次你真的伤了我的心 | Zhe Ci Ni Shi Zhen De Shang Liao | 林子祥 | George Lam |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 明天会更好 | Ming Tian Hui Geng Hao | 林忆莲 | Sandy Lam |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 天长地久 | Tian Lao Qing Wei Lao | 吕方 | Lui Fong |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 明月心 | Ming Yue Xin | 叶倩文 | Sally Yeh |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 多爱你一天 | Duo Ai Ni Yi Tian | 吕方 | Lui Fong |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 我的爱对你说 | Wo De Ai Dui Ni Shuo | 叶倩文 | Sally Yeh |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd. | Mandarin Compilation VCD | 朋友 | Ping You | 叶倩文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No. | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | Because I Love You | Because I Love You | 杜德偉 | Alex To |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 空 | Kong Deng | 鄧萃雯 | Danny Summer |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 烏夜 | Wu Ye | 林姍姍 | Sandy Lamb |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 天長地久 | Tian Chang Di Jiu | 周生 | Dominic Chow |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 小雨傘花在我的胸口 | Xiao Yu Luo Zai Wo De Xiong Ko | 太極 | Tai Chi |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 幸運就是遇到你 | Xing Yun Jiu Shi Yu Dao Ni | 馬浚偉 | Steven Ma |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 半真半假 | Ban Zhen Ban Jia | 蘇永康 | Tommy Shou |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 一生全屬你 | Yi Sheng Quan Shu Ni | 劉錫明 | Lau Sik Ming |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 你現在還好嗎 | Ni Xian Zai Hai Hao Ma | 曾航生 | Sam Tsang |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 你是明日傳奇 | Ni Shi Ming Ri Yi Yi | 黎姿 | Gigi Lai |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 離別的再次上路 | Li Bei Ni Zai Ci Shang Lu | 葉蘊儀 | Gloria Yip |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 無根草 | Wu Gen Cao | 劉錫明 | Lau Sik Ming |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 珍珠所在 | Zhen Zi Suo You | ZEN | Zen |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 一生也等愛這個人 | Yi Sheng Ye Zai Deng (Ai Wo De | 熊頌祺 | Mia Io |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 想聽 | Xiang Ting | 紀嘉文 | Zoe Ki |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 戀愛是二人詞 | Lian Ai Shi [Er Ren Qian] | 胡諾言 | Jack Wu |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 爱上一个不回家的人 | Ai Shang Yi Ge Bu Hui Jia Di Ren | 林忆莲 | Sandy Lam |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 天生喜欢你 | Tian Sheng Xi Huan Ni | 杜德伟 | Alex To |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 交叉点 | Jiao Cha Dian | 夏韶聲 | Danny Summer |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 戀愛浪合 | Lian Ai Yu Gao | 林姗姗 | Sandy Lamb |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | Anna | Anna | 周启生 | Dominic Chow |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | Crystal | Crystal | 太極 | Tai Chi |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 你怎麼捨得我難過 | Ni Zen Mo She De Wo Nan Guo | 劉錫明 | Lau Sik Ming |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 生死約 | Sheng Si Yue | 蔡齐昭 | Cherie Choi |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 離開我 | Li Kai Wo | 曾航生 | Sam Tsang |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 我只忠於自己 | Wo Zhi Yuan Zi Ji | 黎姿 | Gigi Lai |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 不再是個 | Bu Zai Bei Guang | 馬浚偉 | Steven Ma |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 週日清晨 | Zhou Ri Qing Chen | 何婉盈 | Elaine Ho |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | I Remember You | I Remember You | ZEN | Zen |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 心疼 | Xin Ruan | 羅敏莊 | Mia Lo |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 原來我可以 | Yuan Lai Wo Ke Yi | 紀炎炎 | Zoe Ki |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 錯誤引導 | Cuo Wu Yin Dao | 胡諾言 | Jack Wu |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 也許當時年紀少 | Ye Xu Dang Shi Nian Ji Shao | 林姍姍 | Sandy Lamb |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 舊情人 | Jiu Qing Ren | 周潤發 | Chow Yun Fat |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 白恤衫 | Bai Xu Shan | 黎姿 | Gigi Lai |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 絕戀 | Jue Lian | 蔡立兒 | Cherie Choi |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 夜長夢多 | Ye Chang Meng Duo | 馬浚偉 | Steven Ma |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 車站 | Che Zhan | 夏韶聲/甄秀儀 | Danny Summer/Julie Sue |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 愛上你是我一生的錯 | Ai Sheng Ni Shi Wo Yi Sheng De | 何阿嬌 | Elaine Ho |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 留住我叫 | Liu Zhu Wo Ba | 太極 | Tai Chi |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 前塵 | Qian Chen | 林憶蓮 | Sandy Lam |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 電燈膽底下長鳴叫 | Shi Yuan Shi Zhai Shi Chang Mei | 劉錫明 | Lau Sik Ming |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 準我 | Zhun Wo | 杜德偉 | Alex To |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 越是陌心越是想心 | Yue Shi Chi Xin Yue Shi Shang Xin | 曾航生 | Sam Tsang |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 十字架 | Shi Zi Jia | ZEN | Zen |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 挑戰者 | Tiao Zhan Zhe | 羅嘉莊 | Mui Lo |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 怨我 | Yuan Yin | 杜汶澤 | Zoe Ki |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 一個諾言 | Yi Ge Nuo Yan | 胡諾言 | Jack Wu |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 男與女 | Nan Yu Nu | 葉蒨文/成龍 | Sally Yeh and Jackie Chan |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 再見亦是朋友 | Zai Jian Yi Shi Peng You | 何嘉莉/曾航生 | Elaine Ho and Sam Tsang |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 選擇 | Xuan Ze | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 一千個晴天 | Yi Chuan Chi Qing Yi Chuan Lei | 張衛健/張智霖 | Gigi Lai and Dicky Cheung |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 愛到分手仍然是 | Ai Dao Fen Li Reng Shi Ai | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 你是我心窩的烙印 | Zhong Feng | 鍾鎮濤/張德蘭 | Bee Chung/Teresa Cheung |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 衝峰 | Chong Feng | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 依依不捨 | Yi Yi Bu She | 張衛健/黎姿 | Gigi Lai and Dicky Cheung |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 愛願要別離 | Ai Pian Yao Bie Li | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 愛上你是我一生的錯 | Ai Sheng Ni Shi Wo Yi Sheng De | 何嘉莉/鄭伊健 | Elaine Ho and Joey Tang |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 亂世桃花 | Luan Shi Tao Hua | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 沙沙的雨 | Sha Sha De Yu | 呂珊/呂方 | Lui Fong |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 人民地久 | Tian Chang Di Jiu | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 求愛物語 | Qiu Hun Wu Yu | 馬浚偉/黎姿 | Steven Ma and Gigi Lai |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 信任 | Xin Zi Ji | 杜德偉/葉蒨文 | Alex To and Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 情城烈歌 | Jing Feng Di Ge | 郭富城 | Aaron Kwok |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 默契 | Mo Qi | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 擁抱著說晚上 | Ji Du Ai Yan Di Wan Shang | 郭富城 | Aaron Kwok |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 談情說愛 | Tan Qing Shuo Ai | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 濃情 | Nong Qing | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 原因 | Yuan Yin | 紀炎炎 | Zoe Ki |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 兄弟 | Xiong Di | 羅慶壯 | Mia Lo |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 依靠 (OT:尚爭) | Yi Kao/You Yu | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 柳暗花明 | Liu An Hua Ming | Tseng Chi Yi | Tseng Chi Yi |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 情人 | Qing Ren | Beyond | Beyond |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | X 派對 | X Pai Dui | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 最後寄國 | Zui Ji Di Guo | 郭富城 | Aaron Kwok |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 背叛 | Bei Pan | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 我要我愛情 | Wo Yao Zhao Ai Qing | 紀炎炎 | Zoe Ki |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 待我離開 | Dai Wo Li Kai | Zen | Zen |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 一顆狠狠的心 | Yi Ke Hen Jia Di Xin | 羅慶壯 | Mia Lo |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 心事 | Xin Shi | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 相見 | Xiang Jian | Tseng Chi Yi | Tseng Chi Yi |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 盼 | Pan | Iso Jung | Iso Jung |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 哎也哎也親親你 | Ai Yi Ai Ya Qin Qin Ni | 張衛健 | Dicky Cheung |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 真真假假 | Zhen Zhen Jia Jia | 張衛健 | Dicky Cheung |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 默契 | Mo Qi | 鄭秀文 | Sammi Cheng |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 聽風的歌 | Ting Feng Di Ge | 郭富城 | Aaron Kwok |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 談情說愛 | Tan Qing Shuo Ai | 鄭秀文/葉蒨文 | Sammi Cheng and Sally Yeh |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | X 派對 | X Pai Dui | 鄭秀文 | Sammi Cheng |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 珍惜所有 | Zhen Zi Suo You | Zen | Zen |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 一顆很甲意的心 | Yi Ke Hen Jia Di Xin | 羅敏莊 | Mia Lo |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 信鴿 | Xin Ge | 郭富城 | Aaron Kwok |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 心井 | Xin Shi | 鄭秀文 | Sammi Cheng |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 回來我身邊 | Hui Lai Wo Shen Bian | 呂方 | Lui Fong |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 原因 | Yuan Yin | 紀炎炎 | Zoe Ki |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 沒有問題 | Wo You Wen Ti | Zen | Zen |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 鳳凰于飛 | Feng Feng Yu Yu | 呂方 | Lui Fong |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 一生也等愛我的人 | Yi Sheng Ye Zai Deng (Ai Wo De） | 羅敏莊 | Mia Lo |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 帶我離開 | Dai Wo Li Kai | Zen | Zen |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 這份禮物IS FOR YOU | Zhe Fen Li Wu Is For You | 紀炎炎 | Zoe Ki |
| 7063018236S1 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | I Remember You | I Remember You | Zen | Zen |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 唱這歌 | Chang Zhe Ge | 郭富城 | Aaron Kwok |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 聽媽媽的話親親里話 | QIN MI GUAN XI | 郭富城 | Aaron Kwok |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 真永遠 | XING XIU CHUAN SHUO | 郭富城 | Aaron Kwok |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 黃昏他人 | ZHAN CHANG SHANG DE KUAI | 郭富城 | Aaron Kwok |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 襯衣鈕扣 | AI DING NI | 呂方 | Lui Fong |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 傷聞 | Kou Hong | 呂方 | Lui Fong |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 愛情樹 | CHA WU CI REN | 胡諾言 | Jack Wu |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 忘記時空（人類使用） | Huo Guo | 胡諾言 | Jack Wu |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 一個藉口 | FU ZHI LING HUN | 胡諾言 | Jack Wu |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 錯誤引路 | Zi Qiang Bu Xi | Zen | Zen |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 不想之火 | CHUAN WEN | Zen | Zen |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 兩情 | NAN YU NU | 鄭秀文 | Sammi Cheng |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 親密關係 | AI FEI XIANG | 鄭秀文 | Sammi Cheng |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 星夢傳奇 (EVERYONE IS A SUPERSTAR) | Ma Fan Nu Ren | 鄭秀文 | Sammi Cheng |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 口紅 | Nan De Shi Jin Wan | 葉蒨文 | Sally Yeh |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 泛濫 | WANG JI SHI KONG | 葉蒨文 | Sally Yeh |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 自問不是 | YI GE NUO YAN | 葉蒨文 | Sally Yeh |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 男與女（成龍合唱版男小姨） | YUAN LAI WO KE YI | 葉蒨文/成龍 | Sally Yeh and Jackie Chan |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 傾城戀 | CUO WU YIN DAO | 葉蒨文 | Sally Yeh |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 誰伴我今晚 | XI DENG | 葉蒨文 | Sally Yeh |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 原來我可以 | BU XI ZHI HUO | 紀嘉瑩 | Zoe Ki |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 擁抱 | YONG BAO | 紀嘉瑩 | Zoe Ki |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 擁抱 | LOU XIANG | 紀嘉瑩 | Zoe Ki |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 風繼續吹(CITIBANK 廣告上滅歌) | Feng Li Mi Ma | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 飛戰(追捕誠皇上滅曲) | Jing Rian/Jing Bian (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 戀愛過沱度 1998 | Lian Ai Tai Du 1998 | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 神經(跳舞版) | Shen Jing (Dance Version) | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | I LOVE YOU SO 人愛妳 | I Love You So Tai Ai Ni/I Love Y | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 最深愛的人是妳 | Zui Shen Ai De Ren Shi Ni | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 如果妳能夠愛過這一夜頁續曲 | Ru Guo Ni Ren Zhen Guo/Zhi Yi | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 愛到獃 | Wo De Shi Jie Sheng Shi | 胡諾言 | Jack Wu |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 回頭一看 | Lian Ai Shi [Er Ren Qian] | 胡諾言 | Jack Wu |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 說對世界聽 | Ai Dao Yan | 呂方 | Lui Fong |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 戀愛是[二人前] | Hui Tou Yi Kan | 呂方 | Lui Fong |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 理論對象 | Li Xiang Dui Xiang | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 哭泣的戲 | Ku Qi You Xi | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 為何又是這樣後 | Wei He You Shi Zhe Yang Cuo | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 忘記已經 | Wang Ji Ba Li | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 表演時刻 | Biao Yan Shi Jian | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 女人本色 | Nu Ren Ben Se | 葉蒨文 | Sally Yeh |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 糊塗 | Hu Tu | 紀嘉瑩 | Zoe Ki |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 想聽 | Xiang Ting | 葉蒨文 | Sally Yeh |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 夫妻的朋友 | Fu Qi | 葉蒨文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 無忌 | Wu Ji (Dian Ying "Lei Ting Zhan") | 郭富城 | Aaron Kwok |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 若有所失 | Ruo You Suo Shi | 郭富城 | Aaron Kwok |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 討厭喜歡你 | Tao Yan Xi Huan Ni | 郭富城 | Aaron Kwok |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 創傷 | Chuang Ju | 郭富城 | Aaron Kwok |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 情無獨鍾 | Qing Wu Du Zhong (Dian Ying "?") | 鄭秀文 | Sammi Cheng |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 紫果花 | Jin Guo Hua (Dian Ying "Zhong") | 鄭秀文 | Sammi Cheng |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 快樂不快樂 | Kuai Le Bu Kuai Le | 鄭秀文 | Sammi Cheng |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 感情線上 | Gan Qing Xian Shang | 鄭秀文 | Sammi Cheng |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | YYYY | YYYY | IMF | IMF |