Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al                                                                                                                   Doc. 11 Att. 1

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 天涯淪客 | TIAN YA NING WANG | 郭富城 | Aaron Kwok |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 不是娃娃 | BU SHI WA WA | 黎姿 | Gigi Lai |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 流浪花 | LIU LANG HUA | 呂方 | Lui Fong |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 曾經心痛 | CENG JING XIN TONG | 葉蒨文 | Sally Yeh |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 我只怨自己 | WO ZHI YUAN ZI JI | 黎姿 | Gigi Lai |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 遙遠的心 | YAO YUAN DE XIN | 馬浚偉 | Steven Ma |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 情睛何處 | QING GUI HE CHU %%% | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 陽光路上 | YANG GUANG LU SHANG | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 如夜 | RU YE | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 愛情影畫戲 | AI QING YING HUA XI | 葉蒨文 | Sally Yeh |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 等愛的心 | DENG AI DE XIN | 馬浚偉 | Steven Ma |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 回憶 | HUI YI | 張衛健 | Dicky Cheung |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 誰是一個小丑 | SHUI SHI GE XIAO CHOU | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 玩笑 | WAN XIAO | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 感情的賭徒 | GAN QING DE FU LI | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 最孤單的心 | ZUI GU DAN DE XIN | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 老實情人 | LAO SHI QING REN | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 想說 | XIANG SHUO | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 無情的雨無情的你(國語) | MO QING DE YU MO QING DE NI | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 等你等到我心痛 | DENG NI DENG DAO WO XIN TONG | ---- | ---- |
| 7450996155567 | 27/5/1994 | Warner Music HK Ltd. | Super Stars Super Hits | 我和你春天有個約會 | WO HE CHUN TIAN YOU GE YUE HUI | ---- | ---- |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450997609960 | 29/7/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.22 | 我走我路 | WO ZOU WO LU | 林子祥 | George Lam |
| 7450997609960 | 30/7/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.23 | 小屋的風雨 | XIAO WU DE FENG YU | 林子祥 | George Lam |
| 7450997609960 | 31/7/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.24 | 今天的一切 | JIN TIAN DE YI QIE | 林子祥 | George Lam |
| 7450997609960 | 1/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.25 | 鐵路戀曲 | TIE LU LIAN QU | 張衛健 | Dicky Cheung |
| 7450997609960 | 2/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.26 | 情人的小說 | QING REN DE XIAO SHUO | 馬浚偉 | Steven Ma |
| 7450997609960 | 3/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.27 | 因你真正活過 | YIN NI ZHEN ZHENG HUO GUO | 黎姿 | Gigi Lai |
| 7450997609960 | 4/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.28 | 仍然為你傾心 | RENG RAN WEI NI QING XIN | ---- | ---- |
| 7450997609960 | 5/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.29 | 你是我的1/2 | NI SHI WO DE 1/2 | 郭富城 | Aaron Kwok |
| 7450997609960 | 6/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.30 | 渴望 | KE WANG | 郭富城 | Aaron Kwok |
| 7450997609960 | 7/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.31 | 我的愛對你說 | WO DE AI DUI NI SHUO | 葉蒨文 | Sally Yeh |
| 7450997609960 | 8/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.32 | 女人的弱點 (OT: YOU) | NU REN DE RUO DIAN | 葉蒨文 | Sally Yeh |
| 7450997609960 | 9/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.33 | 別人的情歌 (OT: ANOT) | BIE REN DE QING GE | 葉蒨文 | Sally Yeh |
| 7450997609960 | 10/8/1994 | Warner Music HK Ltd. | Super Star Power Hits Karaoke Vol.34 | 但求雨季到來 | DAN QIU YU JI DAO LAI | 呂方 | Lui Fong |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artist (Chinese) | Name of Artist (English) |
|---|---|---|---|---|---|---|---|
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 女人的弱點 | NU REN DE RUO DIAN | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 現實就是現實 | XIAN SHI JIU SHI XIAN SHI | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 永遠青春可愛 | YONG YUAN QING CHUN HE AI | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 真心真意過一生 | ZHEN XIN ZHEN YI GUO YI SHENG | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 只因有愛 | ZHI YIN YOU AI | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 春風秋雨 | CHUN FENG QIU YU | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 情人知己 | QING REN ZHI JI | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 秋去秋來 | QIU QU QIU LAI | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 流金歲月 | LIU JIN SUI YUE | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 願死也無憾 | YUAN SI YE WEI QING | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 諾言 | NUO YAN | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 我要活下去 | WO YAO HUO XIA QU | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 晚風 | WAN FENG | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 完全是你 | WAN QUAN SHI NI | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 女人的眼淚 | NU REN DE YAN LEI | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 黎明不要來 | LI MING BU YAO LAI | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 你今天要走 | NI JIN TIAN YAO ZOU | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 歡笑之歌 | HUAN XIAO ZHI GE | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 瀟灑走一回 | XIAO SA ZOU YI HUI | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 一輩子溫柔 | YI BEI ZI WEN ROU | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 真女人 | ZHEN NU REN | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 紅塵 | HONG CHEN | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 焚心以火 | FEN XIN YI HUO | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 零時十分 | LING SHI SHI FEN | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 祝福 | ZHU FU | 葉蒨文 | Sally Yeh |
| 7450995739966 | 24/2/1994 | Warner Music HK Ltd | Sally 26 Golden Songs | 長夜MY LOVE GOODN | CHANG YE MY LOVE GOODNIGHT TO | 葉蒨文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 彎彎的月亮 | WAN WAN DE YUE LIANG | 呂方 | Lui Fong |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 紅塵 | HONG CHEN | 葉蒨文 | Sally Yeh |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 准我 | ZHUN WO | 杜德偉 | Alex To |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 紅茶館 | HONG CHA GUAN | ---- | ---- |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 愛到分離仍是愛 | AI DAO FEN LI RENG SHI AI | 葉蒨文/林子祥 | Sally Yeh/George Lam |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 一生拿麼你 | YI SHENG QUAN SHU NI | 劉錫明 | Lau Sik Ming |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 我為你而生 | WO WEI NI ER SHENG | ---- | ---- |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 生死豹 | SHENG SI YUE | 蔡立兒 | Cherrie Choi |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 沒有你還是愛你 | MEI YOU NI HAI SHI AI NI | 林姍姍 | Sandy Lam |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 想念你 | XIANG NIAN NI | 曾航生 | Sam Tseng |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 溫暖的家鄉 | WEN NUAN DE JIA XIANG | Beyond | Beyond |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 不再問究竟 | BU ZAI WEN JIU JING | 陳百強 | Danny Chan |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 給我吧 | GEI WO BA | 杜德偉 | Alex To |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 真真假假 | ZHEN ZHEN JIA JIA | 張衛健 | Dicky Cheung |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 長城 | CHANG CHENG | Beyond | Beyond |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 愛是無罪 | AI ZHI WU ZUI | 曾航生 | Sam Tseng |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 孤單背影 | GU DAN BEI YING | ---- | ---- |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 恨不相逢在那時 | HEN BU XIANG FENG ZAI NA SHI | 劉錫明 | Lau Sik Ming |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 盼望的緣份 | PAN WANG DE YUAN FEN | 陳百強 | Danny Chan |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 現實就是現實 | XIAN SHI JIU SHI XIAN SHI | 葉蒨文 | Sally Yeh |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 月亮 | YUE LIANG | ---- | ---- |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 一個不變心 | YI KE BU BIAN XIN | ---- | ---- |
| 7450990509962 | 17/8/1992 | Warner Music HK Ltd | Supreme Karaoke Vol.7 | 雨中的戀人們 | YU ZHONG DE LIAN REN MEN | ---- | ---- |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 情人知己 | QING REN ZHI JI | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 選擇 | XUAN ZE | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 流金歲月 | LIU JIN SUI YUE | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 愛到分離仍是愛 | AI DAO FEN LI RENG SHI AI | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 紅塵 | HONG CHEN | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 黎明不要來 | LI MING BU YAO LAI | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 願死也為情 | YUAN SI YE WEI QING | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 焚心以火 | FEN XIN YI HUO | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 投入每份愛 | TOU RU MEI FEN AI | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 瀟灑走一回 | XIAO SA ZOU YI HUI | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 信自己 | XIN ZI JI | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 命運我操縱 | MING YUN WO CAO ZONG | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 祝福 | ZHU FU | 葉蒨文 | Sally Yeh |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 友愛長存 | YOU AI CHANG CUN | 林子祥 | George Lam |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 親愛的你 | QIN AI DE NI | 陳百強 | Danny Chan |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 喜望 | YAO WANG | Beyond | Beyond |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 每一句說話 | MEI YI JU SHUO HUA | 太極 | Tai Chi |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 愛上你是我一生的錯 | AI SHANG NI SHI WO YI SHENG DE CUO | 何婉盈 | Elaine Ho |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 留住這愛 | LIU ZHU ZHE AI | 包方 | Lui Fong |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 七月初七 | QI YUE CHU QI | ---- | ---- |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 歡歡如夢 | JIU HUAN RU MENG | ---- | ---- |
| 7460991116B | 13/11/1992 | Warner Music HK Ltd. | Warner Supreme Vol.8 | 你回來吧 | NI HUI LAI BA | ---- | ---- |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 哎也哎也親親你 | AI YA AI YA QIN QIN NI | 張衛健 | Dicky Cheung |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 請你跟我走 | QING NI GEN WO ZOU | 呂方 | Lui Fong |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 曾經心痛 | CENG JING XIN TONG | 葉蒨文 | Sally Yeh |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 愛是無罪 | AI ZHI WU ZUI | 曾航生 | Sam Tseng |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 再見亦是朋友 | ZAI JIAN YI SHI PENG YOU | 曾航生/何綺盈 | Sam Tseng/Elaine Ho |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 真真假假 | ZHEN ZHEN JIA JIA | 馬俊傑 | Steven Ma |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 一生全屬你 | YI SHENG QUAN SHU NI | 劉錫明 | Lau Sik Ming |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 給我吧 | GEI WO BA | 杜德偉 | Alex To |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 每夜唱不停 | MEI YE CHANG BU TING | 林子祥 | George Lam |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 永遠愛你 | YONG YUAN AI NI | 太極 | Tai Chi |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 微笑的秋 | WEI XIAO DE QIU | 劉錫明 | Lau Sik Ming |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 長城 | CHANG CHENG | Beyond | Beyond |
| 7450991593GB | 5/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 一輩子溫柔 | YI BEI ZI WEN ROU | 葉蒨文 | Sally Yeh |
| 7450991593GB | 6/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 在你心上 | ZAI NI XIN SHANG | 張衛健 | Dicky Cheung |
| 7450991593GB | 7/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 彎彎的月亮 | WAN WAN DE YUE LIANG | 呂方 | Lui Fong |
| 7450991593GB | 8/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 男兒當自強 | NAN ER DANG ZI QIANG | 林子祥 | George Lam |
| 7450991593GB | 9/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 男兒當自強 | NAN ER DANG ZI QIANG | 林子祥 | George Lam |
| 7450991593GB | 10/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 誓願長誓長夢 | SHI YUAN SHI ZHAI SHI CHANG MENG | 劉錫明 | Lau Sik Ming |
| 7450991593GB | 11/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.10 | 黎明不要來 | LI MING BU YAO LAI | 葉蒨文 | Sally Yeh |

Page 6

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 祝福你 | ZHU FU NI | 群星 | Various Artists |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 長路漫漫伴你闖 | CHANG LU MAN MAN BAN NI CHUANG | 林子祥 | George Lam |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 愛你 | AI NI | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | MOSHI MOSHI MOSH | MOSHI MOSHI MOSHI | 劉錫明 | Lau Sik Ming |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 無盡空虛 | WU JIN KONG XU | Beyond | Beyond |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 誰沒愛過 | TENG WO AI WO | 張衛健 | Dicky Cheung |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | Happy Birthday | Happy Birthday | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 柳恩風雨中 | XIANG SI FENG YU ZHONG | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 飄雪 | PIAO XUE | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 愛的傷口 | AI DE SHANG KOU | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 今夜情為證 | JIN YE QING WEI ZHENG | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 我說過要你快樂 | WO SHUO GUO YAO NI KUAI LE | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 是不是這樣的夜晚你才會這樣的想起我 | SHI BU SHI ZHE YANG DE YE WAN NI CAI HUI | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 午夜溫擎 | WU YE WEN XIN | 呂方 | Lui Fong |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 無論再十年 | WU LUN ZAI SHI NIAN | 劉錫明 | Lau Sik Ming |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 歲月流情 | SUI YUE LIU QING | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 週日清晨 | ZHOU RI QING CHEN | 何婉盈 | Elaine Ho |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 晚秋 | WAN QIU | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 逗我開心吧 | DOU WO KAI XIN BA | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 十八歲的儲蓄器 | SHI BA SUI DE YOU YU | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 拼命三郎 | PIN MING SAN LANG | 大極 | Tai Chi |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 點解點解 | DIAN JIE DIAN JIE | Beyond | Beyond |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 離開我 | LI KAI WO | 曾航生 | Sam Tseng |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 只因你心醉 | ZHI YIN NI XIN ZUI | --- | --- |
| 7450991159665 | 20/1/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.11 | 容易受傷的女人 | RONG YI SHOU SHANG DE NU REN | --- | --- |

Page 87

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 準我 | ZHUN WO | 杜德偉 | Alex To |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 還是唱下去 | HAI SHI CHANG XIA QU | 杜德偉 | Alex To |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 准我們一次 | ZHUN WO ZAI YI CI | 杜德偉 | Alex To |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 愛上你是我一生的錯 | AI SHANG NI SHI WO YI SHENG DE CUO | 何婉盈/鄧建明 | Elaine Ho/Tang Kin Ming |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 無論是錯對 | WU LUN SHI CUO DUI | 劉錫明 | Lau Sik Ming |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 謝謝您的愛 | XIE XIE NI DE AI | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 當愛已成往事 | DANG AI YI CHENG WANG SHI | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 天若有情 | TIAN LAO QING WEI LAO | 呂方 | Lui Fong |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 何故何苦何必 | HE GU HE KU HE BI | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 難得糊塗 | YU QING WEI XIAO | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 日出時讓戀愛終結 | RI CHU SHI RANG LIAN AI ZHONG JIE | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 今夜 | JIN YE | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 萬千寵愛在一身 | WAN QIAN CHONG AI ZAI YI SHEN | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 新鴛鴦蝴蝶夢 | XIN CHAN YUAN ZHONG SHENG | 張學友 | Dicky Cheung |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 越是痴心越長傷心 | YUE SHI CHI XIN YUE SHI SHANG XIN | 曾航生 | Sam Tseng |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 小雨落在我的胸口 | XIAO YU LUO ZAI WO DE XIONG KOU | 太極 | Tai Chi |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 火舞 | HUO DANG | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 我對天空說愛你 | WO DUI TIAN KONG SHUO AI NI | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 等候風 | JI HOU FENG | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 仍是你的歌 | RENG CHANG WO DE GE | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 你還找尋今晚唯一伴侶 | NI SHI WO JIN SHENG WEI YI CHUAN QI | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 孤單的心願 | GU DAN DE XIN TONG | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 仍是這樣愛你 | RENG SHI ZHE YANG AI NI | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 暗戀你 | AN LIAN NI | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 明天你是否依然愛我 | MING TIAN NI SHI FOU YI RAN AI WO | ---- | ---- |
| 745099232566 | 25/3/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.12 | 分手總要在雨天 | FEN SHOU ZONG YAO ZAI YU TIAN | ---- | ---- |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title | | Name of Artists | |
|---|---|---|---|---|---|---|---|
| | | | | Chinese | English | Chinese | English |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 你今天要走 | NI JIN TIAN YAO ZOU | 葉倩文 | Sally Yeh |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 亂世桃花 | LUAN SHI TAO HUA | 葉倩文/林子祥 | Sally Yeh/George Lam |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 沙沙的雨 | SHA SHA DE YU | ---- | ---- |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 情難自制 | QING NAN ZI ZHI | ---- | ---- |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 爸爸媽媽 | BA BA MA MA | Beyond | Beyond |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 我只怨自己 | WO ZHI YUAN ZI JI | 黎姿 | Gigi Lai |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 回首 | HUI SHOU | ---- | ---- |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 雨中感歎號 | YU ZHONG GAN TAN HAO | ---- | ---- |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 願你今夜別離去 | YUAN NI JIN YE BIE LI QU | ---- | ---- |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 還是覺得你最好 | HAI SHI JUE DE NI ZUI HAO | ---- | ---- |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 一個戀愛故事 | YI GE LIAN AI GU SHI | 太極 | Tai Chi |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 小雨落在我的胸口 | XIAO YU LUO ZAI WO DE XIONG KOU | 太極 | Tai Chi |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 留住我吧! | LIU ZHU WO BA | 太極 | Tai Chi |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 原來愛過以後 | YUAN LAI AI GUO YI HOU | 周潤發/葉倩文 | Chow Yun Fat/ Sally Yeh |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 情難定 | QING NAN DING | 杜德偉 | Alex To |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 幾時愛我 | JI SHI AI WO | 呂方 | Lui Fong |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 海闊天空 | HAI KUO TIAN KONG | Beyond | Beyond |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 甜蜜如軟糖 | TIAN MI RU RUAN TANG | 張衛健 | Dicky Cheung |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 真的愛情可到未來 | ZHEN DE AI QING DING HE DAO WEI LAI | ---- | ---- |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 你是我的女人 | NI SHI WO DE NU REN | ---- | ---- |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 傻痴痴 | SHA CHI CHI | ---- | ---- |
| 745099269562 | 19/5/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 長流不息 | CHANG LIU BU XI | ---- | ---- |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 承受 | CHENG SHOU | 呂方 | Lui Fong |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 請你跟我走 | QING NI GEN WO ZOU | 呂方 | Lui Fong |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 假如你要走 | JIA RU NI YAO ZOU | 呂方 | Lui Fong |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 我這樣愛你錯了嗎 | WO ZHE YANG AI NI CUO LIAO MA | 黎姿 | Gigi Lai |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 一串謊言一串淚（痴情） | YI CHUAN CHI QING YI CHUAN LEI (CHI QING) | 張學友/黎姿 | Dicky Cheung/Gigi Lai |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 愛鷹要別離 | AI PIAN YAO BIE LI | 葉蒨文/林子祥 | Sally Yeh/George Lam |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 理想中的人 | LI XIANG ZHONG DE REN | 葉蒨文 | Sally Yeh |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 夏日傾情 | XIA RI QING QING | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 世界變得很美 | SHI JIE HUI BIAN DE HEN MEI | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 一首獨唱的歌 | YI SHOU DU CHANG DE GE | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 奔向你 | BEN XIANG NI | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 雨季不再來 | YU JI BU ZAI LAI | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 情人 | QING REN | Beyond | Beyond |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 農民 | NONG MIN | Beyond | Beyond |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 我是憤怒 | WO SHI FEN NU | Beyond | Beyond |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 無盡空虛 | WU JIN KONG XU | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 該走的時候 | GAI ZOU DE SHI HOU | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 與你又過一天 | YU NI YOU GUO YI TIAN | 葉蒨文 | Sally Yeh |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 出位 | CHU WEI | 張衛健 | Dicky Cheung |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 在你走的一天 | ZAI NI ZOU DE YI TIAN | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 昨天今天下雨天 | ZUO TIAN JIN TIAN XIA YU TIAN | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 情沒有十分 | QING MEI YOU SHI FEN | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 其實你心裏有我 | QI SHI NI XIN LI YOU MEI YOU WO | --- | --- |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 我是憤怒 | WO SHI FEN NU | Beyond | Beyond |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 遙望 | YAO WANG | Beyond | Beyond |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 無語問蒼天 | WU YU WEN CANG TIAN | Beyond | Beyond |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 無盡空虛 | WU JIN KONG XU | Beyond | Beyond |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 長城 | CHANG CHENG | Beyond | Beyond |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 情人 | QING REN | Beyond | Beyond |
| 7450993108G8 | 20/8/1993 | Warner Music HK Ltd. | Supreme Karaoke Vol.13 | 海闊天空 | HAI KUO TIAN KONG | Beyond | Beyond |