

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**
PA 1-146-597

**EFFECTIVE DATE OF REGISTRATION**
OCT 15, 2003

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
Hacken Lee  Marriage Will Follow After Many Years (Karaoke Version)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
李克勤 合久必婚(卡拉OK 版本)

**NATURE OF THIS WORK ▼** See instructions
Motion Picture

**2  NAME OF AUTHOR ▼**
a  Universal Music Limited  Hong Kong

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of Hong Kong
    { Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of _____
    { Domiciled in _____

Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**

c  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of _____
    { Domiciled in _____

Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**

**3 a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003  Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month April  Day 25  Year 2003
Hong Kong

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Universal Music Limited Hong Kong
6th Floor Railway Plaza 39 Chatham Road South
Tsimshatsui Kowloon Hong Kong

APPLICATION RECEIVED
OCT 15 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 15 2003
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

|  |  |
|---|---|
| EXAMINED BY  GJ | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Song Title: Marriage Will Follow After Many Years
Performing Artist: Hacken Lee
Composers: Roland Ng, Lyrist: Leung Wai Man

b Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Motion Picture Production

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼         Account Number ▼

b CORRESPONDENCE  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Nicolas Chau c/o Entral Group International LLC
245 Park Avenue 39th Floor
New York NY 10167

Area code and daytime telephone number ( 877 ) 436 8725     Fax number ( 646 ) 349 4456
Email

**8 CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Universal Music Limited Hong Kong
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nicolas Chau President of Entral Group International LLC         Date October 8th 2003

Handwritten signature (X) ▼
X _[signature]_

**9** Certificate will be mailed in window envelope to this address
Name ▼  Nicolas Chau c/o Entral Group International LLC
Number/Street/Apt ▼  245 Park Avenue 39th Floor
City/State/ZIP ▼  New York NY 10167

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev June 2002—30,000    Web Rev June 2002    ● Printed on recycled paper    U.S. Government Printing Office: 2000-461-113/20,021

CERTIFICATE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-138-367



EFFECTIVE DATE OF REGISTRATION

8  27  03

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Cheung Hok Yau (Jacky)   When Love Becomes A Habit (Karaoke Version)

PREVIOUS OR ALTERNATIVE TITLES ▼
張學友  當愛變成習慣 (卡拉OK版本)

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2 a** NAME OF AUTHOR ▼
PolyGram Records Hong Kong Limited

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Citizen of _____ OR Domiciled in Hong Kong

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1994

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
May 27 1994   Hong Kong

**4** COPYRIGHT CLAIMANT(S)
Universal Music Limited
6th Floor Railway Plaza 39 Chatham Road South
Tsimshatsui Kowloon Hong Kong

APPLICATION RECEIVED
8/25/03
ONE DEPOSIT RECEIVED
8/27/03
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Universal Music Limited acquired PolyGram Records Hong Kong Limited and obtained the ownership of the copyright as December 31 1998

MORE ON BACK ▶

|  |  |
|---|---|
| EXAMINED BY _NLG_ | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "No," do not check any of these boxes.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Title: When Love Becomes A Habit
Performing Artist: Cheung, Hok Yau (Jacky) Composer: Lau Siu Kei Lyrist: Lauson John

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
*motion picture production

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**b CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Maria C H Lin c/o Morgan & Finnegan
345 Park Avenue
New York NY 10154 0053

Area code and daytime telephone number ( 212 ) 758-4800    Fax number ( 212 ) 751 6849
Email

**8 CERTIFICATION** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Universal Music Limited Hong Kong
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nicolas Chan President of Fnfral Group International LLC   Date Aug 22nd 2003

Handwritten signature (X) ▼
X _[signature]_

**9 Certificate will be mailed in window envelope to this address**
Name ▼
Maria C H Lin c/o Morgan & Finnegan
Number/Street/Apt ▼
345 Park Avenue
City/State/ZIP ▼
New York NY 10154 0053

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.