```
DATE: 11/07/05 12:28:52  PRO FORMA STATEMENT AS OF 110705 FOR FILE (302837) 302837        #1899798(513494) Page 1 (1)

BILLING ATTORNEY:      HANLR    ROBERT HANLON                    PROFORMA NUMBER:  1899798           APPROVED: _____
SUPERVISING ATTORNEY:  HANLR    ROBERT HANLON                    JOINT GROUP #:
ORIGINATING ATTORNEY:  HANLR    ROBERT HANLON                    RUN THRU 11/07/05 ON 11/07/05

CLIENT  048966          Entral Group International               LAST DATE BILLED
MATTER  302837          Legend Cafe Litigation                   DATE OPENED:       Nov 2, 2005 OP

MATTER  Entral Group International          CLIENT   Entral Group International       PROFORMA STATUS: C  CURRENT
ADDRESS: 245 Park Avenue, 39th Floor        ADDRESS: 245 Park Avenue, 39th Floor      BILL CYCLE: M
         New York, NY 10167                          New York, NY 10167               PROFORMA TEMPLATE: PNEW
                                                                                      BILL TEMPLATE:    Q1
                                                                                      TIME FORMAT:      23
                                                                                      COST FORMAT:      2
                                                                                      RATE CODE:        2

MATTER NARRATIVE:
       Copyright Infringement Litigation


-CURRENT UNALLOCATED CREDITS-       -A/R BALANCE FOR THIS MATTER-       -CURRENT TRUST BALANCE-
           $.00                              $0.00                              $0.00

           TOTAL UNBILLED          AMOUNT TO BE BILLED          (WRITE-OFF)/PREMIUM AMOUNT

FEES            $18,077.00         _____               _____

OTHER CHARGES       $3.52          _____               _____

TOTAL           $18,080.52

WRITE-OFF POLICY:
All write-offs in excess of $1,000 with respect to a fee or in excess of $100 with respect to a disbursement must be discussed by
the billing attorney with a member of the Financial Administrative Committee before being billed. In addition any write-off of a
bill after it has been billed of similar dimensions must be discussed by the billing attorney with a Financial Administrative
Committee Member. Financial Administrative Committee Members are as follows:  JAY BENNETT, HENRY BIRNKRANT, DOUG CLOUD, JOHN
COALSON, DENNIS CONNOLLY, MIKE CONNOR, PAUL CUSHING, MIKE DAVIS, HARVEY HILL, MARK KELLY, RICH LEVINSON, SID NURKIN, BOB RIORDAN,
GARY ROTH and SUSAN WILSON.

        AMOUNT OF WRITE-OFF:

        EXPLANATION FOR WRITE-OFF:



    _____                           _____
    BILLING ATTORNEY SIGNATURE                               APPROVING FAC MEMBER SIGNATURE
```

```
BILLING ATTORNEY:      HANLR   ROBERT HANLON                          PROFORMA NUMBER:   1899798              Page 2  (2)
SUPERVISING ATTORNEY:  HANLR   ROBERT HANLON                          JOINT GROUP #:
ORIGINATING ATTORNEY:  HANLR   ROBERT HANLON                          RUN THRU 11/07/05   ON 11/07/05
CLIENT/MATTER: 048966 / 302837   Legend Cafe Litigation

                                            F E E S
                        W O R K E D      B I L L E D
                                                                                                        TASK   ACT.
INDEX       INIT   DATE        HOURS   AMOUNT     HOURS   AMOUNT     CUMULATIVE   DESCRIPTION           CODE   CODE

12969650    CLARB  11/01/05 B   4.40   1,430.00    4.40   1,430.00     1430.00    Conference with B. Hanlon    RF    RF
                                                                                  regarding statutory damages.
                                                                                  Drafted Substitution of
                                                                                  Counsel and Affidavit in
                                                                                  Support of Substitution of
                                                                                  Counsel. Conference with N.
                                                                                  Chai regarding Legend default
                                                                                  judgment and submission of
                                                                                  Substitute Judgment and brief;
                                                                                  conference with B. Hanlon
                                                                                  regarding drafting Substitute
                                                                                  Judgment and brief.

12970083    HANLR  11/01/05 B   1.40     770.00    1.40     770.00     2200.00    Review pleadings; confer with RF    RF
                                                                                  client and B. Clark.

12969651    CLARB  11/02/05 B  10.90   3,542.50   10.90   3,542.50     5742.50    Continued drafting Substitute RF    RF
                                                                                  Judgment and brief in support
                                                                                  of Substitute Default
                                                                                  Judgment; conference with B.
                                                                                  Hanlon regarding same.

12970080    HANLR  11/02/05 B   1.30     715.00    1.30     715.00     6457.50    Review and revise declarations RF   RF
                                                                                  in support of damages and
                                                                                  fees; review and revise
                                                                                  proposed judgment; confer with
                                                                                  client and B. Clark.

12969649    CLARB  11/03/05 B   9.40   3,055.00    9.40   3,055.00     9512.50    Continued drafting Substitute RF    RF
                                                                                  Judgment and brief in support
                                                                                  of Substitute Default
                                                                                  Judgment; conference with B.
                                                                                  Hanlon regarding same;
                                                                                  conference with J. Moore
                                                                                  regarding research issues.

12969818    MOOJA  11/03/05 B   2.20     462.00    2.20     462.00     9974.50    Conducted legal research      RF    RF
                                                                                  regarding whether courts will
                                                                                  award attorney's fees where
                                                                                  there is no contemporaneous
                                                                                  record of work done on matter.
                                                                                  Researched requirements for
                                                                                  an injunction as relates to
                                                                                  section 17 U.S.C. 502.

12969647    CLARB  11/04/05 B   1.10     357.50    1.10     357.50    10332.00    Reviewed and revised          RF    RF
                                                                                  Substitute Judgment and brief
                                                                                  in support of Substitute
```

```
BILLING ATTORNEY:        HANLR   ROBERT HANLON                        PROFORMA NUMBER:  1899798              Page  3  (3)
SUPERVISING ATTORNEY:HANLR       ROBERT HANLON                        JOINT GROUP #:
ORIGINATING ATTORNEY:HANLR       ROBERT HANLON                        RUN THRU 11/07/05   ON 11/07/05
       CLIENT/MATTER:  048966 / 302837    Legend Cafe Litigation


12970082   HANLR   11/04/05  B    1.80    990.00    11322.00    Default Judgment; conference          RF
                                                                with B. Hanlon regarding same;
                                                                exchanged correspondence with
                                                                N. Chai regarding same.

                                                                Review and revise declarations       RF
                                                                in support of damages and
                                                                fees; review and revise
                                                                proposed judgment.

12970084   HANLR   11/06/05  B    3.60   1,980.00    13302.00   Review and revise memorandum         RF
                                                                of law in support of damages
                                                                and fees; review and revise
                                                                supporting declarations.

12970081   HANLR   11/07/05  B    3.60   1,980.00    15282.00   Review and revise declarations       RF
                                                                in support of damages and
                                                                fees; review and revise
                                                                proposed judgment; review and
                                                                revise brief.

12969648   CLARB   11/07/05  B    8.60   2,795.00    18077.00   Continued revising Substitute        RF
                                                                Judgment and brief in support
                                                                of Substitute Default
                                                                Judgment; conference with B.
                                                                Hanlon regarding same.

                    Matter Total           48.30                $18,077.00

                                   FEE SUBTOTAL                 $18,077.00
```

ATTORNEY SUMMARY:

| ATTY | ATTORNEY NAME | RATE | WORK HRS | WORK AMT | BILL HRS | BILL AMT |
|---|---|---|---|---|---|---|
| CLARB | BROOK CLARK | 325.00 | 34.40 | $11,180.00 | 34.40 | $11,180.00 |
| MOOJA | JANET MOORE | 210.00 | 2.20 | $462.00 | 2.20 | $462.00 |
| HANLR | ROBERT HANLON | 550.00 | 11.70 | $6,435.00 | 11.70 | $6,435.00 |
|  |  |  | 48.30 | $18,077.00 | 48.30 | $18,077.00 |

O T H E R   C H A R G E S

| INDEX | DATE | CODE | STATUS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 7655326 | 11/03/05 | 004 | B | Document Production Charges | 3.52 |
|  |  |  |  | TOTAL OTHER CHARGES | 3.52 |

COST SUMMARY:

| CODE | DESCRIPTION | COST AMT | BILL AMT |
|---|---|---|---|
| 004 | Document Production Charges | 3.52 | 3.52 |
|  | TOTAL OTHER CHARGES | 3.52 | 3.52 |

```
BILLING ATTORNEY:        HANLR   ROBERT HANLON                      PROFORMA NUMBER:    1899798              Page  4  (4)
SUPERVISING ATTORNEY:HANLR       ROBERT HANLON                      JOINT GROUP #:
ORIGINATING ATTORNEY:HANLR       ROBERT HANLON                      RUN THRU 11/07/05   ON 11/07/05
    CLIENT/MATTER: 048966 / 302837    Legend Cafe Litigation

                                  MATTER STATISTICS & REALIZATION ANALYSIS
                            Y E A R   T O   D A T E              L I F E   T O   D A T E

FEE ANALYSIS:
Hours/Fees Relieved (Worked Values)         .00                             .00
Fees Billed (Billed Values)                 .00                             .00
Fees Written Up/Down                        .00

CURRENT BILLING REALIZATION                         .00 %                           $.00

BUDGETED FEES:

COST ANALYSIS:
Costs Relieved                              .00                             .00
Costs Billed                                .00                             .00
Costs Written Up/Down                       .00

COLLECTIONS:
Payments Received                           .00                             .00

ANALYSIS / INSTRUCTIONS FOR FLAT FEE ARRANGEMENTS:

                                      HOURS              AMOUNT
Fees Billed to Date:                   0.00              $.00            Budgeted Fees:                   $.00
Fees Relieved to Date (Worked Value):  0.00              $.00            Unallocated Payments:            $.00
Current Billing Realization:            0.0 %
Current Unbilled Fees thru 11/07/05 :  48.30       $18,077.00
Billing Realization if Unbilled W/O*:   0.0 %   OR        0.0 %   (Realization against budget)
*(Rounded to nearest whole percent)

( ) PLEASE RELIEVE $ _____ IN FEES AND CREATE FLAT FEE BILL TOTALING $ _____ * AND LEAVE REST UNBILLED.
( ) PLEASE RELIEVE ALL UNBILLED FEES AND CREATE FLAT FEE BILL TOTALING $ _____ *.
* ALL ADJUSTMENTS WILL BE MADE PROPORTIONATE TO ALL TIMEKEEPERS ON THIS MATTER.
```