Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al    Doc. 12 Att. 2
Case 1:05-cv-02292-CBA-SMG    Document 12-3    Filed 11/07/2005    Page 1 of 19

Page 1

4 of 12 DOCUMENTS

Copyright 2004 ALM Properties, Inc. All Rights Reserved.
National Law Journal

December 6, 2004

**SECTION:** IN FOCUS; Vol. 26; No. 61; Pg. 20

**LENGTH:** 2347 words

**HEADLINE:** Firm-by-firm sampling of **billing rates** nationwide

**BODY:**

The National Law Journal asked the respondents to its 2004 survey of the nation's 250 largest law firms to provide hourly **billing rate** information for partners and associates firmwide and in their principal offices. The firms that supplied this information—including some firms that are not in the NLJ 250—are listed below in alphabetical order. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of the firm's principal office or its largest office. Unless otherwise indicated, the rates provided are firmwide rates; an asterisk indicates rates at the principal or largest office only.

Adams and Reese [252]

[New Orleans]

Partners $195–$385

Associates $110–$225

Akin Gump Strauss Hauer & Feld [977]

[Washington]

Partners $425–$750

Associates $205–$395

Alston & Bird [706]

[Atlanta]

Partners $330–$675

Associates $175–$430

Andrews Kurth [418]

[Houston]

Partners $350–$660

Associates $180–$395

Arent Fox [262]

[Washington]

Partners $350–$550

Associates $185–$375

Armstrong Teasdale [243]

[St. Louis]

  

Dockets.Justia.com

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Partners $220–$375

Associates $120–$240

Baker, Donelson, Bearman, Caldwell & Berkowitz [391]

[Memphis, Tenn.]

Partners $200–$500

Associates $120–$250

Ballard Spahr Andrews & Ingersoll [435]

[Philadelphia]

Partners $300–$600

Associates $160–$340

Bass, Berry & Sims [168]

[Nashville, Tenn.]

Partners $185–$450

Associates $130–$260

Bell, Boyd & Lloyd [236]

[Chicago]

Partners $295–$600

Associates $210–$325

Blackwell Sanders Peper Martin [263]

[Kansas City, Mo.]

Partners $180–$370

Associates $145–$245

Blank Rome [459]

[Philadelphia]

Partners $290–$625

Associates $185–$320

Bond, Schoeneck & King [168]

[Syracuse, N.Y.]

Partners $190–$405

Associates $135–$285

Bracewell & Patterson [377]

[Houston]

Partners $235–$790

Associates $160–$395

Brinks Hofer Gilson & Lione [150]

[Chicago]

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Partners $320–$550

Associates $190–$385

Brown Raysman Millstein Felder & Steiner [236]

[New York]

Partners $350–$600

Associates $190–$400

Bryan Cave [757]

[St. Louis]

Partners $285–$745

Associates $150–$420

Buchanan Ingersoll [348]

[Pittsburgh]

Partners $225–$720

Associates $150–$410

Buckingham Doolittle & Burroughs [141]

[Akron, Ohio]

Partners $160–$305

Associates $90–$185

Bullivant Houser Bailey [163]

[Portland, Ore.]

Partners $170–$350

Associates $140–$250

Burr & Forman [182]

[Birmingham, Ala.]

Partners $235–$385

Associates $140–$265

Butzel Long [207]

[Detroit]

Partners $185–$430

Associates $150–$250

Carlton Fields [221]

[Tampa, Fla.]

Partners $240–$525

Associates $170–$335

Choate, Hall & Stewart [167]

[Boston]

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Partners $400–$650

Associates $245–$390

Cooley Godward [423]

[Palo Alto, Calif.]

Partners $375–$700

Associates $205–$550

Covington & Burling [495]

[Washington]

Partners $390–$690

Associates $170–$410

Cozen O'Connor [473]

[Philadelphia]

Partners $195–$550

Associates $125–$448

Crowell & Moring [275]

[Washington]

Partners $350–$595

Associates $140–$365

Curtis, Mallet-Prevost, Colt & Mosle [182]

[New York]

Partners $360–$650

Associates $150–$470

Davis Wright Tremaine [382]

[Seattle]

Partners $240–$610

Associates $145–$325

Day, Berry & Howard [240]

[Hartford, Conn.]

Partners $305–$500

Associates $180–$355

Dickinson Wright [200]

[Detroit]

Partners $235–$455

Associates $150–$225

Dickstein Shapiro Morin & Oshinsky [318]

[Washington]

  

Partners $350–$625

Associates $195–$375

Dinsmore & Shohl [244]

[Cincinnati]

Partners $210–$390

Associates $125–$230

Drinker Biddle & Reath [458]

[Philadelphia]

Partners $305–$550

Associates $150–$325

Duane Morris [525]

[Philadelphia]

Partners $220–$605

Associates $185–$380

Dykema Gossett [345]

[Detroit]

Partners $215–$500

Associates $155–$255

Edwards & Angell [347]

[Boston]

Partners $275–$600

Associates $115–$350

Epstein Becker & Green [372]

[New York]

Partners $265–$550

Associates $140–$385

Fowler White Boggs Banker [196]

[Tampa, Fla.]

Partners $175–$395

Associates $125–$235

Frost Brown Todd [362]

[Cincinnati]

Partners $190–$395

Associates $130–$250

Gardere Wynne Sewell [290]

[Dallas]

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Partners $300–$600

Associates $165–$360

Gibbons, Del Deo, Dolan, Griffinger & Vecchione [170] [Newark, N.J.]

Partners $270–$660

Associates $160–$340

Gordon & Rees [217]

[San Francisco]

Partners $155–$500

Associates $130–$375

Gray Cary Ware & Freidenrich [371]

[San Diego]

Partners $310–$695

Associates $215–$495

Greenberg Traurig [1,284]

[Miami]

Partners $235–$750

Associates $140–$450

Greenebaum Doll & McDonald [182]

[Louisville, Ky.]

Partners $220–$400

Associates $130–$210

Harris Beach [186]

[Rochester, N.Y.]

Partners $250–$350

Associates $135–$225

Haynes and Boone [450]

[Dallas]

Partners $300–$700

Associates $175–$375

Hodgson Russ [195]

[Buffalo, N.Y.]

Partners $215–$500

Associates $125–$350

Hogan & Hartson [996]

[Washington]

Partners $230–$725

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Associates $125–$405

Holland & Knight [1,159]

[New York]

Partners $230–$665

Associates $155–$395

Holme Roberts & Owen [213]

[Denver]

Partners $250–$550

Associates $160–$335

Hughes & Luce [151]

[Dallas]

Partners $260–$550

Associates $165–$265

Husch & Eppenberger [319]

[St. Louis]

Partners $180–$350

Associates $115–$195

Jackson Kelly [167]

[Charleston, W.Va.]

Partners $175–$360

Associates $100–$250

Jackson Lewis [370]

[White Plains, N.Y.]

Partners $250–$500

Associates $160–$380

Jenkens & Gilchrist [459]

[Dallas]

Partners $295–$765

Associates $180–$430

Jenner & Block [433]

[Chicago]

Partners $385–$700

Associates $195–$365

Jones, Walker, Waechter, Poitevent, Carrere & Denegre [211]

[New Orleans]

Partners $180–$425

  

Associates $125–$220

Kelley Drye & Warren [317]

[New York]

Partners $325–$700

Associates $185–$425

Kramer Levin Naftalis & Frankel [306]

[New York]

Partners $490–$750

Associates $260–$490

Lane Powell Spears Lubersky [172]

[Seattle]

Partners $240–$415

Associates $190–$280

Lewis, Rice & Fingersh [174]

[St. Louis]

Partners $205–$385

Associates $135–$285

Littler Mendelson [427]

[San Francisco]

Partners $200–$525

Associates $155–$425

Locke Liddell & Sapp [370]

[Houston]

Partners $320–$675

Associates $150–$350

Loeb & Loeb [197]

[Los Angeles]

Partners $350–$725

Associates $185–$375

Lowenstein Sandler [218]

[Roseland, N.J.]

Partners $300–$575

Associates $160–$395

Luce, Forward, Hamilton & Scripps [160]

[San Diego]

Partners $325–$550

  

Associates $170–$350

Manatt, Phelps & Phillips [310]

[Los Angeles]

Partners $420–$675

Associates $225–$425

Marshall, Dennehey, Warner, Coleman & Goggin [343]

[Philadelphia]

Partners $135–$250

Associates $125–$220

McCarter & English [348]

[Newark, N.J.]

Partners $270–$535

Associates $175–$300

McGuireWoods [684]

[Richmond, Va.]

Partners $240–$650

Associates $150–$365

Michael Best & Friedrich [322]

[Milwaukee]

Partners $185–$425

Associates $165–$275

Miller & Martin [167]

[Chattanooga, Tenn.]

Partners $200–$375

Associates $140–$260

Miller, Canfield, Paddock and Stone [366]

[Detroit]

Partners $240–$510

Associates $160–$265

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo [383]

[Boston]

Partners $395–$620

Associates $175–$425

Montgomery, McCracken, Walker & Rhoads [140]

[Philadelphia]

Partners $260–$495

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Associates $180–$275

Morris, Manning & Martin [160]

[Atlanta]

Partners $250–$465

Associates $125–$325

Nelson Mullins Riley & Scarborough [359]

[Columbia, S.C.]

Partners $190–$475

Associates $150–$265

Nexsen Pruet [176]

[Columbia, S.C.]

Partners $190–$300

Associates $120–$190

Parker Poe Adams & Bernstein [164]

[Charlotte, N.C.]

Partners $155–$400

Associates $120–$225

Patton Boggs [382]

[Washington]

Partners $245–$790

Associates $165–$335

Pepper Hamilton [430]

[Philadelphia]

Partners $275–$595

Associates $155–$355

Perkins Coie [616]

[Seattle]

Partners $185–$495

Associates $125–$350

Phelps Dunbar [253]

[New Orleans]

Partners $150–$350

Associates $125–$175

Phillips Lytle [151]

[Buffalo, N.Y.]

Partners $210–$385

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Associates $105–$290

Piper Rudnick [980]

[Chicago]

Partners $320–$800

Associates $195–$430

Pitney Hardin [185]

[Florham Park, N.J.]

Partners $300–$550

Associates $170–$315

Polsinelli Shalton Welte Suelthaus [200]

[Kansas City, Mo.]

Partners $200–$400

Associates $125–$225

Powell Goldstein [291]

[Atlanta]

Partners $265–$500

Associates $165–$330

Preston Gates & Ellis [432]

[Seattle]

Partners $190–$575

Associates $135–$410

Quarles & Brady [396]

[Milwaukee]

Partners $235–$500

Associates $175–$285

Reed Smith [978]

[Pittsburgh]

Partners $260–$875

Associates $150–$586

Robinson & Cole [227]

[Hartford, Conn.]

Partners $280–$500

Associates $160–$400

Roetzel & Andress [194]

[Akron, Ohio]

Partners $175–$375

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Associates $135–$215

Rutan & Tucker [136]

[Costa Mesa, Calif.]

Partners $290–$450

Associates $180–$275

Saul Ewing [237]

[Philadelphia]

Partners $275–$525

Associates $155–$280

Schulte Roth & Zabel [366]

[New York]

Partners $500–$725

Associates $200–$495

Sedgwick, Detert, Moran & Arnold [326]

[San Francisco]

Partners $345–$425

Associates $120–$345

Shaw Pittman [335]

[Washington]

Partners $360–$685

Associates $195–$535

Sheppard, Mullin, Richter & Hampton [410]

[Los Angeles]

Partners $365–$595

Associates $220–$360

Shook, Hardy & Bacon [539]

[Kansas City, Mo.]

Partners $240–$658

Associates $162–$295

Shughart Thomson & Kilroy [186]

[Kansas City, Mo.]

Partners $195–$395

Associates $150–$205

Shumaker, Loop & Kendrick [159]

[Toledo, Ohio]

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Partners $220-$425

Associates $150-$265

Smith, Gambrell & Russell [174]

[Atlanta]

Partners $250-$495

Associates $150-$320

Steel Hector & Davis [194]

[Miami]

Partners $220-$760

Associates $100-$305

Stinson Morrison Hecker [325]

[Kansas City, Mo.]

Partners $225-$415

Associates $135-$235

Stoel Rives [353]

[Portland, Ore.]

Partners $240-$465

Associates $150-$300

Stradley Ronon Stevens & Young [129]

[Philadelphia]

Partners $265-$550

Associates $145-$275

Strasburger & Price [197]

[Dallas]

Partners $215-$525

Associates $160-$325

Sutherland Asbill & Brennan [414]

[Atlanta]

Partners $360-$675

Associates $195-$385

Swidler Berlin Shereff Friedman [239]

[Washington]

Partners $375-$650

Associates $195-$425

Thelen Reid & Priest [411]

[San Francisco]

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Partners $350–$650

Associates $175–$425

Thompson & Knight [364]

[Dallas]

Partners $275–$525

Associates $160–$285

Thompson Coburn [291]

[St. Louis]

Partners $220–$425

Associates $140–$245

Thompson Hine [352] [Cleveland]

Partners $265–$565

Associates $140–$325

Vedder, Price, Kaufman & Kammholz [215]

[Chicago]

Partners $295–$525

Associates $175–$375

Venable [435] [Washington]

Partners $285–$810

Associates $195–$330

Wiggin and Dana [155]

[New Haven, Conn.]

Partners $250–$465

Associates $165–$340

Wiley Rein & Fielding [246]

[Washington]

Partners $325–$625

Associates $190–$325

Williams Mullen [244]

[Richmond, Va.]

Partners $180–$550

Associates $135–$264

Winstead Sechrest & Minick [311]

[Dallas]

Partners $250–$595

Associates $150–$325

  

Firm-by-firm sampling of billing rates nationwide National Law Journal D

Womble Carlyle Sandridge & Rice [469]

[Winston-Salem, N.C.]

Partners $205–$550

Associates $125–$295

Wyatt, Tarrant & Combs [196]

[Louisville, Ky.]

Partners $175–$330

Associates $115–$215

**LOAD-DATE:** December 13, 2004

  

6 of 12 DOCUMENTS

Copyright 2004 ALM Properties, Inc. All Rights Reserved.
National Law Journal

**December 6, 2004**

**SECTION:** NEWS; Vol. 26; No. 61; Pg. 19

**LENGTH:** 746 words

**HEADLINE: Billing rates** for junior to senior associates

**BODY:**

The following is a sampling of hourly rates charged by law firms that establish **billing rates** based on associate class. The name of each firm is followed by its number of attorneys and the location of its principal or largest office.

Alston & Bird [706] [Atlanta]

1st $186 5th $283

2d $213 6th $320

3d $235 7th $332

4th $264 8th $366

Blank Rome [459] [Philadelphia]

1st $185-$215 5th $210-$270

2d $190-$225 6th $215-$280

3d $195-$240 7th $230-$310

4th $205-$225 8th $240-$340

Brown Raysman Millstein Felder & Steiner [236] [New York]

1st $230 5th $315

2d $250 6th $340

3d $270 7th $365

4th $295 8th $380

Crowell & Moring [275] [Washington]

1st $225 5th $325

2d $255 6th $345

3d $280 7th $365

4th $300 8th $365

Davis Wright Tremaine [382] [Seattle]

1st $170 5th $235

2d $190 6th $245

3d $205 7th $260

4th $220 8th $270

  

Billing rates for junior to senior associates National Law Journal Decem

Day, Berry & Howard [240] [Hartford, Conn.]

1st $180-$195 5th $245-$295

2d $195-$225 6th $265-$320

3d $225-$250 7th $285-$345

4th $235-$275 8th $295-$355

Dinsmore & Shohl [244] [Cincinnati]

1st $135 5th $185

2d $140 6th $195

3d $155 7th $205

4th $170 8th $215

Drinker Biddle & Reath [458] [Philadelphia]

1st $170 5th $260

2d $200 6th $270

3d $220 7th $275

4th $240 8th $285

Gardere Wynne Sewell [290] [Dallas]

1st $165 5th $245

2d $180 6th $260

3d $205 7th $275

4th $230 8th $290

Hogan & Hartson [996] [Washington]

1st $225 5th $325

2d $250 6th $350

3d $275 7th $375

4th $300 8th $400

Jenkens & Gilchrist [459] [Dallas]

1st $195 5th $265

2d $211 6th $280

3d $230 7th $292

4th $249 8th $302

Kelley Drye & Warren [317] [New York]

1st $220 5th $320

2d $245 6th $340

3d $270 7th $360

4th $300 8th $380

Kramer Levin Naftalis & Frankel [306] [New York]

  

Billing rates for junior to senior associates National Law Journal Decem

1st $250 5th $390

2d $260 6th $425

3d $320 7th $440

4th $360 8th $455

Lewis, Rice & Fingersh [174] [St. Louis]

1st $150 5th $230

2d $175 6th $250

3d $195 7th $265

4th $220 8th $285

Luce, Forward, Hamilton & Scripps [160] [San Diego]

1st $170 5th $250-$275

2d $200 6th $250-$295

3d $215 7th $270-$295

4th $230-$235 8th $290-$350

Manatt, Phelps & Phillips [310] [Los Angeles]

1st $225 5th $340

2d $255 6th $365

3d $285 7th $385

4th $310 8th $425

McCarter & English [348] [Newark, N.J.]

1st $180 5th $245

2d $200 6th $250

3d $215 7th $260-$265

4th $240 8th $270-$275

Patton Boggs [382] [Washington]

1st $190 5th $270

2d $205 6th $285

3d $220 7th $305

4th $245 8th $325

Piper Rudnick [980] [Chicago]

1st $213 5th $303

2d $225 6th $323

3d $257 7th $330

4th $277 8th $361

Pitney Hardin [185]

[Florham Park, N.J.]

  

Billing rates for junior to senior associates National Law Journal Decem

1st $170-$180 5th $230-$275

2d $175-$220 6th $250-$300

3d $180-$225 7th $250-$315

4th $220-$250 8th $250-$315

Powell Goldstein [291] [Atlanta]

1st $175 5th $230

2d $190 6th $260

3d $200 7th $270

4th $210 8th $270

Schulte Roth & Zabel [366] [New York]

1st $200 5th $390

2d $280 6th $410

3d $330 7th $430

4th $365 8th $450

Sheppard, Mullin, Richter & Hampton [410] [Los Angeles]

1st $220 5th $305

2d $240 6th $325

3d $260 7th $345

4th $280 8th $360

Shumaker, Loop & Kendrick [159] [Toledo, Ohio]

1st $150 5th $175

2d $155 6th $180

3d $160 7th $185

4th $165 8th $195

Steel Hector & Davis [194] [Miami]

1st $185 5th $245-$255

2d $200 6th $265-$275

3d $230 7th $275

4th $235-$245 8th $305

Wiley Rein & Fielding [246] [Washington]

1st $190 5th $280

2d $215 6th $295

3d $240 7th $315

4th $260 8th $325

**LOAD-DATE:** December 22, 2004



