# AIPLA

# Report of the Economic Survey

## 2003

PREPARED UNDER DIRECTION OF
LAW PRACTICE MANAGEMENT COMMITTEE

American Intellectual Property Law Association
2001 Jefferson Davis Highway, Suite 203
Arlington, Virginia 22202
www.aipla.org

Table 22. Estimated Costs of Litigation, by Location of Primary Place of Work *(continued)*

| | | | | | LOCATION OF RESPONDENT'S PRIMARY PLACE OF WORK | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Survey | Boston Area | NYC Area | Philadelphia–Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis–St. Paul | Other Central | Texas | California | Other West |
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A PATENT INFRINGEMENT SUIT** | | | | | | | | | | | | | | |
| *More than $25 million at risk* | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 253 | 10 | 17 | 14 | 33 | 16 | 9 | 7 | 23 | 9 | 34 | 19 | 42 | 19 |
| *% of total* | | *4%* | *7%* | *6%* | *13%* | *6%* | *4%* | *3%* | *9%* | *4%* | *13%* | *8%* | *17%* | *8%* |
| 75th percentile ($000's) | $4,000 | $3,000 | $3,000 | $4,000 | $5,000 | $3,000 | $3,000 | $2,000 | $3,500 | $2,000 | $3,000 | $6,000 | $4,000 | $2,000 |
| Median ($000's) | $2,500 | $2,500 | $2,000 | $4,000 | $3,000 | $1,000 | $2,000 | $1,000 | $2,500 | $1,500 | $1,350 | $4,000 | $3,000 | $1,500 |
| 25th percentile ($000's) | $1,000 | $1,500 | $1,000 | $2,500 | $2,000 | $500 | $1,000 | $500 | $1,500 | $1,000 | $750 | $2,000 | $2,000 | $1,000 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 258 | 11 | 17 | 15 | 34 | 17 | 9 | 7 | 23 | 9 | 33 | 21 | 42 | 19 |
| *% of total* | | *4%* | *7%* | *6%* | *13%* | *7%* | *3%* | *3%* | *9%* | *3%* | *13%* | *8%* | *16%* | *7%* |
| 75th percentile ($000's) | $5,996 | $5,494 | $5,009 | $5,007 | $7,990 | $4,010 | $5,006 | $7,994 | $5,494 | $3,506 | $6,506 | $7,997 | $6,006 | $3,508 |
| Median ($000's) | $3,995 | $4,500 | $3,750 | $4,995 | $5,000 | $3,000 | $3,500 | $1,300 | $3,506 | $2,500 | $2,250 | $5,009 | $4,997 | $3,010 |
| 25th percentile ($000's) | $2,306 | $2,506 | $2,244 | $2,506 | $3,010 | $1,991 | $2,494 | $806 | $2,306 | $1,994 | $1,495 | $4,003 | $3,508 | $2,206 |
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A TRADEMARK INFRINGEMENT SUIT** | | | | | | | | | | | | | | |
| *Less than $1 million at risk* | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 170 | 5 | 10 | 3 | 17 | 13 | 3 | 8 | 19 | 5 | 35 | 15 | 16 | 20 |
| *% of total* | | *3%* | *6%* | *2%* | *10%* | *8%* | *2%* | *5%* | *11%* | *3%* | *21%* | *9%* | *9%* | *12%* |
| 75th percentile ($000's) | $248 | $251 | $251 | | $301 | $201 | | $138 | $250 | $251 | $151 | $251 | $375 | $175 |
| Median ($000's) | $150 | $200 | $200 | $250 | $152 | $101 | $120 | $88 | $199 | $201 | $100 | $200 | $200 | $149 |
| 25th percentile ($000's) | $98 | $99 | $90 | | $148 | $49 | | $51 | $102 | $198 | $59 | $149 | $100 | $99 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 166 | 5 | 9 | 3 | 18 | 13 | 3 | 8 | 17 | 5 | 35 | 15 | 14 | 20 |
| *% of total* | | *3%* | *5%* | *2%* | *11%* | *8%* | *2%* | *5%* | *10%* | *3%* | *21%* | *9%* | *8%* | *12%* |
| 75th percentile ($000's) | $401 | $801 | $451 | $750 | $500 | $302 | | $205 | $451 | $451 | $274 | $401 | $751 | $349 |
| Median ($000's) | $298 | $400 | $350 | | $401 | $298 | $200 | $138 | $302 | $350 | $225 | $302 | $450 | $251 |
| 25th percentile ($000's) | $198 | $159 | $174 | | $226 | $119 | | $78 | $269 | $299 | $102 | $298 | $300 | $201 |

## Table 22. Estimated Costs of Litigation, by Location of Primary Place of Work *(continued)*

| | | | | | | LOCATION OF RESPONDENT'S PRIMARY PLACE OF WORK | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A TRADEMARK INFRINGEMENT SUIT | Total Survey | Boston Area | NYC Area | Philadelphia– Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis– St. Paul | Other Central | Texas | California | Other West |
| **$1–$25 million at risk** | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 142 | 5 | 8 | 3 | 14 | 9 | 3 | 8 | 14 | 5 | 30 | 13 | 15 | 14 |
| *% of total* | | *4%* | *6%* | *2%* | *10%* | *6%* | *2%* | *6%* | *10%* | *4%* | *21%* | *9%* | *11%* | *10%* |
| 75th percentile ($000's) | $501 | $402 | $501 | $350 | $999 | $401 | $300 | $250 | $502 | $451 | $399 | $901 | $751 | $401 |
| Median ($000's) | $365 | $399 | $425 | | $550 | $151 | | $150 | $401 | $400 | $225 | $450 | $502 | $300 |
| 25th percentile ($000's) | $199 | $251 | $225 | | $251 | $124 | | $100 | $250 | $251 | $99 | $398 | $401 | $199 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 144 | 5 | 9 | 3 | 14 | 10 | 3 | 8 | 15 | 5 | 30 | 13 | 14 | 14 |
| *% of total* | | *3%* | *6%* | *2%* | *10%* | *7%* | *2%* | *6%* | *10%* | *3%* | *21%* | *9%* | *10%* | *10%* |
| 75th percentile ($000's) | $999 | $801 | $999 | $1,400 | $1,998 | $749 | $500 | $325 | $1,001 | $801 | $700 | $1,301 | $1,750 | $601 |
| Median ($000's) | $602 | $600 | $750 | | $950 | $500 | | $225 | $751 | $750 | $450 | $800 | $1,000 | $501 |
| 25th percentile ($000's) | $398 | $399 | $499 | | $700 | $250 | | $145 | $500 | $401 | $250 | $649 | $702 | $399 |
| **More than $25 million at risk** | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 107 | 3 | 4 | 2 | 11 | 8 | 2 | 4 | 13 | 5 | 18 | 11 | 15 | 10 |
| *% of total* | | *3%* | *4%* | *2%* | *10%* | *7%* | *2%* | *4%* | *12%* | *5%* | *17%* | *10%* | *14%* | *9%* |
| 75th percentile ($000's) | $1,002 | $598 | $300 | | $1,999 | $750 | | $252 | $1,004 | $803 | $603 | $1,999 | $1,503 | $503 |
| Median ($000's) | $599 | | | | $1,250 | $275 | | | $800 | $500 | $400 | $800 | $1,001 | $450 |
| 25th percentile ($000's) | $305 | | | | $749 | $148 | | | $501 | $351 | $150 | $603 | $503 | $250 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 107 | 3 | 4 | 2 | 11 | 9 | 2 | 4 | 13 | 5 | 18 | 11 | 14 | 10 |
| *% of total* | | *3%* | *4%* | *2%* | *10%* | *8%* | *2%* | *4%* | *12%* | *5%* | *17%* | *10%* | *13%* | *9%* |
| 75th percentile ($000's) | $1,989 | $1,000 | $650 | | $3,990 | $1,006 | | $450 | $2,997 | $1,306 | $1,006 | $3,003 | $2,992 | $1,000 |
| Median ($000's) | $1,006 | | | | $1,600 | $600 | | | $1,400 | $1,000 | $683 | $2,000 | $1,875 | $675 |
| 25th percentile ($000's) | $606 | | | | $1,009 | $491 | | | $944 | $503 | $400 | $856 | $1,244 | $500 |

**Table 22. Estimated Costs of Litigation, by Location of Primary Place of Work *(continued)***

| | | | | | | LOCATION OF RESPONDENT'S PRIMARY PLACE OF WORK | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Survey | Boston Area | NYC Area | Philadelphia–Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis–St. Paul | Other Central | Texas | California | Other West |
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A TRADEMARK OPPOSITION/CANCELLATION** | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 153 | 5 | 9 | 2 | 14 | 15 | 5 | 9 | 12 | 2 | 29 | 12 | 19 | 20 |
| % of total | | 3% | 6% | 1% | 9% | 10% | 3% | 6% | 8% | 1% | 19% | 8% | 12% | 13% |
| 75th percentile ($000's) | $75 | $70 | $50 | | $90 | $50 | $250 | $40 | $60 | | $50 | $150 | $100 | $75 |
| Median ($000's) | $50 | $50 | $45 | | $60 | $25 | $100 | $15 | $45 | | $35 | $65 | $75 | $25 |
| 25th percentile ($000's) | $20 | $25 | $20 | | $25 | $5 | $30 | $7 | $23 | | $20 | $38 | $30 | $20 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 154 | 5 | 8 | 2 | 15 | 16 | 5 | 9 | 13 | 2 | 27 | 12 | 18 | 21 |
| % of total | | 3% | 5% | 1% | 10% | 10% | 3% | 6% | 8% | 1% | 18% | 8% | 12% | 14% |
| 75th percentile ($000's) | $150 | $150 | $100 | | $200 | $100 | $400 | $70 | $100 | | $100 | $300 | $200 | $100 |
| Median ($000's) | $78 | $100 | $63 | | $90 | $58 | $200 | $20 | $100 | | $75 | $125 | $150 | $45 |
| 25th percentile ($000's) | $34 | $40 | $38 | | $25 | $18 | $55 | $15 | $50 | | $35 | $58 | $95 | $35 |
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A COPYRIGHT INFRINGEMENT SUIT** | | | | | | | | | | | | | | |
| **Less than $1 million at risk** | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 100 | 2 | 7 | 2 | 9 | 3 | 3 | 8 | 9 | 2 | 22 | 6 | 14 | 12 |
| % of total | | 2% | 7% | 2% | 9% | 3% | 3% | 8% | 9% | 2% | 22% | 6% | 14% | 12% |
| 75th percentile ($000's) | $199 | | $248 | | $399 | $40 | $150 | $63 | $152 | | $149 | $200 | $298 | $145 |
| Median ($000's) | $101 | | $50 | | $250 | | | $51 | $102 | | $99 | $75 | $175 | $85 |
| 25th percentile ($000's) | $51 | | $39 | | $148 | | | $49 | $98 | | $51 | $49 | $125 | $51 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 97 | 2 | 7 | 2 | 9 | 3 | 3 | 8 | 9 | 2 | 22 | 6 | 12 | 11 |
| % of total | | 2% | 7% | 2% | 9% | 3% | 3% | 8% | 9% | 2% | 23% | 6% | 12% | 11% |
| 75th percentile ($000's) | $302 | | $401 | | $501 | $100 | $251 | $108 | $252 | | $252 | $251 | $538 | $252 |
| Median ($000's) | $249 | | $101 | | $498 | | | $80 | $202 | | $248 | $225 | $350 | $248 |
| 25th percentile ($000's) | $101 | | $77 | | $249 | | | $75 | $198 | | $124 | $90 | $250 | $126 |

## Table 22. Estimated Costs of Litigation, by Location of Primary Place of Work (continued)

| | | | | | LOCATION OF RESPONDENT'S PRIMARY PLACE OF WORK | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Survey | Boston Area | NYC Area | Philadelphia–Wilmington | Washington DC Area | Other East | Metro Southeast | Other Southeast | Chicago Area | Minneapolis–St. Paul | Other Central | Texas | California | Other West |
| **ESTIMATE OF TOTAL COST, THROUGH END OF DISCOVERY AND INCLUSIVE, IN A COPYRIGHT INFRINGEMENT SUIT** | | | | | | | | | | | | | | |
| *$1–$25 million at risk* | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 81 | 1 | 6 | 2 | 5 | 2 | 2 | 8 | 7 | 2 | 18 | 5 | 15 | 7 |
| % of total | | 1% | 7% | 2% | 6% | 2% | 2% | 10% | 9% | 2% | 22% | 6% | 19% | 9% |
| 75th percentile ($000's) | $500 | | $399 | | $601 | | | $138 | $374 | | $349 | $701 | $999 | $251 |
| Median ($000's) | $298 | | $200 | | $500 | | | $100 | $299 | | $201 | $200 | $600 | $100 |
| 25th percentile ($000's) | $101 | | $75 | | $399 | | | $70 | $126 | | $99 | $149 | $500 | $71 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 81 | 1 | 6 | 2 | 5 | 2 | 2 | 8 | 8 | 2 | 18 | 5 | 14 | 7 |
| % of total | | 1% | 7% | 2% | 6% | 2% | 2% | 10% | 10% | 2% | 22% | 6% | 17% | 9% |
| 75th percentile ($000's) | $998 | | $650 | | $1,001 | | | $180 | $1,000 | | $502 | $801 | $2,000 | $351 |
| Median ($000's) | $499 | | $400 | | $750 | | | $145 | $525 | | $399 | $300 | $1,375 | $300 |
| 25th percentile ($000's) | $200 | | $150 | | $699 | | | $95 | $300 | | $200 | $199 | $999 | $199 |
| *More than $25 million at risk* | | | | | | | | | | | | | | |
| End of discovery | | | | | | | | | | | | | | |
| Number Reporting | 65 | 1 | 4 | 1 | 5 | 2 | 2 | 5 | 7 | 2 | 13 | 5 | 12 | 5 |
| % of total | | 2% | 6% | 2% | 8% | 3% | 3% | 8% | 11% | 3% | 20% | 8% | 18% | 8% |
| 75th percentile ($000's) | $999 | | $350 | | $1,002 | | | $249 | $999 | | $551 | $1,501 | $1,750 | $502 |
| Median ($000's) | $501 | | | | $999 | | | $100 | $500 | | $450 | $1,000 | $1,350 | $499 |
| 25th percentile ($000's) | $249 | | | | $751 | | | $76 | $201 | | $252 | $299 | $750 | $124 |
| Inclusive, all costs | | | | | | | | | | | | | | |
| Number Reporting | 64 | 1 | 4 | 1 | 5 | 2 | 2 | 5 | 7 | 2 | 13 | 5 | 11 | 5 |
| % of total | | 2% | 6% | 2% | 8% | 3% | 3% | 8% | 11% | 3% | 20% | 8% | 17% | 8% |
| 75th percentile ($000's) | $1,650 | | $650 | | $1,503 | | | $303 | $1,998 | | $1,203 | $2,003 | $3,998 | $753 |
| Median ($000's) | $950 | | | | $1,250 | | | $150 | $750 | | $800 | $1,700 | $2,200 | $700 |
| 25th percentile ($000's) | $499 | | | | $1,001 | | | $128 | $403 | | $503 | $898 | $1,303 | $498 |