Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al								Doc. 13 Att.

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 爱-情人知己 | Ai - Qing Da Wu Tai | 郭富城 | Aaron Kwok |
| 5050466132758 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 爱-情人知己 (国语版) | Ai - Qing Da Wu Tai (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 爱的发热网 | Ai De Fa Re Wang | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 爱的呼唤 (国语版) | Ai Di Hu Huan (Mandarin Version) | 郭富城 | Aaron Kwok |
| 639842241127 | 18/6/1998 | Warner Music HK Ltd. | The Best of Aaron Kwok Karaoke Special 1998 DVD | 爱定你 | Ai Ding Ni | 郭富城 | Aaron Kwok |
| 809274280 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xinliandi Karaoke Greatest Hits VCD | 爱下去 | Ai Xia Qu | 郭富城 | Aaron Kwok |
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 爆烈旋风 | Bao Lie Xuan Feng | 郭富城 | Aaron Kwok |
| 685738369454 | 13/6/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | 别说 | Bie Shuo | 郭富城 | Aaron Kwok |
| 5050466132758 | 30/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 不寻常 (国语版) | Bu Xun Chang (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 5050466007155 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 不寻常 | Bu Xun Chang | 郭富城 | Aaron Kwok |
| 639842142038 | 24/11/1997 | Warner Music HK Ltd. | No Such Person (Karaoke) | 查无此人 | Cha Wu Ci Ren | 郭富城 | Aaron Kwok |
| 639842274234 | 23/2/1998 | Warner Music HK Ltd. | Generation Next (Karaoke) | 唱这歌 | Chang Zhe Ge | 郭富城 | Aaron Kwok |
| 685738174423 | 30/12/1999 | Warner Music HK Ltd. | Aaron Kwok Hip Hurray Greatest Hits 1999 | 创声 | Chuang Ju | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 纯真传说 | Chun Zhen Chuan Shuo | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 大意 | Da Yi | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 当年旧事 | Dang Nian Jiu Shi | 郭富城 | Aaron Kwok |
| 5050466007155 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 邓飞 | Deng E | 郭富城 | Aaron Kwok |
| 685738369454 | 13/6/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | 等我回来 | Deng Wo Hui Lai | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists |
|---|---|---|---|---|---|---|---|
| 8052742B08 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xintiandi Karaoke Greatest Hits VCD | 地球人全(恋爱进度2002) | Di Yu Tian Tang (Lian Ai Tai Du 20 | 郭富城 | Aaron Kwok |
| 685738303279 | 18/4/2000 | Warner Music HK Ltd. | Journey Cheer | 叩起来 | Dong Qi Lai | 郭富城 | Aaron Kwok |
| 70630-1929933 | 20/5/1997 | Warner Music HK Ltd. | Love Sharing (Karaoke) | 分享爱 | Fen Xiang Ai | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 风不息 | Feng Bu Xi | 郭富城 | Aaron Kwok |
| 639842476737 | 14/8/1998 | Warner Music HK Ltd. | In The Wind (Karaoke) | 风里密码 | Feng Li Mi Ma | 郭富城 | Aaron Kwok |
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 福气 | Fu Qi | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 高涨 | Gao Zhang | 郭富城 | Aaron Kwok |
| 639842338554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 | Goodbye Valentine | Goodbye Valentine | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 国王的新歌 | Guo Wang Di Xin Ge | 郭富城 | Aaron Kwok |
| 5050466132758 | 30/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 好想说声谢谢你 | Han Xiang Shuo Sheng Xie Xie Ni | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 化装舞会(国) | Hua Zhuang Wu Hui (Mandarin Vc | 郭富城 | Aaron Kwok |
| 809274370853 | 9/1/2002 | Warner Music HK Ltd. | Aaron Super Dance Hits | 活得好(国) | Huo De Hao (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 639842338554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 | I Love You So 太爱你(国) | I Love You So Tai Ai Ni (Guo Yu B | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 极度爱艳的晚上 | Ji Du Ai Yan Di Wan Shang | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 今夜我有点坏 | Jin Ye Wo You Dian Huai | 郭富城 | Aaron Kwok |
| 639842492430 | 4/9/1998 | Warner Music HK Ltd. | Change Alert (Karaoke VHS) | 警变(国) | Jing Bian (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 惊奇奇之爱将全奉献 | Jing Qi Zhe Zhi Ai Shi Quan Feng | 郭富城 | Aaron Kwok |
| 5050466132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 绝对美丽 | Jue Dui Mei Li | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 狂野之城 | Kuang Ye Zhi Cheng | 郭富城 | Aaron Kwok |
| 639842242338 | 17/7/1998 | Warner Music HK Ltd. | Love Altitude 1998 (Karaoke VHS) | 戀愛態度 1998 | Lian Ai Tai Du 1998 | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 戀愛中 | Lian Ai Zhong | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 木偶地球 | Mu Ou Xi Di Qiu | 郭富城 | Aaron Kwok |
| 505046613275B | 30/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 你牽走我的心 | Ni Qian Zou Wo De Xin | 郭富城 | Aaron Kwok |
| 685738676620 | 12/12/2001 | Warner Music HK Ltd. | Fearless Vs Future | 你是未來 | Ni Shi Wei Lai | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 你是我的一切之春秋版 | Ni Shi Wo Di Yi Qie Zhi Chun Mian | 郭富城 | Aaron Kwok |
| 809274046727 | 26/7/2001 | Warner Music HK Ltd. | Xintiandi (CD+AVCD) | Para Para Sakura (國) | Para Para Sakura-Guo Yu Ban | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 強 | Qiang | 郭富城 | Aaron Kwok |
| 505046199430 | 20/10/2002 | Warner Music HK Ltd. | Earth Paradise (Karaoke VHS) | 人間天堂 (國語版) | Ren Jian Tian Tang (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 639842743853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 如果你認識我 | Ru Guo Ni Ren Zhen Guo | 郭富城 | Aaron Kwok |
| 639842001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 如果下半生 | Ru Guo Xia Ban Sheng | 郭富城 | Aaron Kwok |
| 809274280855 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xintiandi Karaoke Greatest Hits VCD | 若有所失 | Ruo You Suo Shi | 郭富城 | Aaron Kwok |
| 639842338554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 | 神經 | Shen Jing | 郭富城 | Aaron Kwok |
| 639842241427 | 18/6/1998 | Warner Music HK Ltd. | The Best of Aaron Kwok Karaoke Special 1998 DVD | 神經(Dance Version) | Shen Jing (Dance Version) | 郭富城 | Aaron Kwok |
| 505046132659 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 使你絲扯 | Shi Ni Luo Du | 郭富城 | Aaron Kwok |
| 505046132559 | 26/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 是我 | Shi Wo | 郭富城 | Aaron Kwok |
| 685738369454 | 13/6/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | 失憶[兩類]別無忘線 | Shi Yi [Liang Jie] Bei Wan Lu | 郭富城 | Aaron Kwok |

Page 2

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398420001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 失戀前夕對她說的話 (國) | Shi Yi [Liang Jie] Bei Wang Lu (Ma) | 郭富城 | Aaron Kwok |
| 7063018772635 | 14/4/1997 | Warner Music HK Ltd. | Who Will Remember Me (Karaoke VHS) | 誰會記得我 | Shui Hui Ji De Wo | 郭富城 | Aaron Kwok |
| 6857383659454 | 13/6/2000 | Warner Music HK Ltd | Aaron Kwok Greatest Hits VCD 2000 | 誰能代替你 | Shui Neng Dai Ti Ni | 郭富城 | Aaron Kwok |
| 6398420001250 | 18/7/1997 | Warner Music HK Ltd | The Best Listening Karaoke Greatest Hits 1997 2VCD | 鐵幕誘惑 | Tie Mu You Huo | 郭富城 | Aaron Kwok |
| 6398423385554 | 17/4/1998 | Warner Music HK Ltd | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 聽風的歌 | Ting Feng Di Ge | 郭富城 | Aaron Kwok |
| 6398420001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 一個人的時候 | Yi Ge Ren Di Shi Hou | 郭富城 | Aaron Kwok |
| 6398423385554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 忘不了 | Wang Bu Liao | 郭富城 | Aaron Kwok |
| 6398420001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 望鄉之所見盡是煙火 | Wang Xiang Zhi Zai Jian Ying Huo | 郭富城 | Aaron Kwok |
| 8092140467727 | 26/7/2001 | Warner Music HK Ltd. | Xintendi (CD+AVCD) | 唯一色彩 | Wei Yi Se Cai | 郭富城 | Aaron Kwok |
| 5050466132758 | 30/9/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 我們分開在這裡 | Wo De Kai Shi Zai Zhe Li | 郭富城 | Aaron Kwok |
| 6857386766620 | 12/1/2001 | Warner Music HK Ltd. | Fearless Vs Future | 無忌 | Wu Ji | 郭富城 | Aaron Kwok |
| 8092742808555 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xinliandi Karaoke Greatest Hits VCD | 羨慕我 | Xian Mu Wo | 郭富城 | Aaron Kwok |
| 6398423385554 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 響應 | Xiang Ying | 郭富城 | Aaron Kwok |
| 6857383694454 | 13/6/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | 新的喝采 | Xin De He Cai | 郭富城 | Aaron Kwok |
| 6398420001250 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 信歌 | Xin Ge | 郭富城 | Aaron Kwok |
| 6857384446223 | 6/9/2000 | Warner Music HK Ltd | Fascinating (With Bonus CD) | 渴望無限 | Xing Kong Wu Xian | 郭富城 | Aaron Kwok |
| 6398426626132 | 26/11/1998 | Warner Music HK Ltd. | A Magic To City (Karaoke VHS) | 一雙傾慕底色眼力 | Yi Bian Qing Cheng/Lan Se Mei Li | 郭富城 | Aaron Kwok |
| 5050466132659 | 26/9/2002 | Warner Music HK L.d. | Aaron Kwok Greatest Hits Karaoke VCD 2002 | 因愛之名 | Yin Ai Zhi Ming | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398420515358 | 6/6/1997 | Warner Music HK Ltd. | Valid Date (Karaoke VHS) | 有效日期 | You Xiao Ri Qi | 郭富城 | Aaron Kwok |
| 8092774280855 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xintiandi Karaoke Greatest Hits VCD | 越愛越恨 | Yue Ai Yue Han | 郭富城 | Aaron Kwok |
| 7063019670034 | 6/6/1997 | Warner Music HK Ltd. | You Are The Most Special One In My Eye (Karaoke VHS) | 在我眼中你最特別 | Zai Wo Yan Li Ni Zui Te Bie | 郭富城 | Aaron Kwok |
| Karaoke Broadcast | 12-Dec-02 | Warner Music HK Ltd. | The Power Of Love | 掌教 | Zhang Wen | 郭富城 | Aaron Kwok |
| 6398427438853 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 戰場上的快樂起點 | Zhan Chang Shang De Kuai Le Shi | 郭富城 | Aaron Kwok |
| 6398421911135 | 19/1/1998 | Warner Music HK Ltd. | Finding The One I Love (Karaoke VHS) | 找我心愛的人 | Zhao Zi Ji Ai Di Ren | 郭富城 | Aaron Kwok |
| 6398426260333 | 28/11/1998 | Warner Music HK Ltd. | At That Moment (Karaoke VHS) | 這夜火情(Live Version) | Zhe Ye Xin Qing (Live Version) | 郭富城 | Aaron Kwok |
| 6398427438533 | 15/4/1999 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 1999 | 這夜火情 | Zhe Ye Xin Qing | 郭富城 | Aaron Kwok |
| 5057383699454 | 13/6/2000 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits VCD 2000 | 真的怕了 | Zhen De Pa Liao | 郭富城 | Aaron Kwok |
| 5050466132758 | 1/10/2002 | Warner Music HK Ltd. | Aaron Kwok Greatest Hits Karaoke VCD 2002 (Overseas Version) | 爭氣(圖) | Zheng Qi (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 6398420012507 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 只愛裝有愛 | Zhi Yao Wo Di Ai | 郭富城 | Aaron Kwok |
| 6398423385544 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 只因擁有你 | Zhi Yin Yong You Ni | 郭富城 | Aaron Kwok |
| 8092774280855 | 30/10/2001 | Warner Music HK Ltd. | Aaron Kwok 2001 Xintiandi Karaoke Greatest Hits VCD | 捉迷 | Zhuo Mi | 郭富城 | Aaron Kwok |
| 6398420012507 | 18/7/1997 | Warner Music HK Ltd. | The Best Listening Karaoke Greatest Hits 1997 2VCD | 誠邀帝國 | Zui Ji Di Guo | 郭富城 | Aaron Kwok |
| 6398423385544 | 17/4/1998 | Warner Music HK Ltd. | The Best Choice of Aaron Kwok Karaoke Special 1998 VCD | 最深愛的人是你 | Zui Shen Ai De Ren Shi Ni | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 全城之宝 | Quan Cheng Zhi Bao | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 福气 | Fu Qi | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 越爱越好 | Yue Ai Yue Hao | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 当我知道你们相爱 | Dang Wo Zhi Dao Ni Men Xiang Ai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 爱下去 | Ai Xia Qu | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 比翼 | Bi Ai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 无忌 | Wu Ji | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 谁能代替你 | Shui Neng Di Ti Ni | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 不寻常 | Bu Xun Chang | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 木偶戏地球 | Mu Ou Xi Di Qiu | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 爱你呼唤 | Ai De Hu Huan | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 动起来 | Dong Qi Lai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 誓不落泪 | Shi Ni Luo Du | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 唯一色彩 | Wei Yi Se Cai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 你是未来 | Ni Shi Wei Lai | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 着迷 | Zhao Mi | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | Para Para Sakura | Para Para Sakura | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 情人跳舞 | Qing Ren Tiao Wu | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artist Chinese | Name of Artist English |
|---|---|---|---|---|---|---|---|
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 絕對美麗 | Jue Dui Mei Li | 郭富城 | Aaron Kwok |
| 5050466007155 | 6/8/2002 | Warner Music HK Ltd. | Aaron Kwok Absolute Charity Show 2002 | 是我 | Shi Wo | 郭富城 | Aaron Kwok |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 醉迹行剛 | Zui Ji Di Guo | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 如果我的一切 | Ni Shi Wo Di Yi Qie | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 如果下半生 | Ru Guo Xia Ban Sheng | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 電影"風"精選 | Jing Qi Zhe Zhi Ai Shi Guan Feng | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 失戀陣線聯盟 | Shi Yi [Liang Jie] Bei Wang Lu | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 戀愛中 | Lian Ai Zhong | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 當我知道你們相愛 | Dang Wo Zhi Dao Ni Men Xiang Ai | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 鐵幕誘惑 | Tie Mu You Huo | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 痛哭 | Tong Ku | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 個個讚你乖 | Ge Ge Zan Ni Guai | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 今夜我有點壞 | Jin Ye Wo You Dian Huai | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 化裝舞會 | Hua Zhuang Wu Hui | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 只要我的愛 | Zhi Yao Wo Di Ai | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 天地不容 | Tian Di Bu Rong | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 狂野之城 | Kuang Ye Zhi Cheng | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 忘鄉 (OT: 何路) | Wang Xiang | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 信箱 | Xin Ge | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 強 | Qiang | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 純真傳說 | Chun Zhen Chuan Shuo | 郭富城 | Aaron Kwok |
| 7063010746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 時光 | Shi Guang | 郭富城 | Aaron Kwok |
| 7063018746653 | 3/4/1997 | Warner Music HK Ltd. | Aaron Kwok Live In Concert 1996 | 國王的新歌 | Guo Wang Di Xin Ge | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | Opening(前言)(梦伴/对你爱不完/爱的呼唤/最激荡/我怕/我是不是该安静的走开) | Opening (Chun Zhen Chuan Shuo) | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 一边情一城 | Yi Bian Qing Cheng | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 风里密码 | Feng Li Mi Ma | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | I LOVE YOU SO太爱你 | I Love You So Tai Ai Ni | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 有效日期 | You Xiao Ri Qi | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 铁幕忧魂 | Tie Mu You Hun | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 听风的歌 | Ting Feng Di Ge | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 赋予爱艳的晚上 | Ji Du Ai Yan Di Wan Shang | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 俘志灵魂 | Fu Zhi Ling Hun | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 纯真传说 | Chun Zhen Chuan Shuo | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | Love Me Tender | Love Me Tender | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 恋爱中 | Lian Ai Zhong | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 忘不了 | Wang Bu Liao | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 国王的新歌 | Guo Wang Di Xin Ge | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 神经 | Shen Jing | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 恋爱态度 1998 | Lian Ai Tai Du 1998 | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 失忆[梁洁]贝湾路 | Shi Yi [Liang Jie] Bei Wan Lu | 郭富城 | Aaron Kwok |
| 639842663359 | 11/2/1999 | Warner Music HK Ltd. | Pepsi Aaron Kwok Live In Concert 1998 VCD | 惊变 | Jing Bian | 郭富城 | Aaron Kwok |