Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al    Doc. 13 Att.

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Danny Chan | 一生何求 | Yi Sheng He Qiu | 陳百強 | Danny Chan |
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Danny Chan | 等 | Deng | 陳百強 | Danny Chan |
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Danny Chan | 誠愛著你 | Shen Ai Zhu Ni | 陳百強 | Danny Chan |
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Danny Chan | 一生不可自決 | Yi Sheng Bu ke Zi Jue | 陳百強 | Danny Chan |
| 8092742331227 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary Greatest Hits - Danny Chan | 今宵多珍重 | Jin Xiao Duo Zhen Zhong | 陳百強 | Danny Chan |

Dockets.Justia.com

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 年年问伊人 | Yi Sheng Bu Ke Zi Tue | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 今夜珍重 | Jin Xiao Duo Zhen Zhong | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 偏偏喜欢你 | Pian Pian Xi Huan Ni | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 一生何求 | Yi Sheng He Qiu | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 等 | Deng | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 不 | Bu | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 掩星 | Zhan Xing | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 偶像 | Ou Xiang | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 疾風 | Ji Feng | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 乱意 | Luan Yi | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 当我想起你 | Dang Wo Xiang Qi Ni | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 盼望的缘份 | Pan Wang De Yuan Fen | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 粉红色的一生 | Fen Hong Se De Yi Sheng | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 继分钟的约会 | Ji Fen Zhong De Yue Hui | 陈百强 | Danny Chan |
| 8092746904S6 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Danny Chan (VCD) | 念亲恩 | Nian Qin En | 陈百强 | Danny Chan |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 將心比己盡情作 | Jiang Xin Yi Jin Su | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 海闊山遙 | Hai Shu Shan Meng | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 每一個晚上 | Mei Yi Ge Wan Shang | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 千枝手倒亦在心 | Qian Zhi Zhen Ci Zai Xin | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 生命之曲 | Sheng Ming Zhi Qu | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 人海中一個你 | Ren Hai Zhong Yi Ge Ni | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 敢愛敢做 | Gan Ai Gan Zuo | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 誰能明白我 | Shui Neng Ming Bai Wo | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 日落日出 | Ri Luo Ri Chu | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 再見楊柳 | Zai Jian Yang Liu | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 似夢迷離 | Si Meng Mi Li | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 千億個夜晚 | Quan Yi Ge Ye Wan | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 在等一個晚上 | Zai Deng Yi Ge Wan Shang | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 獨自唱歌 | Du Zi Chang Yin | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 男兒當自強 | Nan Er Dang Zi Qiang | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 這一個夜 | Zhe Yi Ge Ye | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 改變你改變 | Gai Bian Chang Gai Bian | 林子祥 | George Lam |
| 9031759623S | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 新日很愛你 | Hong Ri Wo Ai Ni | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 9031759623-5 | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 繼續是流 | Zui Ai Shi Shui | 林子祥 | George Lam |
| 9031759623-5 | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 邁步向前 | Mai Bu Xiang Qian | 林子祥 | George Lam |
| 9031759623-5 | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 石像 | Shi Xiang | 林子祥 | George Lam |
| 9031759623-5 | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 莫再悲 | Mo Zai Bei | 林子祥 | George Lam |
| 9031759623-5 | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 仍然記得個一次 | Reng Ran Ji De Ge Yi Ci | 林子祥 | George Lam |
| 9031759623-5 | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 水仙情 | Shui Xian Qing | 林子祥 | George Lam |
| 9031759623-5 | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 等時十分 | Lang Shi Shi Fen | 林子祥 | George Lam |
| 9031759623-5 | 16/4/1992 | Warner Music HK Ltd. | Supreme Karaoke 5 - Lam PT.1 | 每夜唱不停 | Mei Ye Chang Bu Ting | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 千枝蠟燭也不夠 | Qian Zhi Zhu Ci Zai Xin | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 生命之曲 | Sheng Ming Zhi Qu | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 人海中一個你 | Ren Hai Zhong Yi Ge Ni | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 從愛似歌 | Cnu Ai Gan Zuo | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 誰能明白我 | Shui Neng Ming Bai Wo | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 日落日出 | Ri Luo Ri Chu | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 再見楊柳 | Zai Jian Yang Liu | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 似夢迷離 | Si Meng Mi Li | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 美麗的夜晚 | Mei Yi Ge Wan Shang | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 在等一個晚上 | Zai Deng Yi Ge Wan Shang | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 改變常改變 | Gai Bian Chang Gai Bian | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 紅日我愛你 | Hong Ri Wo Ai Ni | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 最愛是誰 | Zui Ai Shi Shui | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 邁步向前 | Mai Bu Xiang Qian | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 石像 | Shi Xiang | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 莫再悲 | Mo Zai Bei | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 仍然記得嗰一次 | Reng Ran Ji De Ge Yi Ci | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 水仙情 | Shui Xian Qing | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 零時十分 | Ling Shi Shi Fen | 林子祥 | George Lam |
| 90317596334 | 20/12/1991 | Warner Music HK Ltd. | Lam's In Paris | 每夜唱不停 | Mei Ye Chang Bu Ting | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 當男人愛上女人 | WHEN A MAN LOVES A WOMAN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 今天的一切 | JIN TIAN DE YI QIE | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 酒吧中的鋼琴 | JIU JU ZHONG DE GANG QIN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 故園風雪後 | GU YUAN FENG XUE HOU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 每一個晚上 | MEI YI GE WAN SHANG | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 一隻蚊 | YI ZHI WEN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | Y鳴婆 | YA WU PO | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 誰能明白我 | SHUI NENG MING BAI WO | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 如果有話要說 | RU GUO YOU HUA YAO SHUO | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 每夜唱不停 | MEI YE CHANG BU TING | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 再見楊柳 | ZAI JIAN YANG LIU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 懷念這深深一吻 | HUAI NIAN ZHE SHEN SHEN YI WEN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 三心意 | SAN XIN YI YI | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 小屋的風雨 | XIAO WU DE FENG YU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 情深再別提 | QING SHEN ZAI BIE TI (OT: ZHI SHAO HA | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 敢愛敢做 | GAN AI GAN ZUO(OT:NOTHING'S GONN. | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 交出一切 | JIAO CHU YI QIE | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 真的漢子 | ZHEN DE HAN ZI | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 仍然記得一次 | RENG RAN JI DE GE YI CI | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 誰鳥你 | SHUI WEI NI | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 祈望 | QI WANG | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 日落日出 | RI LUO RI CHU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 千枝針刺在心 | QIAN ZHI ZHEN CI ZAI XIN | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 25 Golden Hits | 將心意講話 | JIANG XIN YI JIN SU | 林子祥 | George Lam |
| 745099704469 | 11/7/1994 | Warner Music HK Ltd. | Lam 26 Golden Hits | 最愛是誰 | ZUI AI SHI SHUI | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 70630162626259 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 男兒當自強 | Nan Er Dang Zi Qiang | 林子祥 | George Lam |
| 70630162626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 似夢迷離 | Si Meng Mi Li | 林子祥 | George Lam |
| 70630162626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 祖宗流水 | Zu Ai Shi Shui | 林子祥 | George Lam |
| 70630162626259 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 每一個晚上 | Mei Yi Ge Wan Shang | 林子祥 | George Lam |
| 70630162626259 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 誰能明白我 | Shui Neng Ming Bai Wo | 林子祥 | George Lam |
| 70630162626259 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 莫再悲 | Mo Zai Bei | 林子祥 | George Lam |
| 70630162626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 長路漫漫伴你闖 | Chang Lu Man Man Ban Ni Chuang | 林子祥 | George Lam |
| 70630162626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 千億個夜晚 | Qian Yi Ge Ye Wan | 林子祥 | George Lam |
| 70630162626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 海誓山盟 | Hai Shi Shan Meng | 林子祥 | George Lam |
| 70630162626259 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 千枝針刺在心 | Qian Zhi Zhen Ci Zai Xin | 林子祥 | George Lam |
| 70630162626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 生命之曲 | Sheng Ming Zhi Qu | 林子祥 | George Lam |
| 70630162626269 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 人海中一個你 | Ren Hai Zhong Yi Ge Ni | 林子祥 | George Lam |
| 70630162626259 | 8/8/1996 | Warner Music HK Ltd. | George Lam VCD | 日落日出 | Ri Luo Ri Chu | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 敢愛敢做 | Gan Ai Gan Zuo | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 小喜的風雨 | Xiao Wu De Feng Yu | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 邁步向前 | Mai Bu Xiang Qian | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 零時十分 | Ling Shi Shi Fen | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 仍然記得個一次 | Reng Ran Ji De Ge Yi Ci | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 酒窩中的鋼琴 | JIU JIU ZHONG DE GANG QIN | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 我走我路 | Wo Zuo Wo Lu | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 紅日我愛你 | HONG RI WO AI NI | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 再見楊柳 | Zai Jian Yang Liu | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 改變常改變 | Gai Bian Chang Gai Bian | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 水仙情 | Shui Xian Qing | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 友愛長存 | You Ai Chang Cun | 林子祥 | George Lam |
| 706301645765 | 3/12/1996 | Warner Music HK Ltd. | Can't Stop Singing | 單手拍掌 | Dan Shou Pai Zhang | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 長輩送給我們的話 | Chang Lu Man Man Ban Ni Chuang | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 人生中一個你 | Ren Hai Zhong Yi Ge Ni | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 真的漢子 | Zhen De Han Zi | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 最愛是誰 | Zui Ai Shi Shui | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 男兒當自強 | Nan Er Dang Zi Qiang | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 千枝針刺在心 | Qian Zhi Zhen Ci Zai Xin | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 生命之曲 | Sheng Ming Zhi Qu | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 敢愛敢做 | Gan Ai Gan Zuo | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 誰能明白我 | Shui Neng Ming Bai Wo | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 日落日出 | Ri Luo Ri Chu | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 再見楊柳 | Zai Jian Yang Liu | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 思鄉美麗 | Si Mena Mi Li | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 千億個夜晚 | Qian Yi Ge Ye Wan | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 再等 個晚上 | Zai Deng Yi Ge Wan Shang | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 改變究竟改變 | Gai Bian Chiang Gai Bian | 林子祥 | George Lam |
| 8092746905 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part I) VCD | 海市山夢 | Hai Shi Shan Meng | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 只有夢想 | Zhi You Meng Xiang | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 這一個夜 | Zhe Yi Ge Ye | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 仍然記得個個一次 | Reng Ran Ji De Ge Yi Ci | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 莫再悲 | Mo Zai Bei | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 舊居中的鋼琴 | Jiu Ju Zhong De Gang Qin | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 每夜唱不停 | Mei Ye Chang Bu Ting | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 將心已盡訴 | Jiang Xin Yi Jin Su | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 石像 | Shi Xiang | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 水仙情 | Shui Xian Qing | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 交出一切 | Jiao Chu Yi Qie | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 懷念那深深一吻 | Huai Nian Zhe Shen Shen Yi Wan | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 衷愛民歌 | You Ai Chang Cun | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 這次我定認真的愛了你 | Zhe Ci Ni Shi Zhen De Shang Liao Wo De | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 獨自情歌 | Du Zi Chang Yin | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 每一個晚上 | Mei Yi Ge Wan Shang | 林子祥 | George Lam |
| 8092746906654 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - George Lam (Part II) | 邁步向前 | Mai Bu Xiang Qian | 林子祥 | George Lam |