Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al                                                                 Doc. 13 Att. 1

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 639842924726 | 13/8/1999 | Warner Music - K I td. | Sally Teh '93 Concert Karaoke DVD | Medley | Medley | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 你今人說定 | Ni Jin Tian Yao Zou | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 唯何 | Wei He | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 明月心 | Ming Yue Xin | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 衝動 | Chong Dong | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 春風秋雨 | Chun Feng Qiu Yu | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | Medley | Medley | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 真女人 | I'll Be There (Chun Shi Ting Ban) | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 從頭開始 | Zhen Nu Ren | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 選擇 | Cong Tou Kai Shi | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 擦身分離的厚愛 | Xuan Zhai | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 曾經心痛 | Ai Dao Fen Li Reng Shi Ai | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 秋去秋來 | Ceng Jing Xin Tong | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 一輩子溫柔 | Qiu Lai Qiu Qu | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 女兒心 | Yi Bei Zi Wen Rou | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 快 星 | Nu Er Xin | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 心裡的陽光 | Kuai Yi Xie (Chun Shi Ting Ban) | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 走火人體 | Xin li De Yang Guang | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 祝福 | Zou Huo Ru Mo | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 信自己 | Zhu Fu | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | 怕人知己 | Xin Zi Ji | 葉蒨文 | Sally Yeh |
| 639842924726 | 13/8/1999 | Warner Music HK Ltd. | Sally Teh '93 Concert Karaoke DVD | | Qing Ren Zhi Ji | 葉蒨文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 706301645666 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 別人的情歌 | Bie Ren De Qing Ge | 葉蒨文 | Sally Yeh |
| 706301626160 | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 曾經心痛 | Ceng Jing Xin Tong | 葉蒨文 | Sally Yeh |
| 706301626160 | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 春風秋雨 | Chun Feng Qiu Yu | 葉蒨文 | Sally Yeh |
| 745099556037 | 24/2/1994 | Warner Music HK Ltd. | A Woman Waiting For Love (Karaoke) | 等愛的女人 | Deng Ai De Nu Ren | 葉蒨文 | Sally Yeh |
| 745099237837 | 5/6/1993 | Warner Music HK Ltd. | Forever (Karaoke) | Forever | Forever | 葉蒨文 | Sally Yeh |
| 706301626150 | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 紅塵 | Hong Chen | 葉蒨文 | Sally Yeh |
| 706301645666 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 離開情人的日子 | Li Kai Qing Ren De Ri Zi | 葉蒨文 | Sally Yeh |
| 706301626160 | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 黎明不要來 | Li Ming Bu Yao Lai | 葉蒨文 | Sally Yeh |
| 706301626160 | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 流金歲月 | Liu Jin Sui Yue | 葉蒨文 | Sally Yeh |
| 639842217439 | 2/12/1998 | Warner Music HK Ltd. | Trouble Woman (Karaoke) | 麻煩女人 | Ma Fan Nu Ren | 葉蒨文 | Sally Yeh |
| 745099307639 | 6/3/1993 | Warner Music HK Ltd. | Moonlit Heart (Karaoke) | 明月心 | Ming Yue Xin | 葉蒨文 | Sally Yeh |
| 706301645666 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 命運我操縱 | Ming Yun Wo Cao Zong | 葉蒨文 | Sally Yeh |
| 706301626160 | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 你今天要走 | Ni Jin Tian Yao Zou | 葉蒨文 | Sally Yeh |
| 706301626160 | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 女人的弱點 | Nu Ren De Ruo Dian | 葉蒨文 | Sally Yeh |
| 745099556136 | 21/2/1994 | Warner Music HK Ltd. | Friend (Karaoke) | 朋友 | Peng You | 葉蒨文 | Sally Yeh |
| 706301626160 | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 情人知己 | Qing Ren Zhi Ji | 葉蒨文 | Sally Yeh |
| 706301626160 | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 秋去秋來 | Qiu Lai Qiu Qu | 葉蒨文 | Sally Yeh |
| 706301645666 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 投入妳的愛 | Tou Ru Mei Feng Ai | 葉蒨文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 70630162616D | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 完全是你 | Wan Quan Shi Ni | 葉蒨文 | Sally Yeh |
| 706301645666 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 為何 | Wei He | 葉蒨文 | Sally Yeh |
| 706301645666 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 我要活下去 | Wo Yao Huo Xia Qu | 葉蒨文 | Sally Yeh |
| 706301645555 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 現實就是現實 | Xian Shi Jiu Shi Xian Shi | 葉蒨文 | Sally Yeh |
| 70630162616D | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 瀟灑走一回 | Xiao Sa Zou Yi Hui | 葉蒨文 | Sally Yeh |
| 706301645666 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 心裡的陽光 | Xin Li De Yang Guang | 葉蒨文 | Sally Yeh |
| 706301645666 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 一輩子溫柔 | Yi Bei Zi Wen Rou | 葉蒨文 | Sally Yeh |
| 706301645555 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 問你憑什麼 | Yu Ni Qing Su | 葉蒨文 | Sally Yeh |
| 70630162616D | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 願死也為情 | Yuan Si Ye Wei Qing | 葉蒨文 | Sally Yeh |
| 706301645666 | 9/5/1996 | Warner Music HK Ltd. | Sally Yeh Real Woman VCD | 真女人 | Zhen Nu Ren | 葉蒨文 | Sally Yeh |
| 70630162616D | 8/12/1996 | Warner Music HK Ltd. | Sally Yeh VCD | 祝福 | Zhu Fu | 葉蒨文 | Sally Yeh |

Page 63

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092742330Z8 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary GH - Sally Yeh (CD+VCD) | 焚心以火 | FEN XIN YI HUO | 葉蒨文 | Sally Yeh |
| 8092742330Z8 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary GH - Sally Yeh (CD+VCD) | 祝福 | ZHU FU | 葉蒨文 | Sally Yeh |
| 8092742330Z8 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary GH - Sally Yeh (CD+VCD) | 瀟灑走一回 | XIAO SA ZOU YI HUI | 葉蒨文 | Sally Yeh |
| 8092742330Z8 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary GH - Sally Yeh (CD+VCD) | 秋去秋來 | QIU QU QIU LAI | 葉蒨文 | Sally Yeh |
| 8092742330Z8 | 26/10/2001 | Warner Music HK Ltd. | Warner 23rd Anniversary GH - Sally Yeh (CD+VCD) | 長夜My Love Goodnight | CHANG YE MY LOVE GOODNIGHT | 葉蒨文 | Sally Yeh |

Page 14

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 流暢鋼筋森林 | TAO LI GANG JIN SEN LIN | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 傾斜 Mega Mix | QING XIE | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 推搪 | TUI TANG | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 不不不 | BU BU BU | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 一分鐘都市一分鐘戀愛 | YI FEN ZHONG DU SHI YI FEN | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 哈囉感覺 | HA LUO GAN JUE | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 講多錯多 | JIANG DUO CUO DUO | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 灰色 | HUI SE | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 情人的眼淚 | QING REN DE YAN LEI | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 三更夜半 | SAN GENG YE BAN | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 愛上一個不回家的人 | AI SHANG YI GE BU HUI JIA DE | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 破曉 | PO XIAO | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 前塵 | QIAN CHEN | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 明天會更好 | MING TIAN HUI GENG HAO | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 此情只待成追憶 AND WHEN | CI QING ZHI DAI CHENG ZHUI | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 滴汗 | DI HAN | 林憶蓮 | Sandy Lam |
| 6.39842E+11 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 燒 | SHAO | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 放縱 | FANG ZONG | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 你是我的男人 | NI SHI WO DE NAN REN | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 瘋了 | FENG LIAO | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 激情 | JI QING | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 依然 | YI RAN | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 多謝 | DUO XIE | 林憶蓮 | Sandy Lam |
| 639842347457 | 7/5/1998 | Warner Music HK Ltd. | Sandy Lam in Concert 1991 | 戲假情真 | XI JIA QING ZHEN | 林憶蓮 | Sandy Lam |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)瀟灑走一回 | | Xiao Sa Zou Yi Lu | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)黎明不要來 | | Li Ming Bu Yao Lai | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)紅塵 | | Hong Chen | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)焚心以火 | | Fen Xin Yi Huo | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)你今天要走 | | Ni Jin Tian Yao Zou | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)春風秋雨 | | Chun Feng Qiu Yu | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)女人的眼淚 | | Nu Ren De Yan Lei | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)曾經心痛 | | Ceng Jing Xin Tong | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)秋去秋來 | | Qiu Qu Qiu Lai | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)心的陽光 | | Xin Li De Yang Guang | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)晚視My Love Goodnight | | Chang Ye My Love Goodnight | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)我要活下去 | | Wo Yao Huo Xia Qu | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)一杯子的溫柔 | | Yi Bei Zi Wen Rou | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)真女人 | | Zhen Nu Ron | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)祝福 | | Zhu Fu | 葉蒨文 | Sally Yeh |
| 8092746908S2 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part I (VCD)福氣 | | Fu Qi | 葉蒨文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 情人知己 | Qing Ren Zhi Ji | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 流金歲月 | Liu Jin Sui Yue | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 晚風 | Wan Feng | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 零時十分 | Ling Shi Shi Fen | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 重逢 | Chong Feng | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 願你出路清 | Yuan Si Ye Wei Qing | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 珍重 | Zhen Zhong | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 躲你又過一天 | Yu Ni You Guo Yi Tian | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 諾言 | Nuo Yan | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 女人的弱點 | Nu Ren De Ruo Dian | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 別人的情歌 | Bie Ren De Qing Ge | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 為何 | Wei He | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 自強不息 | Zi Qiang Bu Xi | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 他 | Ta | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 命運我操縱 | Ming Yun Wo Cao Zong | 葉蒨文 | Sally Yeh |
| 8092746909511 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Sally Yeh Part II (VCD) | 乾一杯 | Gan Yi Bei | 葉蒨文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6857380019359 | 21/9/1999 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 爱到分离仍是爱 | Ai Dao Fen Li Reng Shi Ai | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2000 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 别人的情歌 | Bie Ren De Qing Ge | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2001 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 曾经心痛 | Ceng Jing Xin Tong | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2002 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 长路漫漫伴你闯 | Chang Lu Man Man Ban Ni Chuang | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2003 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 夫妻 | Fu Qi | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2004 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 干一杯 | Gan Yi Bei | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2005 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 海誓山盟 | Hai Shi Shan Meng | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2006 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 红日我爱你 | Hong Ri Wo Ai Ni | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2007 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 祸锅 | Huo Guo | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2008 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 旧居中的钢琴 | Jiu Ju Zhong De Gang Qin | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2009 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 黎明不要来 | Li Ming Bu Yao Lai | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2010 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 乱世桃花 | Luan Shi Tao Hua | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2011 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 每夜唱不停 | Mei Ye Chang Bu Ting | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2012 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 美一个晚上 | Mei Yi Ge Wan Shang | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2013 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 你今天要走 | Ni Jin Tian Yao Zou | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2014 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 千亿个夜晚 | Qian Yi Ge Ye Wan | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2015 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 千枝针刺在心 | Qian Zhi Zhen Ci Zai Xin | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 6857380019359 | 21/9/2016 | Warner Music HK Ltd. | Sally & Lam Forever Love Greatest Hits VCD | 情人知己 | Qing Ren Zhi Ji | 叶倩文/林子祥 | Sally Yeh/George Lam |

Sall&LamForever(1)

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 685738019359 | 21/9/1999 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 人海中一个你 | Ren Hai Zhong Yi Ge Ni | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2000 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 仍然记得个一次 | Reng Ran Ji De Ge Yi Ci | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2001 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 生命之曲 | Sheng Ming Zhi Qu | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2002 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 似梦迷离 | Si Meng Mi Li | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2003 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 天长地久 | Tian Chang Di Jiu | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2004 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 洗我心灵 | Xi Wo Xin Xian | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2005 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 潇洒走一回 | Xian Sa Zou Yi Hui | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2006 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 选择 | Xuan Ze | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2007 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 扬眉女子 | Yang Mei Nu Zi | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2008 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 一辈子温柔 | Yi Bei Zi Wen Rou | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2009 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 钟锋 | Zhong Feng | 叶倩文/林子祥 | Sally Yeh/George Lam |
| 685738019359 | 21/9/2010 | Warner Music HK Ltd | Sally & Lam Forever Love Greatest Hits VCD | 自强不息 | Zi Qiang Bu Xi | 叶倩文/林子祥 | Sally Yeh/George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 談情說愛 | Tan Qing Shuo Ai | 鄭秀文/葉蒨文 | Sammi Cheng/Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 放不低 | Fang Bu Di | 鄭秀文 | Sammi Cheng |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 默契 | Mo Qi | 鄭秀文 | Sammi Cheng |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 非男非女 | Fei Nan Fei Nu | 鄭秀文 | Sammi Cheng |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 值得 | Zhi De | 鄭秀文 | Sammi Cheng |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 捨不得你 | She Bu De Ni | 鄭秀文/葉蒨文 | Sammi Cheng/Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 乾一杯 | Gan Yi Bei | 鄭秀文/葉蒨文 | Sammi Cheng/Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 瀟灑走一回 | Xiao Sa Zou Yi Hui | 葉蒨文 | Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 不要的季節 | Bu Lai De Ji Jie | 鄭秀文 | Sammi Cheng |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd | Sally and Sammi Sweet Talk Live Concert | 迷惑 | Mi Huo | 葉蒨文 | Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 不拖不欠 | Bu Tuo Bu Qian | 葉蒨文 | Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 女人的眼淚 | Ni Ren De Yan Lei | 鄭秀文 | Sammi Cheng |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 遊魂 | You Yu | 葉蒨文 | Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 千個太陽 | Qian Ge Tai Yang | 鄭秀文/葉蒨文 | Sammi Cheng/Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 焚心以火 | Fen Xin Yi Huo | 葉蒨文 | Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 黎明不要來 | Li Ming Bu Yao Lai | 葉蒨文 | Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 我要活下去 | Wo Yao Hua Xia Qu | 葉蒨文 | Sally Yeh |
| 5050466210357 | 25/10/2002 | Warner Music HK Ltd. | Sally and Sammi Sweet Talk Live Concert | 女人的弱點 | Nu Ren De Ruo Dian | 葉蒨文 | Sally Yeh |