Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al    Doc. 13 Att. 1

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 愛上一個不該愛的人之葡萄成熟時 | Ai Shang Yi Ge Bu Hui Jia De Ren | 林隱蓮 | Sandy Lam |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 曾經心痛 | Ceng Jing Xin Tong | 葉蒨文 | Sally Yeh |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 晚彎的月亮 | Wan Wan Di Yue Liang | 呂方 | Lui Fong |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 情人的眼淚 | Qing Ren Di Yan Lei | 林憶蓮 | Sandy Lam |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 女人的眼淚 | Nu Ren De Yan Lei | 葉蒨文 | Sally Yeh |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 老情歌(留船) | Lao Qing Ge | 呂方 | Lui Fong |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 這次你真的傷了我的心 | Zhe Ci Ni Shi Zhen De Shang Liao | 林子祥 | George Lam |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 明天會更好 | Ming Tian Hui Geng Hao | 林憶蓮 | Sandy Lam |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 天若有未來 | Tian Lao Qing Wei Lao | 呂方 | Lui Fong |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 明月心 | Ming Yue Xin | 葉蒨文 | Sally Yeh |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 多愛你一天 | Duo Ai Ni Yi Tian | 呂方 | Lui Fong |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 我的愛對你說 | Wo De Ai Dui Ni Shuo | 葉蒨文 | Sally Yeh |
| 706301645864 | 5/9/1996 | Warner Music HK Ltd | Mandarin Compilation VCD | 朋友 | Ping You | 葉蒨文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 因為我愛你 | Because I Love You | 杜德偉 | Alex To |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 空 | Kong Deng | 成龍 | Danny Summer |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 霧夜 | Wu Ye | 林姍姍 | Sandy Lamb |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 天長地久 | Tian Chang Di Jiu | 周生 | Dominic Chow |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 小雨淋花我的胸口 | Xian Yu Luo Zai Wo De Xiong Ko | 太極 | Tai Chi |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 幸運就是遇到你 | Xing Yun Jiu Shi Yu Dao Ni | 馬浚偉 | Steven Ma |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 半真半假 | Ban Zhen Ban Jia | 仇雲峰 | Tommy Shou |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 一生全屬你 | Yi Sheng Quan Shu Ni | 劉錫明 | Lau Sik Ming |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 你現在還好嗎 | Ni Xian Zai Hai Hao Ma | 曾航生 | Sam Tsang |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 你是明日戀歌 | Ni Shi Ming Ri Yi Yi | 黎姿 | Gigi Lai |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 離別的再次上路 | Li Bei Ni Zai Ci Shang Lu | 葉蘊儀 | Gloria Yip |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 無根草 | Wu Gen Cao | 劉錫明 | Lau Sik Ming |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 情珍所有 | Zhen Zi Suo You | ZEN | Zen |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 一生也在等愛我的人 | Yi Sheng Ye Zai Deng (Ai Wo De) | 蔣怡 | Mia Io |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 想聽 | Xiang Ting | 紀家盈 | Zoe Ki |
| 8092746B8552 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part III) | 戀愛是二人司 | Lian Ai Shi [Er Ren Qian] | 胡諾言 | Jack Wu |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 爱上一个不回家的人 | Ai Shang Yi Ge Bu Hui Jia Di Re | 林忆莲 | Sandy Lam |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 天生喜欢你 | Tian Sheng Xi Huan Ni | 杜德伟 | Alex To |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 交叉点 | Jiao Cha Dian | 夏韶声 | Danny Summer |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 恋爱派台 | Lian Ai Yu Gao | 林珊珊 | Sandy Lamb |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | Anna | Anna | 周启生 | Dominic Chow |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | Crystal | Crystal | 太极 | Tai Chi |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 你怎么舍得我难过 | Ni Zen Mo She De Wo Nan Guo | 黎明 | Lau Sik Ming |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 生死约 | Sheng Si Yue | 蔡立儿 | Cherie Choi |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 离开我 | Li Kai Wo | 曾航生 | Sam Tsang |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 我只想自己 | Wo Zhi Yuan Zi Ji | 黎瑞恩 | Gigi Lai |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 不再是谜 | Bu Zai Bei Guang | 马浚伟 | Steven Ma |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 週日清晨 | Zhou Ri Qing Chen | 何婉盈 | Elaine Ho |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | I Remember You | I Remember You | ZEN | Zen |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 心软 | Xin Ruan | 罗敏庄 | Mia Lo |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 原来我可以 | Yuan Lai Wo Ke Yi | 祁文凤 | Zoe Ki |
| 8092746886S1 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part II) | 错误引导 | Cuo Wu Yin Dao | 胡诺言 | Jack Wu |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 也許當我們年紀少 | Ye Xu Dang Shi Nian Ji Shao | 林姍姍 | Sandy Lamb |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 舊情人 | Jiu Qing Ren | 周潤發 | Chow Yun Fat |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 白恤衫 | Bai Xu Shan | 黎姿 | Gigi Lai |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 絕戀 | Jue Lian | 蔡立兒 | Cherie Choi |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 夜長夢多 | Ye Chang Meng Duo | 馬敏兒 | Steven Ma |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 車站 | Che Zhan | 夏韶聲/盧業瑂 | Danny Summer/Julie Sue |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 愛上你是我一生的錯 | Ai Sheng Ni Shi Wo Yi Sheng De | 何嘉麗 | Elaine Ho |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 留住我吧 | Liu Zhu Wo Ba | 太極 | Tai Chi |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 前塵 | Qian Chen | 林憶蓮 | Sandy Lam |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 電話亮起我暖著叫 | Shi Yuan Shi Zhai Shi Chang Mei | 劉錫明 | Lau Sik Ming |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 準我 | Zhun Wo | 杜德偉 | Alex To |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 越是痛心越是想 | Yue Shi Chi Xin Yue Shi Shang | X 燈新生 | Sam Tsang |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 十字架 | Shi Zi Jia | ZEN | Zen |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 挑戰者 | Tiao Zhan Zhe | 羅嘉良 | Mya Lo |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 原因 | Yuan Yin | 杜汶澤 | Zoe Ki |
| 8092746887S0 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Part I) | 一個諾言 | Yi Ge Nuo Yan | 胡諾言 | Jack Wu |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 男與女 | Nan Yu Nu | 葉蒨文/成龍 | Sally Yeh and Jackie Chan |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 可以話俾朋友 | Zai Jian Yi Shi Peng You | 何嘉莉/曾航生 | Elaine Ho and Sam Tsang |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 選擇 | Xuan Ze | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 一生兒女一生淚 | Yi Chuan Chi Qing Yi Chuan Lei | 黎姿/張衛健 | Gigi Lai and Dicky Cheung |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 愛到分手也願意 | Ai Dao Fen Li Reng Shi Ai | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 你是我心底的烙印 | Zhong Feng | 鍾鎮濤/張玲玲 | Bee Chung/ Terresa Cheung |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 寵幸 | Chong Feng | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 依依不捨 | Yi Yi Bu She | 黎姿/張衛健 | Gigi Lai and Dicky Cheung |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 愛情要別離 | Ai Pian Yao Bie Li | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 愛上你是我一生的錯 | Ai Sheng Ni Shi Wo Yi Sheng De | 何嘉莉/鄧健泓 | Elaine Ho and Joey Tang |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 亂世桃花 | Luan Shi Tao Hua | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 沙沙的雨 | Sha Sha De Yu | 杜德偉/呂方 | Lui Fong |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 天長地久 | Tian Chang Di Jiu | 葉蒨文/林子祥 | Sally Yeh and George Lam |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 求婚物語 | Qiu Hun Wu Yu | 馬浚偉/黎姿 | Steven Ma and Gigi Lai |
| 8092746888859 | 26/4/2002 | Warner Music HK Ltd. | Warner 25th Anniversary GH - Various Artists (Duet) | 信自己 | Xin Zi Ji | 杜德偉/葉蒨文 | Alex To and Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 情城內歌 | Ting Feng Di Ge | 郭富城 | Aaron Kwok |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 莫氣 | Mo Qi | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 極度愛戀的晚上 | Ji Du Ai Yan Di Wan Shang | 郭富城 | Aaron Kwok |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 談情說愛 | Tan Qing Shuo Ai | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 濃情 | Nong Qing | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 原印 | Yuan Yin | 紀炎炎 | Zoe Ki |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 兄弟 | Xiong Di | 羅慶莊 | Mia Lo |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 越愛 (OT:尚爭) | Yi Kao/You Yu | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 柳暗花明 | Liu An Hua Ming | Tseng Chi Yi | Tseng Chi Yi |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 情人 | Qing Ren | Beyond | Beyond |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | X 派對 | X Pai Dui | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 最後一局 | Zui Ji Di Guo | 郭富城 | Aaron Kwok |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 背叛 | Bei Pan | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 我要找愛情 | Wo Yao Zhao Ai Qing | 紀炎炎 | Zoe Ki |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 待我離開時 | Dai Wo Li Kai | Zen | Zen |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 一顆恨嫁的心 | Yi Ke Hen Jia Di Xin | 羅慶莊 | Mia Lo |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 心事 | Xin Shi | 鄭秀文 | Sammi Cheng |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 相見 | Xiang Jian | Tseng Chi Yi | Tseng Chi Yi |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 盼 | Pan | Iso Jung | Iso Jung |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 吸也吸也親親你 | Ai Yi Ai Ya Qin Qin Ni | 張衛健 | Dicky Cheung |
| 706301812365 | 5/2/1997 | Warner Music HK Ltd. | WARNER MUSIC VISION KARAOKE LD VOL. | 真真假假 | Zhen Zhen Jia Jia | 張衛健 | Dicky Cheung |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 默契 | Mo Qi | 鄭秀文 | Sammi Cheng |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 聽風的歌 | Ting Feng Di Ge | 郭富城 | Aaron Kwok |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 談情說愛 | Tan Qing Shuo Ai | 鄭秀文/葉佩雯 | Sammi Cheng and Sally Yeh |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | X 派對 | X Pai Dui | 鄭秀文 | Sammi Cheng |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 珍惜所有 | Zhen Zi Suo You | Zen | Zen |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 一顆很加的心 | Yi Ke Hen Jia Di Xin | 羅敏莊 | Mia Lo |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 信鴿 | Xin Ge | 郭富城 | Aaron Kwok |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 心事 | Xin Shi | 鄭秀文 | Sammi Cheng |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 回來我身邊 | Hui Lai Wo Shen Bian | 呂方 | Lui Fong |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 冤仇 | Yuan Yin | 紀詠嫦 | Zoe Ki |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 我有問題 | Wo You Wen Ti | Zen | Zen |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 風風雨雨 | Feng Feng Yu Yu | 呂方 | Lui Fong |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 一生也等我的人 | Yi Sheng Ye Zai Deng (Ai Wo De) | 羅敏莊 | Mia Lo |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 帶我離開 | Dai Wo Li Kai | Zen | Zen |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | 這份禮物 FOR YOU | Zhe Fen Li Wu Is For You | 紀詠嫦 | Zoe Ki |
| 706301823651 | 10/2/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke VCD Vol.2 | I Remember You | I Remember You | Zen | Zen |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 唱沈歌 | Chang Zhe Ge | 郭富城 | Aaron Kwok |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 親密人物代號黑諜 | QIN MI GUAN XI | 郭富城 | Aaron Kwok |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 深沉愛 | XING XIU CHUAN SHUO | 郭富城 | Aaron Kwok |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 毫無批人 | ZHAN CHANG SHANG DE KUA | 郭富城 | Aaron Kwok |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 櫻花無處 | AI DING NI | 呂方 | Lui Fong |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 傷閒 | Kou Hong | 呂方 | Lui Fong |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 愛拼蝶 | CHA WU CI REN | 胡諾言 | Jack Wu |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 忘記時空(人與我們) | Huo Guo | 胡諾言 | Jack Wu |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 一個諾言 | FU ZHI LING HUN | 胡諾言 | Jack Wu |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 鑽戒引誘 | Zi Qiang Bu Xi | Zen | Zen |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 不熄之火 | CHUAN WEN | Zen | Zen |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 啊啊 | NAN YU NU | 鄭秀文 | Sammi Cheng |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 親密關係 | AI FEI XIANG | 鄭秀文 | Sammi Cheng |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 星夜傳情(EVERYONE IS A SUPERSTAR) | Ma Fan Nu Ren | 鄭秀文 | Sammi Cheng |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 口紅 | Nan De Shi Jin Wan | 葉蒨文 | Sally Yeh |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 泛濫 | WANG JI SHI KONG | 葉蒨文 | Sally Yeh |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 白頭不悠 | YI GE NUO YAN | 葉蒨文/成龍 | Sally Yeh and Jackie Chan |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 男與女(成龍合唱國語小說) | YUAN LAI WO KE YI | 葉蒨文 | Sally Yeh |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 嫩朋友 | CUO WU YIN DAO | 葉蒨文 | Sally Yeh |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 遲快是今晚 | XI DENG | 紀嘉文 | Zoe Ki |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 原來我可以 | BU XI ZHI HUO | 紀嘉文 | Zoe Ki |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 擁抱 | YONG BAO | 紀嘉文 | Zoe Ki |
| 6398422203463 | 24/12/1997 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 5 | 擁抱 | LOU XIANG | 紀嘉文 | Zoe Ki |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 風氣很感 (CITIBANK 廣告上海版) | Feng Li Mi Ma | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 驚艷 (世紀誠品上海曲) | Jing Rian/Jing Bian (Guo Yu Ban) | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 戀愛渡假屋 1998 | Lian Ai Tai Du 1998 | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 神經 (跳舞版) | Shen Jing (Dance Version) | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | I LOVE YOU SO 太愛你 | I Love You So Tai Ai Ni/I Love Y | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 最深愛的人是你 | Zui Shen Ai De Ren Shi Ni | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 如果我能夠通過世界踏一街/面紗絕編曲 | Ru Guo Ni Ren Zhen Guo/Zhi Yi | 郭富城 | Aaron Kwok |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 我的世界 | Wo De Shi Jie Sheng Shi | 胡諾言 | Jack Wu |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 回頭一看 | Lian Ai Shi [Er Ren Qian] | 胡諾言 | Jack Wu |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 說對世界聽 | Ai Dao Yan | 呂方 | Lui Fong |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 樂要是 [二人前] | Hui Tou Yi Kan | 呂方 | Lui Fong |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 理想對象 | Li Xiang Dui Xiang | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 哭泣遊戲 | Ku Qi You Xi | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 為何又是這樣過 | Wei He You Shi Zhe Yang Guo | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 忘記已經 | Wang Ji Ba Li | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 表演時間 | Biao Yan Shi Jian | 鄭秀文 | Sammi Cheng |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 女人本色 | Nu Ren Ben Se | 葉蒨文 | Sally Yeh |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 糊塗 | Hu Tu | 紀汶凌 | Zoe Ki |
| 6398424567753 | 24/8/1998 | Warner Music HK Ltd. | Warner Music Vision Karaoke Volume 6 | 夫妻的朋友 | Fu Qi | 葉蒨文 | Sally Yeh |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 無極 | Wu Ji (Dian Ying "Lei Ting Zhan | 郭富城 | Aaron Kwok |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 若有所失 | Ruo You Suo Shi | 郭富城 | Aaron Kwok |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 討厭喜歡你 | Tao Yan Xi Huan Ni | 郭富城 | Aaron Kwok |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 創傷 | Chuang Ju | 郭富城 | Aaron Kwok |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 情無獨鍾 | Qing Wu Du Zhong (Dian Ying "Z | 鄭秀文 | Sammi Cheng |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 紫果花 | Jin Guo Hua (Dian Ying "Zhong | 鄭秀文 | Sammi Cheng |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 快樂不快樂 | Kuai Le Bu Kuai Le | 鄭秀文 | Sammi Cheng |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | 感情線上 | Gan Qing Xian Shang | 鄭秀文 | Sammi Cheng |
| 68573880282I | 25/4/2001 | Warner Music HK Ltd. | Warner Super Movie Theme Songs (CD+VCD) | YYYY | YYYY | I MF | I MF |