## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 68573862615I | 16/11/2000 | Warner Music HK Ltd. | Warner Supreme 2000 (HK Version) | 卓謎 | Zhuo Mi | 鄭嘉穎 | Aaron Kwok |
| 68573862615I | 16/11/2000 | Warner Music HK Ltd. | Warner Supreme 2000 (HK Version) | Ladies First | Ladies First | 鄭秀文 | Sammi Cheng |
| 68573862615I | 16/11/2000 | Warner Music HK Ltd. | Warner Supreme 2000 (HK Version) | 動起來 | Dong Qi Lai | 郭富城 | Aaron Kwok |
| 68573862615I | 16/11/2000 | Warner Music HK Ltd. | Warner Supreme 2000 (HK Version) | ARIGATOU | Arigatou | 鄭秀文 | Sammi Cheng |
| 68573862615I | 16/11/2000 | Warner Music HK Ltd. | Warner Supreme 2000 (HK Version) | 地獄天堂 | Di Yu Tian Tang (Lian Ai Tai Du 2) | 郭富城 | Aaron Kwok |
| 68573862615I | 16/11/2000 | Warner Music HK Ltd. | Warner Supreme 2000 (HK Version) | 感情線上 | Gan Qing Xian Shang | 鄭秀文 | Sammi Cheng |
| 68573862615I | 16/11/2000 | Warner Music HK Ltd. | Warner Supreme 2000 (HK Version) | 小小強 | Xiao Xiao Qiang | 黃子華 | Wong Tze Wah |
| 68573862615I | 16/11/2000 | Warner Music HK Ltd. | Warner Supreme 2000 (HK Version) | 大檀堂 | Da Lan Tang | LMF | LMF |
| 68573862615I | 16/11/2000 | Warner Music HK Ltd. | Warner Supreme 2000 (HK Version) | 藍天 | Lan Tian | 黃子華 | Wong Tze Wah |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd. | Warner Supreme 2001 Compilation VCD | 独家出品 | Du Jia Shi Chang | 郑秀文 | Sammi Cheng |
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd | Warner Supreme 2001 Compilation VCD | 無紀 | Wu Ji (Dian Ying "Lei Ting Zhan | 郭富城 | Aaron Kwok |
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd | Warner Supreme 2001 Compilation VCD | Para Salud | Para Salud | LMF | LMF |
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd | Warner Supreme 2001 Compilation VCD | 下雨天 | Xia Yu Tian | VRF | VRF |
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd. | Warner Supreme 2001 Compilation VCD | 如何掉眼淚 | Ru He Diao Yan Lei | 郑秀文 | Sammi Cheng |
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd. | Warner Supreme 2001 Compilation VCD | 你是未來 | Ni Shi Wei Lai | 郭富城 | Aaron Kwok |
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd. | Warner Supreme 2001 Compilation VCD | 1127 | 1127 | LMF | LMF |
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd. | Warner Supreme 2001 Compilation VCD | Why Didn't You? | Why Didn't You? | VRF | VRF |
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd. | Warner Supreme 2001 Compilation VCD | 鹹苦我 | Xian Mu Wo | 郭富城 | Aaron Kwok |
| 68573889175/ | 29/6/2001 | Warner Music HK Ltd | Warner Supreme 2001 Compilation VCD | 無聊 | Sha Ke | 郑秀文 | Sammi Cheng |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 5050466082855 | 29/8/2002 | Warner Music HK Ltd. | Warner Supreme 2002 VCD | 掛彩 | Tiao San | 鄭秀文 | Sammi Cheng |
| 5050466082855 | 29/8/2002 | Warner Music HK Ltd. | Warner Supreme 2002 VCD | 食物鏈III | Shi Ni Luo Du | 郭富城 | Aaron Kwok |
| 5050466082855 | 29/8/2002 | Warner Music HK Ltd. | Warner Supreme 2002 VCD | 六壯士 | Liu Zhuang Shi | 容祖兒 | Jo Koo |
| 5050466082855 | 29/8/2002 | Warner Music HK Ltd. | Warner Supreme 2002 VCD | 玻璃鞋 | Bo Li Xie | 鄭秀文 | Sammi Cheng |
| 5050466082855 | 29/8/2002 | Warner Music HK Ltd. | Warner Supreme 2002 VCD | 是我 | Shi Wo | 郭富城 | Aaron Kwok |
| 5050466082855 | 29/8/2002 | Warner Music HK Ltd. | Warner Supreme 2002 VCD | 交換溫柔 | Jiao Huan Wen Rou | 鄭秀文 | Sammi Cheng |
| 5050466082855 | 29/8/2002 | Warner Music HK Ltd. | Warner Supreme 2002 VCD | 絕對美麗 | Jue Dui Mei Li | 郭富城 | Aaron Kwok |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 捨不得你 | SHE BU DE NI | 鄭秀文 | Sammi Cheng |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 濃妝艷抹 | DI ZHUO YAN LEI | 鄭秀文 | Sammi Cheng |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 難得今天你很好 | NAN SHI JIN TIAN NI HEN HAO %%% | 鄭秀文 | Sammi Cheng |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 秋冬愛的故事 | QIU DONG AI DE GU SHI | 鄭秀文 | Sammi Cheng |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 一生也在等候(愛我的人) | YI SHENG YE ZAI DENG (AI WO DE) | 羅敏莊 | Mia Lo |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 強 | QIANG | 郭富城 | Aaron Kwok |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 心軟 | XIN RUAN | 羅敏莊 | Mia Lo |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 戀愛中 | LIAN AI ZHONG | 郭富城 | Aaron Kwok |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 畫中世界 | HUA ZHONG SHI JIE | ZEN | ZEN |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 挑戰者 | TIAO ZHAN ZHE | 羅敏莊 | Mia Lo |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 鐵幕誘惑 | TIE MU YOU HUO | 郭富城 | Aaron Kwok |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 一生何求 | YI SHENG HE QIU | 陳百強 | Danny Chan |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 傷痛 | SHANG TONG | 葉蒨文 | Sally Yeh |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 叫著叫著火 | JIAO ZHI NU HUO | ZEN | zen |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 愛到分離仍是愛 | AI DAO FEN LI RENG SHI AI | 葉蒨文/林子祥 | Sally Yeh/George Lam |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 心癢癢 | XIN DI KONG SU | zen | zen |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 掙脫時間 | ZHENG QU SHI JIAN | 呂方 | Lui Fong |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 愛上一個不回家的人之念奴嬌悽迷 | AI SHANG YI GE BU HUI JIA DE REN | 林憶蓮 | Sandy Lam |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 與你傾訴 | YU NI QING SU | 葉蒨文 | Sally Yeh |
| 706301354568 | 25/1/1996 | Warner Music HK Ltd. | Warner Music Vision Vol.1 | 流浪花 | LIU LANG HUA | 呂方 | Lui Fong |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title (Chinese) | Track Title (English) | Name of Artists (Chinese) | Name of Artists (English) |
|---|---|---|---|---|---|---|---|
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 沒法再見你一面 | MEI FA ZAI JIAN NI YI MIAN | 郭富城 | Aaron Kwok |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 情迷夜雨 | QING MI YE YU | 黎姿 | Gigi Lai |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 情像雨飄泊 | QING XIANG YU PIAO BO | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | Summer Of Love | Summer Of Love | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 一人有一個夢想 | YI REN YOU YI GE MENG XIANG | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 我說過要你快樂 | WO SHUO GUO YAO NI KUAI LE | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 我和秋天有個約會 | WO HE QIU TIAN YOU GE YUE HUI | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 只因你心醉 | ZHI YIN NI XIN ZUI | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 沉默是金 | CHEN MO SHI JIN | 雷有曜/雷有輝 | Lui You Fai/Lui You Yiu |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 浪子心聲 | LANG ZI XIN SHENG | 張衛健 | Dicky Cheung |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 何苦何必 | HE GU HE KU HE BI | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 請跟我走 | QING NI GEN WO ZOU | 呂方 | Lui Fong |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 你是明日意義 | NI SHI MING RI YI YI | 黎姿 | Gigi Lai |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 幸運兒是週到你 | XING YUN JIU SHI YU DAO NI | 馬俊偉 | Steven Ma |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 祝福 | ZHU FU | 葉蒨文 | Sally Yeh |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 紅葉斜落我心寂寞時 | HONG YE XIE LUO WO XIN JI MO SHI | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 舊情綿綿 | JIU QING MIAN MIAN | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 你唱我的歌 | RENG CHANG WO DE GE | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 容易受傷的女人 | RONG YI SHOU SHANG DE NU REN | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 是緣是債是場夢 | SHI YUAN SHI ZHAI SHI CHANG MENG | 劉錫明 | Lau Sik Ming |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 想念你 | XIANG NIAN NI | 曾航生 | Sam Tseng |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 夏日嬉情 | XIA RI QING QING | ---- | ---- |
| 7450995922G4 | 25/4/1994 | Warner Music HK Ltd. | Supreme Karaoke Best Vol.2 | 奔向你 | BEN XIANG NI | ---- | ---- |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 燦爛星光 | CUI CAN XING GUANG | 群星 | Various Artists |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 夢中情 | MENG ZHONG QING | 馬徳鐘/黎瑞恩 | Steven Ma/Li Shui Lian |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 偶遇 | OU YU | 張汶慈 | Gigi Lai |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 飛沙風中轉 | FEI SHA FENG ZONG ZHUAN | 張衛健 | Dicky Cheung |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 新不了情 | XIN BU LIAO QING | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 願世間有情天 | YUAN SHI JIAN YOU QING TIAN | 林子祥 | George Lam |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 當愛已成往事 | DANG AI YI CHENG WANG SHI | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 新鴛鴦蝴蝶夢 | XIN YUAN YANG HU DIE MENG | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 願你今夜別離去 | YUAN NI JIN YE BIE LI QU | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 滾滾紅塵 | GUN GUN HONG CHEN | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 天若有情 | TIAN RUO YOU QING | 林子祥 | George Lam |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 長陸漫漫伴你閗 | CHANG LU MAN MAN BAN NI CHUANG | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 眼朋扎 | YAN ZHI KOU | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 亂世桃花 | LUAN SHI TAO HUA | 葉蒨文/林子祥 | Sally Yeh/George Lam |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 何必有你何必有我 | HE BI YOU NI HE BI YOU WO | 張衛健 | Dicky Cheung |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 歡笑之歌 | HUAN XIAO ZHI GE | 葉蒨文/馬徳鐘 | Sally Yeh/Steven Ma |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 莫問一生 | MO WEN YI SHENG | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 風塵三俠 | FENG CHEN SAN XIA | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 女人心 | NU YI XIN | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 男兒當自強 | NAN ER DANG ZI QIANG | 林子祥 | George Lam |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 不應再想你 | BU YING ZAI XIANG NI | | |
| 7450995925G1 | 29/4/1994 | Warner Music HK Ltd. | Supreme Best Karaoke Vol.3 | 似夢迷離 | SI MENG MI LI | 林子祥 | George Lam |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | OH MA MA | OH MA MA | 張衛健 | Dicky Cheung |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 銀河繾綣沒一人 | WEI HE RENG SHENG WO YI REN | 郭富城 | Aaron Kwok |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 原來是你最可愛 | YUAN LAI SHI NI ZUI KE AI | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 永不放棄 | YONG BU FANG QI | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 緣份的天空 | YUAN FEN DE TIAN KONG | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 從不喜歡孤單一個 | CONG BU XI HUAN GU DAN YI GE | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 心跟你還是戀愛 | XIN GEN NI HAI SHI LIAN AI | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 如果得不到愛情 | RU GUO DE BU DAO AI QING | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 廿世紀的戀人們 | NIAN SHI JI DE LIAN REN MEN | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 只有愛不足夠 | ZHI YOU AI BU ZU GOU | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 別問我是誰 | BIE WEN WO SHI SHUI | 葉倩文 | Sally Yeh |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 別人的情歌 | BIE REN DE QING GE | 呂方 | Lui Fong |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 老情歌(國語) | LAO QING GE | 呂方 | Lui Fong |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 白恤衫 | BAI XU SHAN | 郭富城 | Aaron Kwok |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 舊傷口 | JIU SHANG KOU | 馬俊偉/黎姿 | Steven Ma/Gigi Lai |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 求婚勿語 | QIU HUN WU YU | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 有著你多麼美 | YOU ZHUO NI DUO MO MEI | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 心愛 | XIN AI | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 痴心喜歡孤單 | CHI XIN HUAN QING XIN | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 原來只喜歡孤單一個 | YUAN LAI ZHI XI HUAN GU DAN YI GE | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 不願像的風箏 | BU BANG XIAN DE FENG ZHENG | ---- | ---- |
| 7450995742260 | 25/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.19 | 等你等到我心痛 | DENG NI DENG DAO WO XIN TONG | ---- | ---- |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 我的愛對你說 | WO DE AI DUI NI SHUO | 葉蒨文 | Sally Yeh |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 這刻向你說 | ZHE KE XIANG NI CHONG | 馬浚偉 | Steven Ma |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 柳戀飄香 | LIU LIAN PIAO XIANG | 張學友 | Dicky Cheung |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 回來吧流浪花 | HUI LAI BA LIU LANG HUA | 呂方 | Lui Fong |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 不變的浪漫 | BU BIAN DE LANG MAN | 曾新生 | Sam Tseng |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 來尋夢 | LAI XUN MENG | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 青夏秋冬 | CHUN XIA QIU DONG | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 一百巴仙愛上你 | YI BAI BA XIAN AI SHANG NI | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 青春無悔 | QING CHUN MAI HUI | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 總有一天等到你 | ZONG YOU YI TIAN DENG DAO NI | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 曾經滄海也是愛 | CENG JING CANG HAI YE SHI AI | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 離開你以後 | LI KAI NI YI HOU | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | LONELY GIRL | LONELY GIRL | 葉蒨文 | Sally Yeh |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 因你真正活過 | YIN NI ZHEN ZHENG HUO GUO | 黎姿 | Gigi Lai |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 相戀一秒鐘 | XIANG LIAN YI MIAO ZHONG | 呂方 | Lui Fong |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 不再悲觀 | BU ZAI BEI GUAN | 馬浚偉 | Steven Ma |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 誤會 | WU HUI | 曾新生 | Sam Tseng |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 春印(國語) | CHUN YIN | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 感情的片段 | GAN QING DE PIAN DUAN | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 說愛便愛一生 | SHUO AI BIAN AI YI SHENG | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 深宵至破曉 | XIN XIAO ZHI PO XIAO | ---- | ---- |
| 7450996241069 | 28/2/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.20 | 花心(國語) | HUA XIN | ---- | ---- |

## SCHEDULE "A"
## BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 天涯 | TIAN YA | 郭富城 | Aaron Kwok |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 等愛的女人 | DENG AI DE NU REN | 葉蒨文 | Sally Yeh |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 如果今生不能和你一起 | RU GUO JIN SHENG BU NENG HE NI YI Q | 郭富城 | Aaron Kwok |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 用心良苦 | YONG XIN LIANG KU | ---- | ---- |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 人生其實很簡單 | REN SHENG QI SHI HEN JIAN DAN | 葉蒨文 | Sally Yeh |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 我的心愈來愈冷 | WO DE XIN YU LAI YU LENG | 呂方 | Lui Fong |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 離開情人的日子 (國語) | LI KAI QING REN DE RI ZI | 葉蒨文 | Sally Yeh |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 朋友 | PENG YOU | 葉蒨文 | Sally Yeh |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 這次你是真的傷了我的心 | ZHE CI NI SHI ZHEN DE SHANG LIAO WO | 林子祥 | George Lam |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 天長地久 | TIAN CHANG DI JIU | 葉蒨文/林子祥 | Sally Yeh/George Lam |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 愛如潮水 | AI RU CHAO SHUI | ---- | ---- |
| 7450996243G1 | 27/5/1994 | Warner Music HK Ltd | Supreme Karaoke Vol.21 | 情網 | QING WANG | | |

SCHEDULE "A"
BACK CATALOGS

| Catalog No | First Release Date | Name of Label | Album Title | Track Title Chinese | Track Title English | Name of Artists Chinese | Name of Artists English |
|---|---|---|---|---|---|---|---|
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 鐵幕誘惑 | TIE MU YOU HUO | 張衛健 | Aaron Kwok |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 只想遇到一個人 | ZHI XIANG YU DAO YI GE REN | 呂方 | Lui Fong |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 破例 | PO LI | 黎姿 | Gigi Lai |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 忘不了 | WANG BU LIAO | 張衛健 | Dicky Cheung |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 藍色街燈 | LAN SE JIE DENG | ---- | ---- |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 留戀 | LIU LIAN | ---- | ---- |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 祇有你不知道 | ZHI YOU NI BU ZHI DAO | ---- | ---- |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 未完的小說 | WEI WAN DE XIAO SHUO | ---- | ---- |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 傾心，傾意，傾神 | QING XIN QING YI QING SHEN | 葉蒨文/林子祥 | Sally Yeh/George Lam |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 等 | DENG | | |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 不再悲觀 | BU ZAI BEI GUAN | 馬浚偉 | Steven Ma |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 有誰知道 | YOU SHUI ZHI DAO | ---- | ---- |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 非常夏日 | FEI CHANG XIA RI | ---- | ---- |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 淚來回回 | LAI LAI HUI HUI | ---- | ---- |
| 74509983१561 | 30/9/1994 | Warner Music HK Ltd. | Supreme Karaoke Vol.23 | 向全世界說愛你 | XIANG QUAN SHI JIE SHUO AI NI | ---- | ---- |

Page 90