UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ENTRAL GROUP INTERNATIONAL, LLC,

                Plaintiff,

                                                       **ORDER**
    -against-                                      **CV-04-4655 (JBW)**

LEGEND CAFE & KARAOKE, INC.,

                Defendant.

-----------------------------------------------------------X

**GOLD, Magistrate Judge:**

        The Court has received a motion for an extension to file a response. Accordingly, a telephone conference will be held on **Tuesday, November 29, 2005 promptly** at **11:00 a.m.** before the Honorable Steven M. Gold, United States Magistrate Judge at (718) 260-2560. Counsel for all parties must participate. Counsel for the defendant is directed to arrange the call as well as confirm with all parties that they are aware of this conference.

        Requests for adjournment must be received electronically only no later than 48 hours in advance of the conference.

        **SO ORDERED.**

**Dated:**    Brooklyn, New York
             November 23, 2005

                                                  s/
                                            **STEVEN M. GOLD**
                                            **UNITED STATES MAGISTRATE JUDGE**