UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
ENTRAL GROUP INTERNATIONAL, LLC,

      Plaintiff,                        Case No.: 1-05-cv-02292-CBA-SMG

V.

LENGEND CAFÉ & KARAOKE, INC, WA   **MOTION TO SUSPEND DEFAULT**
MEN ZHANG, and WEI HAO LI           **ORDER**

      Defendants.

---------------------------------------------------------

      I humbly submit this motion to suspend the default order as defendants allege that they negotiated with Plaintiff in good faith until the Plaintiff change attorney. At no time Plaintiff informed Defendants that Plaintiff stopped the negotiation.

      Defendants were represented by Jackie Z. Huang, Esq. of 5805 8th Avenue, 2/F Brooklyn NY 11220, to negotiate with Plaintiff.

      Presently Defendants are out of business after opening for business for about one and half a year.

Dated: New York New York
       January 13, 2006


Law Office of Alfred S. Lui


By: _____
    Alfred Lui
    33 Bowery Suite C201
    New York NY 10002
    Tel: (212) 925-3438