UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK