**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

ENTRAL GROUP INTERNATIONAL, LLC,

                Plaintiff,

                                        **ORDER**
    -against-                             **CV-05-2292 (CBA)**

LEGEND CAFÉ & KARAOKE, INC., et al.,

                Defendants.

--------------------------------------------------------X

**GOLD, Magistrate Judge:**

The court will hold a telephone conference on **Tuesday, January 31, 2006 promptly** at

**12:30 p.m.** before the **Honorable Steven M. Gold, United States Magistrate Judge** at (718) 260-

2560. Counsel for all parties must participate. Counsel for the plaintiff is directed to arrange the call

as well as confirm with all counsel that they are aware of this conference.

    **Applications for adjournment, as well as all correspondence, must be submitted to the**

**court via ECF only, ON CONSENT OF ALL PARTIES no later than 48 hours in advance of the**

**conference date.**

    **SO ORDERED.**

**Dated: Brooklyn, New York**
     **January 25, 2006**

                               **s/**
                               **STEVEN M. GOLD**
                               **UNITED STATES MAGISTRATE JUDGE**

Dockets.Justia.com