UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENTRAL GROUP INT'L, LLC.,

                    **Plaintiff,**

              **-against-**　　　　　　　　　　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　**CV-05-2292 (CBA)**
**LEGEND CAFÉ & KARAOKE, INC., et al.,**

                    **Defendants.**
-----------------------------------------------------------X

**GOLD, S., U.S.M.J.:**

     After an entry of default, the Honorable Carol Bagley Amon referred plaintiff's request for damages to me for a report and recommendation on what relief should be awarded. Order dated October 15, 2005. Subsequently defendants filed a motion to set aside the default, which has since been deemed withdrawn. Docket Entry 15; Minute Entry dated February 3, 2006. Accordingly, plaintiff may make any additional submissions in support of damages it seeks no later than February 23, 2006. Counsel for defendants indicates that they will not make any submissions as part of the damages inquest. Minute Entry dated February 3, 2006.

     Upon receipt of this Order, plaintiff is hereby directed promptly to serve a copy of this Order by certified mail, return receipt requested, on defendants at their last known addresses, and to provide the Court with a copy of the return receipt.

        **SO ORDERED.**

Dated:      Brooklyn, New York
              February 8, 2006

                                                             /s/
                                         **STEVEN M. GOLD**
                                         **United States Magistrate Judge**