UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-2-

6. This brings the overall attorneys fees and costs incurred to date to $44,569.24.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: February 22, 2006
New York, New York

/s/ Robert E. Hanlon
ROBERT E. HANLON