Entral Group International, LLC v. Legend Cafe & Karaoke, Inc. et al									Doc. 22



90 Park Avenue

Dockets.Justia.com