**Receipt 1**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
- A. Received by (Please Print Clearly)
- B. Date of Delivery
- C. Signature: X HUAN HUANG  ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:
Wa Men Zhang
6201 8th Avenue
Brooklyn, NY 11220

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7002 0860 0004 4075 6452

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**Receipt 2**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
- A. Received by (Please Print Clearly)
- B. Date of Delivery
- C. Signature: X HUAN HUANG  ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:
Legend Cafe & Karaoke
6201 8th Avenue
Brooklyn, NY 11220

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7002 0860 0004 4075 6667

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**Receipt 3**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
- A. Received by (Please Print Clearly)
- B. Date of Delivery
- C. Signature: X HUAN HUANG  ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes  ☐ No

1. Article Addressed to:
Wei Hao Li
6201 8th Avenue
Brooklyn, NY 11220

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7002 0860 0004 4075 6445

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952