UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------

ENTRAL GROUP INTERNATIONAL, LLC,

   Plaintiff,        Case No.: 1-05-cv-02292-CBA-SMG

v.              <u>**AFFIDAVIT OF SERVICE**</u>

LEGEND CAFÉ & KARAOKE, INC, WA MEN
ZHANG, and WEI HAO LI

   Defendants.
------------------------------------------------------------
STATE OF NEW YORK  )
         ) ss.:
COUNTY OF NEW YORK )

  Judy Choy, being duly sworn, deposes and says that: I am over the age of 18 years; I am

not a party to this action; I am employed by the firm of Alston & Bird LLP; on the 22nd day of

February, 2006, I served a true copy of the Declaration of Robert E. Hanlon in Support of

Additional Damages Submission by mailing a copy of the same in a sealed envelope, with

postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within

the State of New York, addressed to the last-known address of the addressee as indicated below:

    Alfred S. Lui, Esq.
    33 Bowery Suite C201
    New York, NY 10002

    *Attorneys for Defendant Legend Café & Karaoke, Inc.*

    Alfred S. Lui, Esq.
    33 Bowery Suite C201
    New York, NY 10002

    *Attorneys for Defendant Wa Men Zhang*

    Alfred S. Lui, Esq.
    33 Bowery Suite C201
    New York, NY 10002

    *Attorneys for Defendant Wei Hao Li*

Dockets.Justia.com

Wa Men Zhang
6201 8th Avenue
Brooklyn, New York 11220

Wei Hao Li
6201 8th Avenue
Brooklyn, New York 11220

_____
Judy Choy

Sworn to and subscribed before me
this 22nd day of February, 2006.

_____
Notary public

**MATTHEW C. DECKER**
**Notary Public, State of New York**
**No. 01DE6115558**
**Qualified in New York County**
**Commission Expires September 9/7/20_08_**