# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

April 25, 2006

**VIA FACSIMILE and FIRST CLASS MAIL**

Hon. Steven M. Gold
United States Magistrate Judge
Eastern District of New York
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Entral Group International, LLC v. Legend Café & Karaoke, Inc., et al;
     Case No. 05-CV-2292 (CBA)(SMG).

Dear Judge Gold:

We represent Plaintiff Entral Group International, LLC ("EGI") in the above referenced action. As Your Honor is aware, Plaintiff has applied to the Court for a Preliminary Injunction and an Order of Impoundment. After an entry of default, Judge Amon referred Plaintiff's request for damages to Your Honor for a Report and Recommendation. On February 8, 2006, Your Honor directed Plaintiff to submit any additional submissions in support of its damages by February 23, 2006.

Plaintiff filed its additional damages submission on February 22, 2006. Defendants did not make any submission as part of the damages inquest. To date, a Report and Recommendation on what relief should be awarded has not been issued. As such, we respectfully inquire as to whether there is any additional information we can provide or any material steps we can take to assist the Court in its determination.

Respectfully,

Robert E. Hanlon

cc:  Alfred S. Lui, Esq.

NYC01/7824675v1

| One Atlantic Center | Bank of America Plaza | 3201 Beechleaf Court, Suite 600 | 601 Pennsylvania Avenue, N.W. | Brienner Strasse 11/V |
| --- | --- | --- | --- | --- |
| 1201 West Peachtree Street | 101 South Tryon Street, Suite 4000 | Raleigh, NC 27604-1062 | North Building, 10th Floor | 80333 Munich |
| Atlanta, GA 30309-3424 | Charlotte, NC 28280-4000 | 919-862-2200 | Washington, DC 20004-2601 | (49) (89) 238-0-70 |
| 404-881-7000 | 704-444-1000 | Fax: 919-862-2260 | 202-756-3300 | Fax: (49) (89) 238-0-7110 |
| Fax: 404-881-7777 | Fax: 704-444-1111 | | Fax: 202-756-3333 | (Representative Office) |

Dockets.Justia.com