UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ENTRAL GROUP INTERNATIONAL, LLC.,

             Plaintiffs,                      NOT FOR PUBLICATION
                                              ORDER

            -against-

                                              05 CV 2292 (CBA)

LEGEND CAFÉ & KARAOKE, INC.,
WA MEN ZHANG, and WEI HAO LI,

             Defendants.
----------------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE

      This Court has received the well-reasoned report and recommendation ("R&R") of the Honorable Steven M. Gold, United States Magistrate Judge, recommending that (1) plaintiff be awarded $120,000 in statutory damages; (2) plaintiff be awarded $16,035 in attorney's fees and costs; (3) defendants be permanently enjoined from copying, distributing, performing, or otherwise infringing plaintiff's Works; and (4) plaintiff be granted an order of impoundment and forfeiture with respect to defendant's physical copies of the Works and machines, devices, or equipment that store copies of the Works. No party has objected to the report and recommendation. The Court hereby adopts the report and recommendation as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order.

      SO ORDERED.

Dated:     Brooklyn, New York
            June 24, 2007

                                                                    Carol Bagley Amon
                                                                    United States District Judge