UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENTRAL GROUP INTERNATIONAL, LLC.,

                Plaintiff,

-against-

LEGEND CAFÉ & KAROAKE, INC., WA
MEN ZHANG, and WEI HAO LI,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2292 (CBA)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ JUN 27 2007 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on June 27, 2007, adopting the Report and Recommendation of Magistrate Judge Simon M. Gold, dated June 1, 2007; and directing the Clerk of Court to enter judgment awarding plaintiff $120,000.00 in statutory damages, $16,035.00 in attorney's fees and costs, for a total award of $136,035.00 against defendants Legend Café & Karaoke, Inc., Wa Men Zhang, and Wei Hao Li, jointly and severally; ordering that defendants be permanently enjoined from copying, distributing, performing, or otherwise infringing plaintiff's Works; and granting plaintiff an order of impoundment and forfeiture with respect to defendant's physical copies of the Works and machines, devices, or equipment that store copies of the Works; it is

Page 2

JUDGMENT
05-CV- 2292 (CBA)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Simon M. Gold is adopted; that judgment is hereby entered in favor of plaintiff, Entral Group International, LLC., against defendants, Legend Café & Karoake, Inc., Wa Men Zhang, and Wei Hao Li, awarding plaintiff $120,000.00 in statutory damages, $16,035.00 in attorney's fees and costs, for a total award of $136,035.00 against defendants Café Legend, Wa Men Zhang, and Wei Hao Li, jointly and severally; that defendants be permanently enjoined from copying, distributing, performing, or otherwise infringing plaintiff's Works; and that an order of impoundment and forfeiture is granted with respect to to defendant's physical copies of the Works and machines, devices, or equipment that store copies of the Works.

Dated: Brooklyn, New York
       June 27, 2007

                                              Robert C. Heinemann
                                              Clerk of Court

                                       By:   _____
                                              Terry Vaughn
                                              Chief Deputy of
                                              Court Operations